*Blue Grass Abstract, LLC*
*P.O.BOX 800666*
*Dallas, TX 75380*

| | | |
|---|---|---|
| Date: | 8/31/2012 | Bill To: |
| MSN: | JEF301589 | HAYDEN & CRAIG, PLLC |
| Property Owner: | HARPER ROSE & GOLDSMITH DEDDO | 718 West Main St., Suite 202 Louisville, KY 40202 |
| Property Address: | 304 N 17TH ST LOUISVILLE, KY 40203 | |
| County: | JEFFERSON | |
| Parcel #: | 03015F02320000 | |

### Services performed

- County records/PVA research
- Verify property with tax bill & PVA information
- Examine title chain
- Determine legal description
- Determine current owners (PVA, outsells, land contracts, estates)
- Search for owner's current contact information
- Determine relevant delinquent tax liens (county, city, school)
- Determine current tax lien holders & verify tax lien assignments
- Search for tax lien holder's contact information
- Verify Mortgage and Junior Liens
- Determine relevant mortgages
- Determine properties included in mortgages & assignments
- Determine current mortgage holders
- Determine relevant junior liens & holders
- Search for holder's contact information
- Additional research on inactive, obscured, merged entities
- Search probate (AODs & wills)
- Search divorce & marriage license

EXHIBIT 32

**Amount due-$595**

TELS-000055