Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 1

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date    01/15/09
Terms       Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
| --- | --- | --- | --- |



Transferred to page 2..................................

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 2

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date 01/15/09
Terms Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 1............................ | | | |
| Transferred to page 3............................... | | | |

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 3

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date   01/15/09
Terms      Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 2.............................. | | | |

Transferred to page 4..................................

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 4

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date    01/15/09
Terms       Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 3.............................. | | | |
| Transferred to page 5.............................. | | | |

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010
Invoice Date: 12/31/08
Page: 5

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date   01/15/09
Terms      Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 4 ............... | | | |

Transferred to page 6 ...............

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 6

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date    01/15/09
Terms       Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 5............... | | | |

Transferred to page 7...............

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 7

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date 01/15/09
Terms Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 6 .............................. | | | ■ |

Transferred to page 8 .................................. ■

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 8

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date 01/15/09
Terms Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 7............................. | | | |
| Transferred to page 9.................................. | | | |

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 9

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date 01/15/09
Terms Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 8............................. | | | |
| Transferred to page 10............................... | | | |

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 10

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date 01/15/09
Terms Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 9............................ | | | |
| Perry County - Research Property Owner info for quarterly notice letter, mailing services | 380 | 62.50 | 23,750.00 |



Transferred to page 11................................

Lien Data Services, LLC
14901 Quorum Drive
Suite 900
Dallas, TX 75254

INVOICE

Invoice Number: PSI010

Invoice Date: 12/31/08

Page: 11

Bill To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Ship To: Billy Sherrow
Sherrow, Sutherland & Associates, PSC
215 Southland Drive, Suite 200
Lexington, KY 40503

Due Date    01/15/09
Terms       Net 15 Days

| Item/Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Transferred from page 10............ | | | |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | Subtotal: | 268,125.00 |
|---|---|---|---|---|
| 0.00 | 268,125.00 | | Invoice Discount: | 0.00 |
| | | | Tax: | 0.00 |
| Total Quantity: | 4,290.00 | | Total: | 268,125.00 |