

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

| Account No.: | ████221 Enclosures: | ( 37) | Statement Date: **01/31/2008** Page: 1 |
|---|---|---|---|

## BUSINESS CHECKING SUMMARY

| | | Type : | REG | Status : | Active |
|---|---|---|---|---|---|

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 12/31/07 | | 109,088.65 |
| Deposits | 7 | 356,449.97 + |
| Debits | 30 | 292,457.93 |
| Automatic Withdrawals | 31 | 156,523.30 |
| Ending Balance On 01/31/08 | | 16,557.39 |
| Items Deposited | 133 | |
| Average Balance (Collected) | 45,380.28 + | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/02/08 | Deposit | 2,820.00 | 01/11/08 | Deposit | 9,845.36 | 01/31/08 | Deposit | 2,361.94 |
| 01/03/08 | Deposit | 16,832.79 | 01/22/08 | Deposit | 16,183.23 | | | |
| 01/09/08 | Deposit | 296,187.50 | 01/30/08 | Deposit | 12,219.15 | | | |

ELECTRONIC DEBITS



**BANK OF THE BLUEGRASS**
& TRUST CO.

Account No.: ■■■221 Enclosures:        ( 37 )                    Statement Date: **01/31/2008** Page:    2

### ELECTRONIC DEBITS (cont.)

---

### CHECKS AND OTHER DEBITS
*indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 01/18/08 | 3883 | 8.00 | 01/11/08 | 3896 | 190.50 | 01/28/08 | 3908 | 140.00 |
| 01/03/08 | 3885* | 300.00 | 01/14/08 | 3897 | 60.00 | 01/23/08 | 3909 | 50.00 |
| 01/03/08 | 3886 | 1,216.50 | 01/14/08 | 3898 | 13.00 | 01/31/08 | 3910 | 125.00 |
| 01/02/08 | 3887 | 2,410.00 | 01/11/08 | 3899 | 10.00 | 01/25/08 | 3911 | 218.00 |
| 01/07/08 | 3889* | 125.00 | 01/14/08 | 3900 | 40.00 | 01/31/08 | 3913* | 75.00 |
| 01/09/08 | 3890 | 807.00 | 01/15/08 | 3902* | 151.00 | 01/28/08 | 3914 | 63.50 |
| 01/02/08 | 3891 | 9,886.43 | 01/10/08 | 3903 | 272,495.00 | 01/28/08 | 3915 | 20.00 |
| 01/04/08 | 3892 | 20.00 | 01/28/08 | 3904 | 240.00 | 01/25/08 | 3916 | 141.00 |
| 01/18/08 | 3893 | 17.00 | 01/24/08 | 3905 | 100.00 | 01/28/08 | 3918* | 20.00 |
| 01/08/08 | 3895* | 3,126.00 | 01/24/08 | 3907* | 360.00 | 01/31/08 | 3920* | 30.00 |

---

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 12/31/07 was 109,088.65

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/02/08 | 6,307.52 | 01/11/08 | 45,237.22 | 01/23/08 | 48,848.84 |
| 01/03/08 | 21,623.81 | 01/14/08 | 42,429.08 | 01/24/08 | 48,388.84 |
| 01/04/08 | 21,603.81 | 01/15/08 | 36,729.36 | 01/25/08 | 48,029.84 |
| 01/07/08 | 21,478.81 | 01/16/08 | 36,095.97 | 01/28/08 | 47,546.34 |
| 01/08/08 | 17,659.42 | 01/17/08 | 33,538.79 | 01/30/08 | 59,765.49 |
| 01/09/08 | 313,039.92 | 01/18/08 | 32,715.61 | 01/31/08 | 16,557.39 |
| 01/10/08 | 35,592.36 | 01/22/08 | 48,898.84 | | |



**SHERROW SUTHERLAND & ASSOC PSC**
Account No. :   ████221
Stmt. Date :   01/31/2008

Bank :   187
Images :   37
Page :   4

## IMAGE STATEMENT

AM: 2,820.00 CK:  DT: 01/02 SQ: 01401010 Deposit



AM: 296,187.50 CK:  DT: 01/09 SQ: 01602150 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ▆▆▆221 | Bank : | 187 |
| Stmt. Date : | 01/31/2008 | Images : | 37 |
| | | Page : | 5 |

## IMAGE STATEMENT

AM: 272,495.00 CK: 3903 DT: 01/10 SQ: 01802120 Paid


BANK OF THE BLUEGRASS
& TRUST CO.

**/405031949501/**
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

Account No.: ▉221 Enclosures:  ( 49)        Statement Date: **02/29/2008** Page:   1

## BUSINESS CHECKING SUMMARY

|  |  | Type : | REG | Status : | Active |
|---|---|---|---|---|---|

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 01/31/08 |  | 16,557.39 |
| Deposits | 5 | 611,070.26+ |
| Debits | 44 | 523,787.32 |
| Automatic Withdrawals | 16 | 15,011.18 |
| Ending Balance On 02/29/08 |  | 88,829.15 |
| Items Deposited | 106 |  |
| Average Balance (Collected) | 63,060.69+ |  |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/05/08 | Deposit | 17,113.00 | 02/13/08 | Deposit | 19,636.26 | 02/21/08 | Deposit | 21,128.50 |
| 02/07/08 | Deposit | 552,562.50 | 02/21/08 | Deposit | 630.00 |  |  |  |

## CHECKS AND OTHER DEBITS

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/19/08 | 3894 | 330.00 | 02/01/08 | 3906* | 361.52 | 02/07/08 | 3919* | 50.00 |



BANK OF THE BLUEGRASS
& TRUST CO.

| | | | | |
|---|---|---|---|---|
| Account No.: | ██221 Enclosures: | ( 49) | Statement Date: **02/29/2008** Page: | 2 |

## CHECKS AND OTHER DEBITS (cont.)

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/04/08 | 3921* | 2,261.44 | 02/19/08 | 3935 | 10.00 | 02/15/08 | 3949 | 9.31 |
| 02/06/08 | 3922 | 17.00 | 02/11/08 | 3936 | 9.31 | 02/27/08 | 3952* | 9.31 |
| 02/06/08 | 3923 | 372.35 | 02/11/08 | 3937 | 9.31 | 02/27/08 | 3953 | 9.31 |
| 02/05/08 | 3924 | 3,652.50 | 02/11/08 | 3938 | 141.00 | 02/27/08 | 3954 | 141.00 |
| 02/07/08 | 3925 | 13.00 | 02/15/08 | 3939 | 444.00 | 02/27/08 | 3955 | 169.00 |
| 02/07/08 | 3926 | 141.00 | 02/08/08 | 3940 | 180.00 | 02/25/08 | 3956 | 20.00 |
| 02/11/08 | 3927 | 20.00 | 02/13/08 | 3941 | 444.50 | 02/25/08 | 3957 | 291.30 |
| 02/07/08 | 3928 | 17.00 | 02/11/08 | 3942 | 578.50 | 02/25/08 | 3958 | 206.65 |
| 02/08/08 | 3929 | 280.01 | 02/12/08 | 3943 | 65.00 | 02/29/08 | 3963* | 141.00 |
| 02/07/08 | 3930 | 3,126.00 | 02/15/08 | 3944 | 100.00 | 02/29/08 | 3964 | 9.31 |
| 02/07/08 | 3931 | 508,360.00 | 02/14/08 | 3945 | 284.50 | 02/25/08 | 995181* | 227.30 |
| 02/11/08 | 3932 | 141.00 | 02/13/08 | 3946 | 100.00 | 02/29/08 | 995182 | 386.88 |
| 02/11/08 | 3933 | 4.00 | 02/12/08 | 3947 | 58.10 | 02/20/08 | 995183 | 161.60 |
| 02/11/08 | 3934 | 9.31 | 02/21/08 | 3948 | 425.00 | | | |

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 01/31/08 was 16,557.39

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01/08 | 16,195.87 | 02/11/08 | 60,252.54 | 02/20/08 | 69,106.71 |
| 02/04/08 | 13,934.43 | 02/12/08 | 60,129.44 | 02/21/08 | 90,440.21 |
| 02/05/08 | 26,891.49 | 02/13/08 | 79,142.35 | 02/25/08 | 89,694.96 |
| 02/06/08 | 26,502.14 | 02/14/08 | 75,649.17 | 02/27/08 | 89,366.34 |
| 02/07/08 | 62,538.60 | 02/15/08 | 73,519.69 | 02/29/08 | 88,829.15 |
| 02/08/08 | 62,078.59 | 02/19/08 | 73,179.69 | | |

### OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**BANK** OF THE **BLUEGRASS**
& TRUST CO.

**SHERROW SUTHERLAND & ASSOC PSC**

| | | |
|---|---|---|
| Account No. : | ▮▮▮221 | |
| Stmt. Date : | 02/29/2008 | |

| | |
|---|---|
| Bank : | 187 |
| Images : | 49 |
| Page : | 4 |

## IMAGE STATEMENT





**SHERROW SUTHERLAND & ASSOC PSC**
**Account No. :** ████221
**Stmt. Date :** 02/29/2008

Bank : 187
Images : 49
Page : 5

## IMAGE STATEMENT



AM: 280.01 CK: 3929 DT: 02/08 SO: 00402020 Paid



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

Account No.: ▆▆221 Enclosures: ( 40)                      Statement Date: **03/31/2008** Page: 1

### BUSINESS CHECKING SUMMARY

Type : **REG** Status : **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 02/29/08 | | 88,829.15 |
| Deposits | 5 | 673,800.16 + |
| Debits | 35 | 573,676.64 |
| Automatic Withdrawals | 19 | 112,695.06 |
| Ending Balance On 03/31/08 | | 76,257.61 |
| Items Deposited | 84 | |
| Average Balance (Collected) | 72,745.21 + | |

### ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/05/08 | Deposit | 3,228.36 | 03/10/08 | Deposit | 7,565.33 | 03/28/08 | Deposit | 30,885.54 |
| 03/05/08 | Deposit | 20,683.43 | 03/20/08 | Deposit | 611,437.50 | | | |

### ELECTRONIC DEBITS



Account No.:    ■6221 Enclosures:      ( 40)                    Statement Date: **03/31/2008**  Page:   **2**

## CHECKS AND OTHER DEBITS

*indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 03/03/08 | 3959 | 90.05 | 03/07/08 | 3980 | 363.77 | 03/20/08 | 3993 | 141.00 |
| 03/05/08 | 3966* | 37.50 | 03/11/08 | 3981 | 3,126.00 | 03/24/08 | 3994 | 20.00 |
| 03/11/08 | 3968* | 116.00 | 03/12/08 | 3982 | 225.00 | 03/24/08 | 3995 | 141.00 |
| 03/06/08 | 3970* | 40.00 | 03/17/08 | 3983 | 17.00 | 03/26/08 | 3996 | 40.00 |
| 03/11/08 | 3972* | 284.41 | 03/14/08 | 3984 | 13.00 | 03/20/08 | 3997 | 562,525.00 |
| 03/07/08 | 3973 | 13.00 | 03/13/08 | 3985 | 10.00 | 03/27/08 | 3998 | 4.00 |
| 03/17/08 | 3974 | 40.00 | 03/14/08 | 3986 | 40.00 | 03/25/08 | 4000* | 25.00 |
| 03/26/08 | 3975 | 6.00 | 03/17/08 | 3987 | 20.00 | 03/21/08 | 4001 | 898.00 |
| 03/11/08 | 3976 | 2,804.15 | 03/13/08 | 3988 | 18.62 | 03/31/08 | 4002 | 6.00 |
| 03/07/08 | 3977 | 294.00 | 03/28/08 | 3989 | 135.00 | 03/18/08 | 995196* | 91.50 |
| 03/10/08 | 3978 | 250.00 | 03/31/08 | 3991* | 40.00 | 03/19/08 | 995197 | 708.64 |
| 03/07/08 | 3979 | 1,015.00 | 03/21/08 | 3992 | 78.00 | | | |

**This Statement Cycle Reflects 31 Days**

NOTICE: THE FEDERAL RESERVE BOARD HAS AMENDED REGULATION E.
YOUR ELECTRONIC FUNDS TRANSFER DISCLOSURE HAS CHANGED. NOW,
YOU MAY NOT RECEIVE A RECEIPT FOR ELECTRONIC FUNDS TRANSFERS
OF $15 OR LESS. AS ALWAYS, WE APPRECIATE YOUR BUSINESS!



**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ■■■221 | Bank : | 187 |
| Stmt. Date : | 03/31/2008 | Images : | 40 |
| | | Page : | 3 |

## IMAGE STATEMENT





**SHERROW SUTHERLAND & ASSOC PSC**

| | | |
|---|---|---|
| Account No. : | ████221 | Bank : 187 |
| Stmt. Date : | 03/31/2008 | Images : 40 |
| | | Page : 5 |

## IMAGE STATEMENT



AM: 141.00 CK: 3995 DT: 03/24 SQ: 00502030 Paid

M: 562,525.00 CK: 3997 DT: 03/20 SQ: 02100370 Paid



/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

| Account No.: | ███221 Enclosures: | ( 68) | Statement Date: **04/30/2008** Page: 1 |

## BUSINESS CHECKING SUMMARY

Type :   **REG**   Status :   **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 03/31/08 | | 76,257.61 |
| Deposits | 9 | 967,479.13+ |
| Debits | 59 | 820,269.17 |
| Automatic Withdrawals | 25 | 62,403.75 |
| Ending Balance On 04/30/08 | | 161,063.82 |
| Items Deposited | 192 | |
| Average Balance (Collected) | 191,305.03+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/01/08 | Deposit | 57,569.62 | 04/11/08 | Deposit | 3,475.32 | 04/11/08 | Deposit | 811,187.50 |
| 04/04/08 | Deposit | 22,426.50 | 04/11/08 | Deposit | 21,667.50 | 04/17/08 | Deposit | 12,563.00 |
| 04/11/08 | Deposit | 589.26 | 04/11/08 | Deposit | 32,123.47 | 04/29/08 | Deposit | 5,876.96 |

ELECTRONIC DEBITS



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

Account No.: ████221 Enclosures:     ( 68 )                    Statement Date: **04/30/2008** Page:   **2**

## *ELECTRONIC DEBITS (cont.)*

| Date | Description | Amount |
|---|---|---|
| 04/29/08 | FAYETTE COUNTY C ONLINE PMT | 323.93 |
| 04/30/08 | PAYCHEX TPS TAXES | 250.23 |
| 04/30/08 | PAYCHEX TPS TAXES | 20,140.06 |
| 04/30/08 | PAYCHEX PAYROLL | 32,701.89 |

## *CHECKS AND OTHER DEBITS*                              * indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/08/08 | 3950 | 1,000.00 | 04/08/08 | 4021 | 45.00 | 04/22/08 | 4042* | 334.85 |
| 04/04/08 | 3990* | 50.00 | 04/07/08 | 4022 | 955.00 | 04/15/08 | 4043 | 141.00 |
| 04/04/08 | 4003* | 40.00 | 04/10/08 | 4023 | 77.00 | 04/17/08 | 4044 | 20.00 |
| 04/07/08 | 4004 | 300.00 | 04/08/08 | 4024 | 53.50 | 04/15/08 | 4049* | 937.92 |
| 04/04/08 | 4005 | 300.00 | 04/14/08 | 4025 | 2,949.49 | 04/25/08 | 4050 | 589.26 |
| 04/04/08 | 4006 | 300.00 | 04/14/08 | 4026 | 7,921.56 | 04/11/08 | 4051 | 746,295.00 |
| 04/04/08 | 4007 | 300.00 | 04/14/08 | 4027 | 6,810.24 | 04/21/08 | 4052 | 268.25 |
| 04/03/08 | 4008 | 300.00 | 04/14/08 | 4028 | 3,311.28 | 04/25/08 | 4053 | 175.00 |
| 04/07/08 | 4009 | 800.00 | 04/14/08 | 4029 | 3,365.24 | 04/25/08 | 4054 | 175.00 |
| 04/07/08 | 4010 | 589.26 | 04/14/08 | 4030 | 3,282.38 | 04/21/08 | 4055 | 13.00 |
| 04/04/08 | 4011 | 26.00 | 04/14/08 | 4031 | 1,333.00 | 04/18/08 | 4057* | 947.00 |
| 04/15/08 | 4012 | 13,875.36 | 04/14/08 | 4032 | 3,153.28 | 04/22/08 | 4058 | 350.00 |
| 04/07/08 | 4013 | 388.05 | 04/21/08 | 4033 | 240.00 | 04/30/08 | 4060* | 16.00 |
| 04/10/08 | 4014 | 3,126.00 | 04/10/08 | 4034 | 80.00 | 04/28/08 | 4061 | 296.33 |
| 04/11/08 | 4015 | 2,804.15 | 04/11/08 | 4035 | 50.00 | 04/29/08 | 4063* | 2,595.00 |
| 04/08/08 | 4016 | 367.66 | 04/08/08 | 4036 | 141.00 | 04/30/08 | 4070* | 950.00 |
| 04/10/08 | 4017 | 782.95 | 04/08/08 | 4037 | 9.31 | 04/30/08 | 4071 | 100.00 |
| 04/07/08 | 4018 | 100.00 | 04/11/08 | 4038 | 14.10 | 04/28/08 | 4073* | 3,600.00 |
| 04/08/08 | 4019 | 2,510.00 | 04/14/08 | 4039 | 20.00 | 04/07/08 | 995194* | 276.75 |
| 04/10/08 | 4020 | 415.00 | 04/10/08 | 4040 | 3.00 | | | |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 03/31/08 was 76,257.61

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01/08 | 133,827.23 | 04/10/08 | 139,259.26 | 04/21/08 | 218,394.36 |
| 04/03/08 | 133,169.93 | 04/11/08 | 259,139.06 | 04/22/08 | 217,709.51 |
| 04/04/08 | 153,825.71 | 04/14/08 | 223,783.91 | 04/25/08 | 216,541.80 |
| 04/07/08 | 148,718.68 | 04/15/08 | 207,319.61 | 04/28/08 | 212,645.47 |
| 04/08/08 | 144,592.21 | 04/17/08 | 219,862.61 | 04/29/08 | 215,222.00 |
| 04/09/08 | 143,911.94 | 04/18/08 | 218,915.61 | 04/30/08 | 161,063.82 |



**SHERROW SUTHERLAND & ASSOC PSC**

| | | |
|---|---|---|
| Account No. : █████221 | Bank : | 187 |
| | Images : | 68 |
| Stmt. Date : 04/30/2008 | Page : | 4 |

## IMAGE STATEMENT

AM: 21,667.50 CK:  DT: 04/11 SQ: 01701350 Deposit



M: 811,187.50 CK:  DT: 04/11 SQ: 02000250 Depos



**SHERROW SUTHERLAND & ASSOC PSC**

| | | |
|---|---|---|
| Account No. : | ████221 | Bank : 187 |
| Stmt. Date : | 04/30/2008 | Images : 68 |
| | | Page : 8 |

## IMAGE STATEMENT





**BANK OF THE BLUEGRASS**
& T R U S T   C O .

████████████████████████████████████

/405031949501/

SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

████████████████████████████████████

| Account No.: ████221 Enclosures: ( 39) | Statement Date: **05/30/2008** Page: 1 |

### BUSINESS CHECKING SUMMARY

Type : **REG**   Status : **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 04/30/08 | | 161,063.82 |
| Deposits | 5 | 230,959.98 + |
| Debits | 33 | 152,275.25 |
| Automatic Withdrawals | 19 | 68,180.12 |
| Miscellaneous Debits | 2 | 1,502.00 |
| Ending Balance On 05/30/08 | | 170,066.43 |
| Items Deposited | 139 | |
| **Average Balance (Collected)** | **171,399.72 +** | |

### ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/05/08 | Deposit | 19,397.62 | 05/15/08 | Deposit | 150,375.00 | 05/30/08 | Deposit | 1,500.00 |
| 05/13/08 | Deposit | 14,639.29 | 05/28/08 | Deposit | 45,048.07 | | | |

████████████████████████████████████


BANK OF THE BLUEGRASS
& TRUST CO.

---

Account No.: ████221  Enclosures:  ( 39 )   Statement Date: **05/30/2008**  Page:  **2**

## CHECKS AND OTHER DEBITS
* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 05/02/08 | 4041 | 100.00 | 05/05/08 | 4067 | 50.00 | 05/05/08 | 4081 | 461.00 |
| 05/05/08 | 4045* | 135.00 | 05/02/08 | 4068 | 29.00 | 05/12/08 | 4082 | 111.45 |
| 05/05/08 | 4046 | 85.00 | 05/06/08 | 4069 | 411.75 | 05/16/08 | 4083 | 395.00 |
| 05/05/08 | 4047 | 9.31 | 05/02/08 | 4072* | 38.00 | 05/14/08 | 4084 | 1,182.71 |
| 05/05/08 | 4048 | 18.62 | 05/02/08 | 4074* | 40.00 | 05/16/08 | 4085 | 116.00 |
| 05/07/08 | 4056* | 53.50 | 05/08/08 | 4075 | 17.00 | 05/15/08 | 4086 | 141.00 |
| 05/05/08 | 4059* | 500.00 | 05/07/08 | 4076 | 3.00 | 05/15/08 | 4088* | 138,347.50 |
| 05/02/08 | 4062* | 500.00 | 05/07/08 | 4077 | 13.00 | 05/30/08 | 4089 | 17.00 |
| 05/01/08 | 4064* | 108.50 | 05/08/08 | 4078 | 3,126.00 | 05/21/08 | 4090 | 332.80 |
| 05/06/08 | 4065 | 395.00 | 05/08/08 | 4079 | 2,383.96 | 05/27/08 | 4091 | 40.00 |
| 05/01/08 | 4066 | 270.00 | 05/12/08 | 4080 | 2,804.15 | 05/29/08 | 4092 | 40.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/29/08 | MISCELLANEOUS DEBIT | 1,500.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 04/30/08 was 161,063.82

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/01/08 | 160,685.32 | 05/12/08 | 164,376.43 | 05/21/08 | 169,651.49 |
| 05/02/08 | 159,978.32 | 05/13/08 | 179,015.72 | 05/27/08 | 169,611.49 |
| 05/05/08 | 178,117.01 | 05/14/08 | 174,624.33 | 05/28/08 | 214,659.56 |
| 05/06/08 | 177,310.26 | 05/15/08 | 181,103.10 | 05/29/08 | 184,769.82 |
| 05/07/08 | 177,240.76 | 05/16/08 | 176,000.72 | 05/30/08 | 170,066.43 |
| 05/08/08 | 171,580.17 | 05/19/08 | 171,528.53 | | |
| 05/09/08 | 171,565.17 | 05/20/08 | 169,984.29 | | |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**SHERROW SUTHERLAND & ASSOC PSC**

Account No. :  ████221

Stmt. Date :  05/30/2008

Bank :  187

Images :  39

Page :  4

## IMAGE STATEMENT



M: 150,375.00 CK:   DT: 05/15 SQ: 01200400 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ████221 | Bank : | 187 |
| Stmt. Date : | 05/30/2008 | Images : | 39 |
| | | Page : | 6 |

## IMAGE STATEMENT



AM: 116.00 CK: 4085 DT: 05/16 SQ: 00500950 Paid



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

| Account No.: | ▇221 Enclosures: | ( 50) | Statement Date: **06/30/2008** Page: **1** |
|---|---|---|---|

## BUSINESS CHECKING SUMMARY

Type : **REG**   Status : **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 05/30/08 | | 170,066.43 |
| Deposits | 6 | 93,694.58 + |
| Debits | 44 | 53,464.53 |
| Automatic Withdrawals | 26 | 62,183.43 |
| Ending Balance On 06/30/08 | | 148,113.05 |
| Items Deposited | 150 | |
| Average Balance (Collected) | 171,437.80 + | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/06/08 | Deposit | 15,227.08 | 06/19/08 | Deposit | 21,968.01 | 06/27/08 | Deposit | 11,140.66 |
| 06/19/08 | Deposit | 8,569.87 | 06/19/08 | Deposit | 35,187.50 | 06/30/08 | Deposit | 1,601.46 |

## ELECTRONIC DEBITS

# BANK OF THE BLUEGRASS
& T R U S T   C O .

Account No.: ▆221 Enclosures: ( 50 )   Statement Date: **06/30/2008** Page:   **2**

## *ELECTRONIC DEBITS (cont.)*

## CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 06/23/08 | 3951 | 53.50 | 06/10/08 | 4108 | 141.00 | 06/24/08 | 4126* | 68.10 |
| 06/03/08 | 4093* | 125.00 | 06/10/08 | 4109 | 9.62 | 06/16/08 | 4127 | 9.62 |
| 06/06/08 | 4094 | 2,804.15 | 06/11/08 | 4110 | 221.70 | 06/23/08 | 4128 | 1,400.00 |
| 06/05/08 | 4095 | 75.00 | 06/11/08 | 4111 | 242.70 | 06/20/08 | 4129 | 13.00 |
| 06/04/08 | 4096 | 650.00 | 06/09/08 | 4112 | 1,194.99 | 06/23/08 | 4131* | 660.14 |
| 06/09/08 | 4097 | 460.23 | 06/06/08 | 4113 | 350.00 | 06/19/08 | 4132 | 32,375.00 |
| 06/04/08 | 4098 | 150.00 | 06/09/08 | 4114 | 356.05 | 06/30/08 | 4133 | 8.00 |
| 06/04/08 | 4099 | 35.00 | 06/06/08 | 4115 | 299.00 | 06/24/08 | 4134 | 328.30 |
| 06/06/08 | 4100 | 113.00 | 06/13/08 | 4116 | 187.50 | 06/27/08 | 4136* | 2,245.00 |
| 06/10/08 | 4101 | 300.00 | 06/12/08 | 4118* | 584.00 | 06/30/08 | 4137 | 300.00 |
| 06/05/08 | 4102 | 650.80 | 06/11/08 | 4119 | 10.00 | 06/27/08 | 4138 | 527.80 |
| 06/04/08 | 4103 | 1,790.00 | 06/12/08 | 4120 | 40.00 | 06/30/08 | 4139 | 80.00 |
| 06/03/08 | 4104 | 399.58 | 06/12/08 | 4121 | 544.00 | 06/30/08 | 4140 | 13.00 |
| 06/06/08 | 4106* | 3,126.00 | 06/13/08 | 4123* | 53.50 | 06/30/08 | 4141 | 40.00 |
| 06/04/08 | 4107 | 289.25 | 06/16/08 | 4124 | 141.00 | | | |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 05/30/08 was 170,066.43

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/03/08 | 169,153.81 | 06/11/08 | 167,855.52 | 06/23/08 | 185,393.99 |
| 06/04/08 | 166,239.56 | 06/12/08 | 161,520.12 | 06/24/08 | 184,997.59 |
| 06/05/08 | 162,430.18 | 06/13/08 | 159,860.44 | 06/25/08 | 184,506.49 |
| 06/06/08 | 170,965.11 | 06/16/08 | 159,709.82 | 06/27/08 | 192,874.35 |
| 06/09/08 | 168,953.84 | 06/19/08 | 193,060.20 | 06/30/08 | 148,113.05 |
| 06/10/08 | 168,329.92 | 06/20/08 | 193,047.20 | | | |



**SHERROW SUTHERLAND & ASSOC PSC**

| | | |
|---|---|---|
| Account No. : | ████221 | Bank : 187 |
| Stmt. Date : | 06/30/2008 | Images : 50 |
| | | Page : 4 |

## IMAGE STATEMENT

AM: 8,569.87 CK:  DT: 06/19 SQ: 01303040 Deposit



M: 35,187.50 CK:  DT: 06/19 SQ: 01501440 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | |
|---|---|
| Account No. : ▮▮221 | Bank : 187 |
| Stmt. Date : 06/30/2008 | Images : 50 |
| | Page : 7 |

## IMAGE STATEMENT





## BANK OF THE BLUEGRASS
& TRUST CO.

**/405031949501/**
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

Account No.: ░░221 Enclosures:       ( 38 )              Statement Date: **07/31/2008** Page:   **1**

### BUSINESS CHECKING SUMMARY                Type :    **REG**   Status :   **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 06/30/08 | | 148,113.05 |
| Deposits | 5 | 741,021.32 + |
| Debits | 33 | 641,381.57 |
| Automatic Withdrawals | 29 | 64,656.42 |
| Ending Balance On 07/31/08 | | 183,096.38 |
| Items Deposited | 147 | |
| **Average Balance (Collected)** | **184,123.44 +** | |

### ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/10/08 | Deposit | 12,737.05 | 07/16/08 | Deposit | 668,187.50 | 07/28/08 | Deposit | 785.41 |
| 07/10/08 | Deposit | 19,983.01 | 07/25/08 | Deposit | 39,328.35 | | | |

### ELECTRONIC DEBITS

# BANK OF THE BLUEGRASS
& T R U S T   C O .

Account No.: ████221 Enclosures:        ( 38)                    Statement Date: **07/31/2008** Page:   **2**

*ELECTRONIC DEBITS (cont.)*

## CHECKS AND OTHER DEBITS
* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 07/03/08 | 4087 | 75.00 | 07/10/08 | 4150 | 23.00 | 07/21/08 | 4162 | 240.00 |
| 07/11/08 | 4122* | 2,000.00 | 07/16/08 | 4152* | 50.00 | 07/21/08 | 4163 | 7.00 |
| 07/15/08 | 4135* | 296.75 | 07/21/08 | 4153 | 40.00 | 07/28/08 | 4164 | 32.00 |
| 07/03/08 | 4142* | 150.62 | 07/18/08 | 4154 | 40.00 | 07/16/08 | 4165 | 614,735.00 |
| 07/11/08 | 4143 | 1,601.46 | 07/16/08 | 4155 | 660.14 | 07/21/08 | 4166 | 220.93 |
| 07/10/08 | 4144 | 185.62 | 07/16/08 | 4156 | 20.00 | 07/30/08 | 4168* | 700.17 |
| 07/08/08 | 4145 | 612.00 | 07/23/08 | 4157 | 4,978.17 | 07/28/08 | 4169 | 29.00 |
| 07/08/08 | 4146 | 3,126.00 | 07/21/08 | 4158 | 331.92 | 07/30/08 | 4171* | 17.00 |
| 07/10/08 | 4147 | 2,804.15 | 07/14/08 | 4159 | 625.00 | 07/28/08 | 4172 | 5,565.00 |
| 07/07/08 | 4148 | 261.31 | 07/15/08 | 4160 | 765.00 | 07/30/08 | 4173 | 13.00 |
| 07/08/08 | 4149 | 100.00 | 07/21/08 | 4161 | 310.92 | 07/31/08 | 4175* | 765.41 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 06/30/08 was 148,113.05

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/03/08 | 147,437.06 | 07/14/08 | 162,211.02 | 07/23/08 | 204,142.82 |
| 07/07/08 | 147,175.75 | 07/15/08 | 159,730.59 | 07/25/08 | 243,471.17 |
| 07/08/08 | 140,848.98 | 07/16/08 | 212,452.95 | 07/28/08 | 234,797.30 |
| 07/09/08 | 140,007.91 | 07/18/08 | 212,391.18 | 07/29/08 | 234,283.79 |
| 07/10/08 | 169,646.16 | 07/21/08 | 211,240.41 | 07/30/08 | 233,553.62 |
| 07/11/08 | 166,044.70 | 07/22/08 | 209,120.99 | 07/31/08 | 183,096.38 |



**SHERROW SUTHERLAND & ASSOC PSC**

| | | |
|---|---|---|
| Account No. : | ████221 | Bank : 187 |
| Stmt. Date : | 07/31/2008 | Images : 38 |
| | | Page : 4 |

## IMAGE STATEMENT



AM: 12,737.05 CK:  DT: 07/10 SQ: 02101340 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ████221 | Bank : | 187 |
| Stmt. Date : | 07/31/2008 | Images : | 38 |
| | | Page : | 6 |

## IMAGE STATEMENT



AM: 7.00 CK: 4163 DT: 07/21 SQ: 00301570 Paid

M: 614,735.00 CK: 4165 DT: 07/16 SQ: 01000910 Paid



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

Account No.: ████221 Enclosures:        ( 68 )            Statement Date: **08/29/2008** Page:   1

## BUSINESS CHECKING SUMMARY

Type :   REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/08 | | 183,096.38 |
| Deposits | 7 | 521,665.91 + |
| Debits | 61 | 445,486.81 |
| Automatic Withdrawals | 8 | 60,371.35 |
| Ending Balance On 08/29/08 | | 198,904.13 |
| Items Deposited | 149 | |
| Average Balance (Collected) | 209,590.61 + | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/08/08 | Deposit | 32,061.25 | 08/13/08 | Deposit | 47,000.00 | 08/29/08 | Deposit | 3,618.20 |
| 08/13/08 | Deposit | 23,500.00 | 08/19/08 | Deposit | 369,375.00 | | | |
| 08/13/08 | Deposit | 27,500.00 | 08/26/08 | Deposit | 18,611.46 | | | |

ELECTRONIC DEBITS

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/04/08 | 4170 | 40.00 | 08/04/08 | 4182 | 636.00 | 08/11/08 | 4190 | 410.00 |
| 08/04/08 | 4174 * | 38.00 | 08/07/08 | 4183 | 35.00 | 08/13/08 | 4191 | 194.20 |
| 08/06/08 | 4176 * | 565.00 | 08/01/08 | 4184 | 1,228.72 | 08/08/08 | 4192 | 600.00 |
| 08/01/08 | 4177 | 310.00 | 08/01/08 | 4185 | 933.72 | 08/07/08 | 4193 | 402.00 |
| 08/01/08 | 4178 | 101.97 | 08/18/08 | 4186 | 17.00 | 08/11/08 | 4194 | 880.00 |
| 08/04/08 | 4179 | 153.41 | 08/05/08 | 4187 | 175.00 | 08/12/08 | 4195 | 52.50 |
| 08/01/08 | 4180 | 325.00 | 08/07/08 | 4188 | 13.00 | 08/14/08 | 4196 | 2,804.15 |
| 08/06/08 | 4181 | 175.00 | 08/20/08 | 4189 | 287.50 | 08/11/08 | 4197 | 400.00 |



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

Account No.: ███221 Enclosures: ( 68 )          Statement Date: **08/29/2008** Page:   **2**

*\* indicates a gap in the check numbers*

## CHECKS AND OTHER DEBITS (cont.)

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 08/13/08 | 4198 | 244.85 | 08/22/08 | 4213* | 17.00 | 08/26/08 | 4229* | 17.00 |
| 08/12/08 | 4199 | 125.00 | 08/20/08 | 4214 | 50.00 | 08/27/08 | 4230 | 82.00 |
| 08/13/08 | 4200 | 1,195.00 | 08/22/08 | 4215 | 425.00 | 08/29/08 | 4231 | 8,000.00 |
| 08/18/08 | 4201 | 179.62 | 08/20/08 | 4216 | 379.50 | 08/29/08 | 4232 | 74.00 |
| 08/14/08 | 4203* | 9.38 | 08/21/08 | 4217 | 75.00 | 08/15/08 | 995270* | 153.41 |
| 08/13/08 | 4204 | 205.00 | 08/20/08 | 4218 | 80.00 | 08/18/08 | 995271 | 716.92 |
| 08/20/08 | 4205 | 700.17 | 08/20/08 | 4219 | 300.00 | 08/13/08 | 995272 | 600.00 |
| 08/12/08 | 4206 | 120.38 | 08/19/08 | 4220 | 339,827.50 | 08/14/08 | 995273 | 680.27 |
| 08/13/08 | 4207 | 78,402.50 | 08/22/08 | 4221 | 83.50 | 08/15/08 | 995274 | 262.37 |
| 08/18/08 | 4208 | 150.00 | 08/25/08 | 4222 | 40.00 | 08/18/08 | 995275 | 200.00 |
| 08/29/08 | 4209 | 74.00 | 08/21/08 | 4223 | 176.00 | 08/13/08 | 995276 | 105.10 |
| 08/21/08 | 4210 | 23.00 | 08/21/08 | 4224 | 176.00 | | | |
| 08/19/08 | 4211 | 60.00 | 08/27/08 | 4227* | 700.17 | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/08 was 183,096.38

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/01/08 | 180,196.97 | 08/12/08 | 207,103.73 | 08/21/08 | 233,814.17 |
| 08/04/08 | 179,329.56 | 08/13/08 | 224,157.08 | 08/22/08 | 233,288.67 |
| 08/05/08 | 179,154.56 | 08/14/08 | 217,454.60 | 08/25/08 | 233,248.67 |
| 08/06/08 | 178,414.56 | 08/15/08 | 215,620.14 | 08/26/08 | 251,843.13 |
| 08/07/08 | 177,964.56 | 08/18/08 | 206,573.84 | 08/27/08 | 251,060.96 |
| 08/08/08 | 209,425.81 | 08/19/08 | 236,061.34 | 08/28/08 | 220,956.27 |
| 08/11/08 | 207,401.61 | 08/20/08 | 234,264.17 | 08/29/08 | 198,904.13 |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|------|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**BANK OF THE BLUEGRASS**
& T R U S T  C O .

**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ██████221 | Bank : | 187 |
| | | Images : | 68 |
| Stmt. Date : | 08/29/2008 | Page : | 4 |

## IMAGE STATEMENT



AM: 369,375.00 CK:  DT: 08/19 SQ: 01200530 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ████221 | Bank : | 187 |
| Stmt. Date : | 08/29/2008 | Images : | 68 |
| | | Page : | 8 |

## IMAGE STATEMENT



AM: 80.00 CK: 4218 DT: 08/20 SQ: 00300520 Paid

AM: 339,827.50 CK: 4220 DT: 08/19 SQ: 01200630 Paid



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

| | | | |
|---|---|---|---|
| Account No.: ▇221 | Enclosures: ( 42) | Statement Date: **09/30/2008** | Page: 1 |

### BUSINESS CHECKING SUMMARY

Type : **REG**   Status : **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/29/08 | | 198,904.13 |
| Deposits | 6 | 283,197.44 + |
| Debits | 36 | 256,616.98 |
| Automatic Withdrawals | 26 | 75,571.54 |
| Automatic Deposits | 3 | 3,530.25 + |
| Ending Balance On 09/30/08 | | 153,443.30 |
| Items Deposited | 142 | |
| **Average Balance (Collected)** | **155,634.55 +** | |

### ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/05/08 | Deposit | 30,000.00 | 09/12/08 | Deposit | 17,944.48 | 09/29/08 | Deposit | 20,000.00 |
| 09/12/08 | Deposit | 8,390.07 | 09/12/08 | Deposit | 177,562.50 | 09/29/08 | Deposit | 29,300.39 |

### ELECTRONIC DEBITS



**BANK** OF THE **BLUEGRASS**
& T R U S T   C O .

Account No.:  ████221 Enclosures:        ( 42)                    Statement Date: **09/30/2008** Page:    2

*ELECTRONIC DEBITS (cont.)*

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 09/05/08 | 4225 | 176.00 | 09/08/08 | 4242 | 386.90 | 09/17/08 | 4255* | 394.39 |
| 09/05/08 | 4226 | 9.62 | 09/08/08 | 4243 | 750.00 | 09/23/08 | 4256 | 400.00 |
| 09/09/08 | 4228* | 765.11 | 09/11/08 | 4244 | 2,804.15 | 09/22/08 | 4257 | 350.72 |
| 09/02/08 | 4233* | 176.00 | 09/08/08 | 4245 | 3,126.00 | 09/22/08 | 4258 | 40.00 |
| 09/08/08 | 4234 | 40.00 | 09/10/08 | 4246 | 116.59 | 09/26/08 | 4259 | 40.00 |
| 09/02/08 | 4235 | 75.00 | 09/12/08 | 4247 | 163,360.00 | 09/23/08 | 4260 | 82.68 |
| 09/22/08 | 4236 | 700.35 | 09/22/08 | 4248 | 11.00 | 09/24/08 | 4261 | 72.50 |
| 09/04/08 | 4237 | 40.00 | 09/18/08 | 4249 | 13.00 | 09/26/08 | 4262 | 13.00 |
| 09/05/08 | 4238 | 295.00 | 09/19/08 | 4250 | 646.80 | 09/24/08 | 4263 | 176.00 |
| 09/03/08 | 4239 | 668.00 | 09/25/08 | 4251 | 80.00 | 09/25/08 | 4264 | 136.17 |
| 09/04/08 | 4240 | 80,000.00 | 09/23/08 | 4252 | 100.00 | 09/22/08 | 4265 | 100.00 |
| 09/09/08 | 4241 | 107.00 | 09/19/08 | 4253 | 275.00 | 09/29/08 | 4266 | 90.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 08/29/08 was 198,904.13

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/02/08 | 198,653.13 | 09/11/08 | 132,085.73 | 09/23/08 | 154,093.89 |
| 09/03/08 | 197,985.13 | 09/12/08 | 169,414.10 | 09/24/08 | 153,845.39 |
| 09/04/08 | 117,945.13 | 09/15/08 | 161,370.60 | 09/25/08 | 153,629.22 |
| 09/05/08 | 147,464.51 | 09/17/08 | 156,864.83 | 09/26/08 | 153,576.22 |
| 09/08/08 | 142,637.91 | 09/18/08 | 156,851.83 | 09/29/08 | 202,786.61 |
| 09/09/08 | 141,765.80 | 09/19/08 | 155,878.64 | 09/30/08 | 153,443.30 |
| 09/10/08 | 136,723.44 | 09/22/08 | 154,676.57 | | |



**BANK** OF THE **BLUEGRASS**
& T R U S T   C O .

**SHERROW SUTHERLAND & ASSOC PSC**
**Account No. :**
**Stmt. Date :**        09/30/2008

**Bank :**        187
**Images :**        42
**Page :**        4

STATEMENT



CHECKING ACCOUNT DEPOSIT TICKET

Bank of the Bluegrass & Trust Co.
101 East High Street • Lexington, Kentucky 40507

DATE: 9-12 20 08

PLEASE WRITE
YOUR ACCOUNT
NUMBER HERE

NAME: Sherrow Sutherland &
Assoc PSC

CURRENCY
COIN: Wire

CHECKS (List Separately)
JP Morgan   179,322.50
Chase
(Any to file)
Lakases

LESS CASH RECEIVED

NET DEPOSIT   179,322.50



**SHERROW SUTHERLAND & ASSOC PSC**

| | |
|---|---|
| Account No. : | ███221 |
| Stmt. Date : | 09/30/2008 |

| | |
|---|---|
| Bank : | 187 |
| Images : | 42 |
| Page : | 5 |

## IMAGE STATEMENT



AM: 163,360.00 CK: 4247 DT: 09/12 SQ: 02000700 Paid



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

| Account No.: | ■■221 Enclosures: | ( 49) | Statement Date: **10/31/2008** Page:   1 |
|---|---|---|---|

## BUSINESS CHECKING SUMMARY

Type :   **REG**   Status :   **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/30/08 | | 153,443.30 |
| Deposits | 6 | 775,719.98 + |
| Debits | 43 | 652,547.13 |
| Automatic Withdrawals | 28 | 74,263.44 |
| Automatic Deposits | 1 | 1,097.11 + |
| Ending Balance On 10/31/08 | | 203,449.82 |
| Items Deposited | 124 | |
| **Average Balance (Collected)** | **195,161.91 +** | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/14/08 | Deposit | 20,444.59 | 10/14/08 | Deposit | 644,543.00 | 10/23/08 | Deposit | 4,533.61 |
| 10/14/08 | Deposit | 49,000.00 | 10/23/08 | Deposit | 250.00 | 10/28/08 | Deposit | 56,948.78 |

| Date | Description | Amount |
|---|---|---|
| 10/03/08 | PAYCHEX TPS TAXES | 1,097.11 |

## ELECTRONIC DEBITS



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

Account No.: ████221 Enclosures: **( 49 )**          Statement Date: **10/31/2008** Page: **2**

## *ELECTRONIC DEBITS (cont.)*

## *CHECKS AND OTHER DEBITS*                          * indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/02/08 | 4254 | 76.00 | 10/15/08 | 4281 | 150.00 | 10/23/08 | 4296 | 224.00 |
| 10/06/08 | 4267* | 16,885.58 | 10/23/08 | 4282 | 455.94 | 10/30/08 | 4297 | 100.00 |
| 10/10/08 | 4268 | 2,804.15 | 10/14/08 | 4283 | 536.25 | 10/21/08 | 4298 | 83.50 |
| 10/07/08 | 4269 | 3,126.00 | 10/16/08 | 4284 | 300.48 | 10/27/08 | 4299 | 40.00 |
| 10/08/08 | 4270 | 17.00 | 10/14/08 | 4285 | 105.00 | 10/21/08 | 4300 | 83.50 |
| 10/09/08 | 4271 | 240.00 | 10/15/08 | 4286 | 515.00 | 10/22/08 | 4301 | 40.00 |
| 10/09/08 | 4272 | 500.00 | 10/15/08 | 4287 | 460.00 | 10/23/08 | 4302 | 176.00 |
| 10/10/08 | 4273 | 904.00 | 10/15/08 | 4288 | 265.00 | 10/23/08 | 4303 | 19.24 |
| 10/16/08 | 4274 | 175.00 | 10/15/08 | 4289 | 150.00 | 10/24/08 | 4304 | 810.00 |
| 10/08/08 | 4275 | 534.00 | 10/22/08 | 4290 | 35.00 | 10/23/08 | 4305 | 104.25 |
| 10/16/08 | 4276 | 240.48 | 10/15/08 | 4291 | 379.96 | 10/31/08 | 4311* | 270.00 |
| 10/15/08 | 4277 | 725.50 | 10/20/08 | 4292 | 17.00 | 10/20/08 | 995310* | 1,066.00 |
| 10/14/08 | 4278 | 176.00 | 10/14/08 | 4293 | 39,202.50 | 10/16/08 | 995311 | 208.64 |
| 10/14/08 | 4279 | 9.62 | 10/15/08 | 4294 | 579,627.50 | | | |
| 10/15/08 | 4280 | 449.00 | 10/17/08 | 4295 | 260.00 | | | |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 09/30/08 was 153,443.30

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/02/08 | 152,697.33 | 10/10/08 | 120,821.02 | 10/21/08 | 197,157.06 |
| 10/03/08 | 153,794.44 | 10/14/08 | 788,996.31 | 10/22/08 | 197,082.06 |
| 10/06/08 | 131,158.84 | 10/15/08 | 203,543.08 | 10/23/08 | 200,886.24 |
| 10/07/08 | 128,032.84 | 10/16/08 | 198,667.06 | 10/24/08 | 200,076.24 |
| 10/08/08 | 127,481.84 | 10/17/08 | 198,407.06 | 10/27/08 | 200,036.24 |
| 10/09/08 | 126,741.84 | 10/20/08 | 197,324.06 | 10/28/08 | 256,985.02 |



**BANK** OF THE **BLUEGRASS**
& T R U S T  C O .

**SHERROW SUTHERLAND & ASSOC PSC**
Account No. :    ████21
Stmt. Date :    10/31/2008

Bank :    187
Images :    49
Page :    4

## IMAGE STATEMENT



CHECKING ACCOUNT DEPOSIT TICKET

Bank of the Bluegrass & Trust Co.
601 East High Street • Lexington, Kentucky 40507

DATE    10-14  20 08

CURRENCY
COIN    (1) HC
CHECKS (List Separately)
JP Morgan  644,543.00
Chase
(Per Fax)
TOTAL
LESS CASH RECEIVED
NET DEPOSIT    644,543 00

AM: 644,543.00 CK:  DT: 10/14 SQ: 01300040 Deposit



**BANK OF THE BLUEGRASS**
& TRUST CO.

**SHERROW SUTHERLAND & ASSOC PSC**

| | | | |
|---|---|---|---|
| Account No. : | ■■■■221 | Bank : | 187 |
| Stmt. Date : | 10/31/2008 | Images : | 49 |
| | | Page : | 6 |

## IMAGE STATEMENT



AM: 17.00 CK: 4292 DT: 10/20 SQ: 00300140 Paid

AM: 579,627.50 CK: 4294 DT: 10/15 SQ: 00900900 Paid



**BANK** OF THE **BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

Account No.: ◼◼221 Enclosures:          ( 45)                    Statement Date: **11/28/2008** Page:   1

### BUSINESS CHECKING SUMMARY                    Type :    REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 10/31/08 | | 203,449.82 |
| Deposits | 4 | 173,901.05+ |
| Debits | 41 | 128,141.77 |
| Automatic Withdrawals | 21 | 61,915.47 |
| Ending Balance On 11/28/08 | | 187,293.63 |
| Items Deposited | 41 | |
| **Average Balance (Collected)** | **197,996.24 +** | |

### ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/12/08 | Deposit | 22,528.62 | 11/18/08 | Deposit | 77,979.00 | | | |
| 11/18/08 | Deposit | 40,000.00 | 11/25/08 | Deposit | 33,393.43 | | | |

### ELECTRONIC DEBITS



BANK OF THE BLUEGRASS
& T R U S T   C O .

Account No.: ████221 Enclosures:     ( 45 )                    Statement Date: **11/28/2008**  Page:    **2**

## CHECKS AND OTHER DEBITS
                                                                 * indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 11/03/08 | 4306 | 4,858.61 | 11/10/08 | 4321 | 900.00 | 11/24/08 | 4339 | 748.07 |
| 11/03/08 | 4307 | 3,891.42 | 11/04/08 | 4322 | 260.00 | 11/19/08 | 4340 | 323.47 |
| 11/05/08 | 4308 | 2,804.15 | 11/12/08 | 4326* | 13.00 | 11/18/08 | 4341 | 568.00 |
| 11/05/08 | 4309 | 20.00 | 11/10/08 | 4327 | 26.00 | 11/25/08 | 4342 | 50.00 |
| 11/03/08 | 4310 | 316.99 | 11/14/08 | 4328 | 464.03 | 11/18/08 | 4343 | 220.69 |
| 11/04/08 | 4312* | 645.80 | 11/07/08 | 4329 | 625.00 | 11/17/08 | 4344 | 1,500.00 |
| 11/12/08 | 4313 | 600.00 | 11/17/08 | 4330 | 30.00 | 11/24/08 | 4345 | 40.00 |
| 11/04/08 | 4314 | 100.00 | 11/24/08 | 4331 | 23.00 | 11/19/08 | 4346 | 32,002.50 |
| 11/05/08 | 4315 | 78.00 | 11/18/08 | 4332 | 119.70 | 11/19/08 | 4347 | 70,127.50 |
| 11/06/08 | 4316 | 5,090.18 | 11/13/08 | 4333 | 9.62 | 11/24/08 | 4348 | 54.00 |
| 11/03/08 | 4317 | 260.45 | 11/17/08 | 4334 | 10.00 | 11/20/08 | 995333* | 148.35 |
| 11/04/08 | 4318 | 176.00 | 11/18/08 | 4336* | 15.00 | 11/19/08 | 995334 | 600.00 |
| 11/07/08 | 4319 | 31.63 | 11/14/08 | 4337 | 10.00 | 11/20/08 | 995335 | 168.37 |
| 11/10/08 | 4320 | 195.24 | 11/18/08 | 4338 | 17.00 | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 10/31/08 was 203,449.82

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/03/08 | 194,122.35 | 11/12/08 | 198,830.39 | 11/20/08 | 200,865.54 |
| 11/04/08 | 190,603.07 | 11/13/08 | 198,820.77 | 11/24/08 | 200,000.47 |
| 11/05/08 | 187,700.92 | 11/14/08 | 197,569.11 | 11/25/08 | 233,343.90 |
| 11/06/08 | 178,999.10 | 11/17/08 | 188,239.32 | 11/28/08 | 187,293.63 |
| 11/07/08 | 178,342.47 | 11/18/08 | 304,235.73 | | |
| 11/10/08 | 176,914.77 | 11/19/08 | 201,182.26 | | |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**This Statement Cycle Reflects 28 Days**

ON OCTOBER 3, 2008, FDIC DEPOSIT INSURANCE TEMPORARILY
INCREASED FROM $100,000 TO $250,000 PER DEPOSITOR THROUGH
DECEMBER 31, 2009.



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

**SHERROW SUTHERLAND & ASSOC PSC**
Account No. :      ▆▆▆221
Stmt. Date :       11/28/2008

Bank :        187
Images :       45
Page :          3

## IMAGE STATEMENT

AM: 77,979.00 CK:  DT: 11/18 SQ: 00900550 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | |
|---|---|
| Account No. : | ▬221 |
| Stmt. Date : | 11/28/2008 |

| | |
|---|---|
| Bank : | 187 |
| Images : | 45 |
| Page : | 6 |

## IMAGE STATEMENT



AM: 70,127.50 CK: 4347 DT: 11/19 SQ: 01901000 Paid



**BANK OF THE BLUEGRASS**
& T R U S T   C O .

/405031949501/
SHERROW SUTHERLAND & ASSOC PSC
215 SOUTHLAND DR STE 200
LEXINGTON KY 40503-1949

| Account No.: | ████221 Enclosures: | ( 45) | Statement Date: **12/31/2008** Page: 1 |
|---|---|---|---|

## BUSINESS CHECKING SUMMARY

Type : **REG**   Status : **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 11/28/08 | | 187,293.63 |
| Deposits | 7 | 337,857.43 + |
| Debits | 38 | 207,992.02 |
| Automatic Withdrawals | 29 | 299,828.47 |
| Automatic Deposits | 4 | 3,987.64 + |
| Ending Balance On 12/31/08 | | 21,318.21 |
| Items Deposited | 163 | |
| Average Balance (Collected) | 189,596.08 + | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/10/08 | Deposit | 34,500.00 | 12/24/08 | Deposit | 17,415.17 | 12/30/08 | Deposit | 40,000.00 |
| 12/11/08 | Deposit | 29,175.63 | 12/29/08 | Deposit | 30,867.95 | | | |
| 12/11/08 | Deposit | 172,638.00 | 12/30/08 | Deposit | 13,260.68 | | | |

| Date | Description | Amount |
|---|---|---|
| 12/02/08 | PAYCHEX TPS TAXES | 22.68 |
| 12/03/08 | PAYCHEX TPS TAXES | 197.76 |
| 12/30/08 | PAYCHEX PAYROLL | 1,132.20 |
| 12/30/08 | PAYCHEX PAYROLL | 2,635.00 |

## ELECTRONIC DEBITS



BANK OF THE BLUEGRASS
&   T R U S T   C O .

Account No.: ███221 Enclosures:       ( 45)                    Statement Date: **12/31/2008** Page:   2

## *ELECTRONIC DEBITS (cont.)*

## *CHECKS AND OTHER DEBITS*                    * indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 12/03/08 | 4349 | 13.81 | 12/10/08 | 4365* | 13.00 | 12/15/08 | 4383 | 137.65 |
| 12/04/08 | 4350 | 17.00 | 12/10/08 | 4366 | 185.30 | 12/18/08 | 4384 | 176.00 |
| 12/01/08 | 4351 | 500.00 | 12/15/08 | 4371* | 2,043.33 | 12/18/08 | 4385 | 11.56 |
| 12/03/08 | 4352 | 260.00 | 12/10/08 | 4373* | 27,602.50 | 12/23/08 | 4389* | 128.84 |
| 12/18/08 | 4353 | 395.92 | 12/15/08 | 4374 | 3,696.80 | 12/23/08 | 4390 | 100.00 |
| 12/08/08 | 4354 | 170.00 | 12/11/08 | 4375 | 155,252.50 | 12/30/08 | 4391 | 404.70 |
| 12/15/08 | 4355 | 2,804.15 | 12/12/08 | 4376 | 6,651.27 | 12/26/08 | 4392 | 310.00 |
| 12/05/08 | 4356 | 100.00 | 12/18/08 | 4377 | 176.00 | 12/23/08 | 4393 | 1,440.00 |
| 12/08/08 | 4357 | 5.25 | 12/18/08 | 4378 | 9.62 | 12/26/08 | 4394 | 537.42 |
| 12/08/08 | 4358 | 200.00 | 12/19/08 | 4379 | 50.00 | 12/26/08 | 4395 | 603.57 |
| 12/11/08 | 4359 | 50.00 | 12/18/08 | 4380 | 83.50 | 12/22/08 | 4396 | 3,000.00 |
| 12/09/08 | 4360 | 261.75 | 12/22/08 | 4381 | 40.00 | 12/26/08 | 4397 | 168.53 |
| 12/08/08 | 4361 | 352.05 | 12/22/08 | 4382 | 40.00 | | | |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 11/28/08 was 187,293.63

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01/08 | 185,779.51 | 12/04/08 | 179,322.06 | 12/09/08 | 178,233.01 |
| 12/02/08 | 185,024.74 | 12/05/08 | 179,222.06 | 12/10/08 | 184,709.44 |
| 12/03/08 | 179,339.06 | 12/08/08 | 178,494.76 | 12/11/08 | 231,220.57 |



**BANK OF THE BLUEGRASS**
& TRUST CO.

**SHERROW SUTHERLAND & ASSOC PSC**

| Account No. : | ████21 | Bank : | 187 |
| Stmt. Date : | 12/31/2008 | Images : | 45 |
| | | Page : | 4 |

## IMAGE STATEMENT



AM: 34,500.00 CK:  DT: 12/10 SQ: 01801070 Deposit

AM: 172,638.00 CK:  DT: 12/11 SQ: 02201200 Deposit



**SHERROW SUTHERLAND & ASSOC PSC**

| | |
|---|---|
| Account No. : ■■■221 | Bank : 187 |
| Stmt. Date : 12/31/2008 | Images : 45 |
| | Page : 6 |

## STATEMENT

SHERROW, SUTHERLAND & ASSOCIATES, PSC
GENERAL OPERATING ACCOUNT
215 SOUTH ASHLAND DRIVE   SUITE 200
LEXINGTON, KENTUCKY 40503

PAY TO THE
ORDER OF    Bank Of The Bluegrass

One Hundred Fifty-Five Thousand Two Hundred Fifty-Two and 50/

MEMO

AM: 155,252.50 CK: 4375 DT: 12/11 SQ: 02201190 Paid