UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES BROWN, et al.                                                                                    PLAINTIFFS

v.                                                                          CIVIL ACTION NO. 3:15-CV-208-CRS

TAX EASE LIEN SERVICING, LLC, et al.                                                         DEFENDANTS

**ORDER**

This matter came before the Court on Tuesday, August 23, 2016 for a telephonic status conference. Attorney John Dwyer, Jr participated on behalf of the plaintiffs. The Tax Ease Lien Defendants were represented by Chadwick McTighe. Attorney Gregory Napier participated on behalf of Defendant Billy Sherrow. Defendant Richard Craig represented himself. Based on the discussion of counsel with the Court, **IT IS HEREBY ORDERED**,

Counsel for the parties shall confer during the next 20 days in an effort to informally resolve all of their current discovery disputes to include those identified during the August 23 conference and in the July 22 letter of the Tax Ease Defendants counsel, Chad McTighe, to Plaintiffs' counsel, John Dwyer. (DN 62). Should the parties be unable to fully resolve their disputes, Defendants may file their motion to compel within fifteen (15) days after the conclusion of the twenty (20) day period. The time for filing of any responses, and replies, shall be governed by Rule 7.1 of the Joint Local Rules.

Extension of the remaining deadlines provided for in the agreed scheduling order of April 20, 2016 (DN 59) that have not been previously stayed by the Court will be addressed at the upcoming telephonic status conference now set for Thursday, October 20, 2016 at 10:30 am.

Tic: 30 min

Cc: counsel of record