UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMES BROWN et al                                                                                   PLAINTIFF

V.                                                                            CIVIL ACTION NO 3:15CV-208-CRS

TAX EASE LIEN SERVICING, LLC et al                                                        DEFENDANT

**Agreed Order Amending Rule 16 Scheduling Order**

A telephonic status conference was conducted in this matter on October 20 2016, with the following counsel participating:

    For the Plaintiffs:    John H. Dwyer, Jr.
    For the Defendants:    Chadwick A. McTighe and R. Eric Craig

After discussion of the case with counsel, the Court instructed counsel to tender a proposed agreed order amending the February 16, 2016 Rule 16 Scheduling Order (DN33). Based on counsels' submission, the following schedule is established for the preparation of this case for trial.

1. Any motions for joinder of parties or amendment of pleadings shall be filed **no later than March 1, 2017.**

2. Plaintiffs shall file their motion for class certification **no later than May 26, 2017**. Defendants shall file their response **no later than 25 days after the class certification motion is filed**, and Plaintiffs shall file a reply **no later than 17 days after the responses filed.**

3. Discovery shall be completed **no later than June 30, 2017.**

4. Reports from retained experts under Rule 26(a)(2) shall be furnished by plaintiff **no later than July 7, 2017** and by defendant **no later than August 7, 2017.** In the absence

of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

     5.  All potentially dispositive motions shall be filed **no later than October 13, 2017.**

**No motion pertaining to discovery may be filed without first having arranged a joint telephonic conference with the Magistrate Judge.**

     A telephonic status conference is scheduled for <u>**Wednesday, December 21, 2016 at 2:30 PM**</u> before the Honorable Dave Whalin, United States Magistrate Judge. The Court will initiate the call.

 IT IS SO ORDERED.

As Seen and Agreed To:

| | |
|---|---|
| <u>/s/ John H. Dwyer, Jr.</u><br>Karen C. Jaracz<br>John H. Dwyer, Jr.<br>ZIELKE LAW FIRM PLLC<br>462 South Fourth Street, Suite 1250<br>Louisville KY  40202<br>502.589.4600<br>502.584.0422 (fax)<br>jdwyer@zielkefirm.com<br>kjaracz@zielkefirm.com | /s/ Chadwick A. McTighe<br>Joseph L. Hamilton (jhamilton@stites.com)<br>Marjorie A. Farris (mfarris@stites.com)<br>Chadwick A. McTighe<br>(cmctighe@stites.com)<br>STITES & HARBISON, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202-3352 |
| <u>/s/ Richard Eric Craig</u><br>Richard Eric Craig, Esq.<br>WEBER & ROSE, P.S.C.<br>471 W. Main St., Suite 400<br>Louisville, KY 40202<br>*Individually and on behalf of Hayden Craig & Grant, PLLC n/k/a Craig Law Office* | /s/ Gregory Napier<br>Gregory Napier<br>TROUTMAN & NAPIER, PLLC<br>4740 Firebrook Blvd.<br>Lexington, KY 40513-1403<br>(gnapier@troutmannapier.com)<br>*Counsel for Billy Sherrow and Sherrow, Sutherland & Associates P.S.C.* |