# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**JAMES BROWN et al**                                                                 **PLAINTIFF**

v.                                                                       CIVIL ACTION NO 3:15CV-208-CRS

**TAX EASE LIEN SERVICING, LLC et al**                                          **DEFENDANT**

## ORDER

    A telephonic status conference was conducted in this matter on January 24, 2017. John H. Dwyer, Jr. participated on behalf of the Plaintiffs and Chadwick A. McTighe, R. Eric Craig, and Gregory A. Napier participated on behalf of the Defendants.

    Based on a discussion with counsel, Defendants shall produce the documents as discussed during the conference and pursuant to the Court's Order on the motion to compel (DN 100) **no later than February 24, 2017**.

    By agreement of the parties, the deadlines in this matter are extended as follows:

        Amendment of Pleadings and Joinder of Parties:   **April 3, 2017**

        Motions for Class Certification:   **June 26, 2017**

        Discovery:   **July 31, 2017**

        Expert Disclosures (Plaintiff):   **August 7, 2017**

        Expert Disclosures (Defendant):   **September 7, 2017**

        Dispositive Motions:   **November 13, 2017**

    The telephonic status conference on **March 6, 2017 at 10:30 a.m.** shall remain on the Court's docket as previously scheduled.

Copies to counsel

0|30