UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES BROWN, THERESA CAMBRON, PHILIP LEIGH, AND EMIL WALTHER III, On Behalf of Themselves and All Others Similarly Situated,<br><br>PLAINTIFFS<br><br>v.<br><br>TAX EASE LIEN SERVICING, LLC, TAX EASE LIEN INVESTMENTS 1, LLC, BLUE GRASS ABSTRACT, LLC, LIEN DATA SERVICES, LLC, PHIL MIGICOVSKY, RICHARD ERIC CRAIG, SHERROW, SUTHERLAND & ASSOCIATES, PSC, AND BILLY W. SHERROW,<br><br>DEFENDANTS | CIVIL ACTION NO. 3:15-CV-00208-CRS<br><br>ELECTRONICALLY FILED |

### RICHARD ERIC CRAIG'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Comes now Defendant, Richard Eric Craig ("Craig"), and moves the Court to compel the non-party Emil Walther and the Plaintiffs, Denise Puckett, James Brown, Phillip Leigh, and to provide complete responses to the Tax Ease Defendants' First Set of Interrogatories and Requests for Production. The information requested is critical both to the merits of Plaintiffs' substantive claims and to the determination of whether the Court should certify a class in this matter.

### LR 37.1 Certification

Pursuant to LR 37.1, undersigned counsel certifies that he has made a good faith effort to resolve the disputes raised in this motion and accompanying memorandum without Court intervention. By letter dated September 14, 2016 and addressed to Plaintiff's Counsel, John H.

Dwyer, detailing the deficiencies in Plaintiffs' responses (copy attached hereto as "**Exhibit A**"). In response, by letter dated October 4, 2016 (copy attached hereto as "**Exhibit B**"), the Plaintiffs declined to supplement the discovery responses. Craig then made a second attempt to solicit supplemental responses by email on October 5, 2016 (copy attached hereto as "**Exhibit C**"). The Plaintiffs failed to respond to this email. Craig made a third attempt by email sent February 17, 2017 (copy attached hereto as "**Exhibit D**"). In response, by letter dated February 24, 2017 (copy attached hereto as "**Exhibit E**"), the Plaintiffs declined to supplement the discovery responses

Craig's Memorandum in Support of Richard Eric Craig's Motion to Compel Responses to Interrogatories and Request for Production is tendered concurrently herewith.

Respectfully submitted,

/s/ William B. Baustien
William B. Baustien
R. Eric Craig
WEBER & ROSE, PSC
471 West Main Street, Suite 400
Louisville, KY  40202-3352
Telephone:  (502) 589-2200
bbaustien@weberrose.com
ecraig@weberrose.com

CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2017, a copy of the foregoing Richard Eric Craig's Motion to Compel Responses to Interrogatories and Request for Production was filed electronically with the Clerk of the Court using the CN/ECF System which will send notice of electronic filing to all counsel and parties registered therewith