# EXHIBIT CC

Bill To:        Wilensky & Jones, LLP                                     Invoice Date: 3/31/10

Bill To:      Wilensky & Jones, LLP                                      Invoice Date: 3/31/10

3109 Carlisle St, Ste 100

Dallas, TX 75204

Please Remit To:     Bluegrass Abstract, LLC

14901 Quorum Drive, Ste 900

Dallas, TX 75254

| Master Stock Numb | COUNTY | PARCEL | OWNER NAME | Cost |
|---|---|---|---|---|
| REDACTED | | | | |
| JEF100052 | JEFFERSON | 08031J00890000 | CAMBRON THERESA J | $400 |
| REDACTED | | | | |

# FORECLOSURE TITLE INFORMATION

Date: 5/13/2010

**Master Stock Number:** JEF100052
**Property Address:** 1416 S 8TH ST
LOUISVILLE, KY 40208
**Property County:** JEFFERSON
**Map ID:** 031J00890000

**Current Owner:**

Title                                THERESA JANE CAMBRON

**Current Mailing Address:**

PVA                              1416 S 8TH ST, , LOUISVILLE, KY 40208-

**Title Deed Type:** General Warranty          **Title Deed Book:** 5905
**Title Deed Date:** 10/10/1989              **Title Deed Page:** 577

**Legal Description:** See Attached
**Property Description:** 40 X IRREG 1414-1416 SH 8TH BET MAGNOLIA& HILL

**Unreleased Mortgages:**

**Other Claims:**

| | |
|---|---|
| **HolderName:** HealthSouth Surgery Center of Louisville, Inc. (now HealthSouth | **Lien Type:** JUDGMENT |
| **SOS Address:** HealthSouth Tax Dept, PO Box 380546 | **Date:** 8/4/2005 |
| Birmingham, AL 35238 | **Book:** LB 10836 |
| **Mailing Address:** % Lloyd & McDaniel, PLC, 11405 Park Road, Suite 200 | **Page:** 57 |
| PO Box 23200, Louisville, KY 40223-0200 | **Amount:** $694.70 |
| **Is Holder Active?** ☑ | |
| **Registered Agent:** CT Corporation System | |
| 4169 Westport Road | |
| Louisville, KY 40207- | |
| **Filed Lien Address:** % Lloyd & McDaniel, PLC, PO Box 23200 | |
| Louisville. KY 40223-0200 | |

**Tax Liens Information:**

*Tax Ease Owned:*

| Tax Year | Bill Number | Purchased Date | Face Amount | Payoff Amount | Montly Accrual | Book | Page | Stock Number |
|---|---|---|---|---|---|---|---|---|
| 2004 | 80004683 | 1/11/2008 | $750.65 | $1,568.60 | $7.51 | LB 1113 | 680 | 128564 |
| 2005 | 080004511 | 4/28/2009 | $855.58 | $1,155.88 | $8.56 | LB 1113 | 714 | 144827 |
| 2006 | 080004297 | 4/28/2009 | $789.31 | $1,085.65 | $7.89 | LB 1113 | 715 | 144828 |
| 2008 | 080004755 | 8/19/2009 | $690.28 | $924.98 | $6.90 | LB 1124 | 65 | 146820 |

| Total: | 4 | | $3,085.82 | $4,735.11 | $30.86 |

***Other Tax Liens:***

| | | | |
|---|---|---|---|
| **Holder Name:** | JACKSON COUNTY CLERK | **Tax Year:** | 2007 |
| **SOS Address:** | | **Bill Number:** | 2007080004434 |
| | , | **Face Amount:** | $718.98 |
| **Mailing Address:** | 108 COURTHOUSE SQ., P.O. BOX 339 | **Book:** | |
| | McKEE, KY 40447- | **Page:** | |
| **Registered Agent:** | | | |
| **SOS Address:** | | | |
| | , | | |

**Total Other Tax Liens Amount:** $718.98



**TAX**ease
**Lien Investments 1, LLC**

CAMBRON THERESA J
1416 S 8TH ST
LOUISVILLE KY 40208

As of May 13, 2010, the following payoff amount(s) will redeem the tax bill indicated.  **However, in the event we incur any additional expenses to collect on this account, including but not limited to legal fees, pre-litigation collection fees and/or costs to respond to any court filings on this account prior to the payoff dates, such expenses will be added to the payoff figures set forth above.** Therefore <u>you must call prior to sending payment, because additional legal fees may have been incurred and the following estimates are subject to change.</u>

| BILL NUMBER | TAX YEAR | Property Owner | Parcel or Map ID | ESTIMATED PAYOFF THROUGH 5/31/10 | ESTIMATED PAYOFF THROUGH 6/30/10 |
|---|---|---|---|---|---|
| 80004683 | 2004 | CAMBRON THERESA J | 08031J00890000 | $2,235.19 | $2,242.69 |
| 080004511 | 2005 | CAMBRON THERESA J | 08031J00890000 | $1,224.28 | $1,232.83 |
| 080004297 | 2006 | CAMBRON THERESA J | 08031J00890000 | $1,148.77 | $1,156.66 |
| 2008080004755 | 2008 | CAMBRON THERESA J | 08031J00890000 | $938.78 | $945.68 |

**The Tax Bill was purchased August 19, 2009.  The State of Kentucky will not allow a lien holder to commence foreclosure for 1 year from the date the lien was purchased.**

Payment of the Tax Lien, accrued interest, and any additional charges must be made in the form of certified funds, money orders, or escrow funds.  *Personal checks and business checks are NOT accepted.*   Payment must be received in this office by the dates listed for the payoff to be valid.  We DO NOT accept postmarks as the delivery date.  Please refer to the stock number listed below and make the certified or cashier's check payable to: **Tax Ease Lien Investments 1, LLC**

Please mail payment to this address:

Tax Ease Lien Investments 1, LLC
Attn: Payoffs
14901 Quorum Drive
Suite 900
Dallas, Texas 75254

If you have any questions, please don't hesitate to contact me.

214-420-5927 office
214-420-5988 fax
Payoffs@teliky.com

Sincerely,

Tax Ease Lien Investments 1, LLC
**THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Jefferson County Stock Number(s): 128564, 144827, 144828, 146820

# Tax Ease Lien Investments 1, LLC

14901 Quorum Drive
Suite 900
Dallas, TX 75254
214.420.5927
214.420.5988 FAX
www.teliky.com

May 13, 2010

Owner Name:           CAMBRON THERESA J
County:               Jefferson
Property Address:     1416 S 8th St
                      ,

| Stock Number | 128564 | 144827 | 144828 | 146820 |
|---|---|---|---|---|
| Tax Bill # | 80004683 | 080004511 | 080004297 | 2008080004755 |
| Tax Year | 2004 | 2005 | 2006 | 2008 |
| Purchase Date | 1/11/2008 | 4/28/2009 | 4/28/2009 | 8/19/2009 |
| Monthly Interest | $7.50 | $8.55 | $7.89 | $6.90 |
|  |  |  |  |  |
| TE Principal | $750.65 | $855.58 | $789.31 | $690.28 |
| Interest @ 1% of Principal per Month since Purchase Date (KRS 134.125) | $217.45 | $119.70 | $110.46 | $69.00 |
| Administrative Fees (KRS 134.452(1)(d)) | $100.00 | $100.00 | $100.00 | $100.00 |
| Pre-Litigation Fees (KRS 134.452(1)(c)(1)) | $560.50 | $149.00 | $149.00 | $79.50 |
| Legal Fees for Answer/Proof of Claim and Disclaimer (KRS 134.452(1)(c)(3)) | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Legal Fees (KRS 134.452(1)(c)(3)) | $0.00 | $0.00 | $0.00 | $0.00 |
| Foreclosure Warning Letter (KRS 134.452(1)(c)(3)) | $205.00 | $0.00 | $0.00 | $0.00 |
| Title Search Fee (KRS 134.452(1)(c)(3)) | $400.00 | $0.00 | $0.00 | $0.00 |
| Foreclosure Costs (KRS 134.452(1)(c)(3)) | $1.59 | $0.00 | $0.00 | $0.00 |
| Attorney Fees (KRS 134.452(1)(c)(3)) | $0.00 | $0.00 | $0.00 | $0.00 |
|  | $2,235.19 | $1,224.28 | $1,148.77 | $938.78 |
| **TOTAL DUE AS OF 5/13/2010: $5,547.02** | | | | |

As of May 13, 2010, this is a breakdown of the amounts necessary to redeem the above referenced tax bill(s) through the end of the current month. However, in the event we incur any additional expenses to collect on this account prior to the payoff date, including but not limited to legal fees, pre-litigation collection fees and/or costs to respond to any court filings, such expenses will be added to the payoff figures set forth above. If such additional charges are incurred, those additional amounts must be tendered in order to redeem the tax bill(s). Therefore you must call prior to sending payment, because additional legal fees may have been incurred. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



**PROPERTY VALUATION
ADMINISTRATOR
JEFFERSON COUNTY, KY**

# 1416 S 8th St

**Owner Information**
CAMBRON THERESA J

1416 S 8TH ST
LOUISVILLE, KY 40208

**Assessment Information**
| | |
|---|---|
| Date Assessed: | 01/01/2009 |
| Land: | $4,000 |
| Improvement: | $18,450 |
| Total: | $22,450 |

**Property Information**
| | |
|---|---|
| Parcel ID | 031J00890000 |
| LRSN | 99041 |
| GIS Acres | 0.07 |
| Property Class | 510 Res 1 family dwelling |

**District Information**
| | |
|---|---|
| Neighborhood | 104137 : 18TH/STANDARD AVE |
| Satellite City | Urban Service District |
| School District | Jefferson County |
| Fire District | City of Louisville |
| Old District | 08 |

**Character Information**
| | |
|---|---|
| Type | 1 : Single family |
| Year Built | 1910 |
| Exterior Wall | W2 Wood siding |
| Roofing Structure | Gable |
| Basement/Foundation | None |
| Condition | normal for age |
| Construction Frame | Wood frame w/sheath |
| Heating Type | 1 Central Warm Air |
| Central Air | N |
| Fireplace | N |
| Bldg Type | 12 Older convent'l 1/1+ story |
| Stories | 1.0 |
| Full Bathrooms | 1 |
| Half Bathrooms | 0 |



**SALES HISTORY**
| Deed Book/Page | Sale Price | Sale Date | Previous Owner |
|---|---|---|---|
| 5905 0577 | Not available | 10/12/1989 | |

| Area Type | Gross Area | Finished Area |
|---|---|---|
| Main Unit | | 992 |
| Basement | 0 | 0 |
| Attic | None | 0 |
| Attached Garage | 0 | |
| Detached Garage | 0 | |

Property is assessed per KRS 132.20 on January 1st of each year.
The current year assessments are updated and posted on the website in mid April. Information deemed reliable but not guaranteed.
Data last updated: Dec 3, 2009

*** ASSIGNEE COPY ***

01/11/2008

```
ASSIGNEE NAME & ADDRESS              DESCRIPTION OF PROPERTY
   TAX EASE LIEN INVESTMENTS          08 031J 0089 0000
   12240 INWOOD RD STE 405            1416 S 8TH ST
   214-420-5927
   DALLAS TX 74244                   PAID ON 01/11/2008   CK 3451

YEAR   BILL NO Assessed in Name of      Real Asmt  Sale Amt Fees+Int Rel Fee   Total Pd

2004 080004683 CAMBRON THERESA J      ⎺    30350    425.07   310.08   10.00    745.15

                              CERTIFICATION FEE                               5.00
                              ASSIGNMENT FEE                                  0.50
```

====================================================================================

Received by_____        TOTAL         750.65


Date Pd _____  _____
                        Deputy Clerk


Bobbie Holsclaw
Jefferson County Clerk





# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw, Jefferson County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY
PER KRS 134.480

Date of Assignment:  2009-04-25 00:00:00.000

**Assignee Information**

TAX EASE LIEN INVESTMENTS 1, LLC
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

**Description of Property**

1416 S 8TH ST

**Parcel ID**

08031J00890000

| Year | Bill No. | Assessed in the name of | Original Assignment Fee | Total Paid |
|------|----------|------------------------|------------------------|------------|
| 2005 | 2005080004511 | CAMBRON THERESA J | | |
| | | | $11.00 | 855.58 |
| | | | TOTAL | 855.58 |

Assigned by: _____
Deputy Clerk

This instrument was prepared by: Bobbie Holsclaw, Jefferson County Clerk
527 W. Jefferson Street, Room 100.
Louisville, KY 40202

*Bobbie Holsclaw*
Clerk

Document No.: DN2009163061
Lodged By: TAX EASE LIEN SERVICING L
Recorded On: 10/30/2009    08:14:39
Total Fees:                      .00
Transfer Tax:                    .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVERAY

END OF DOCUMENT
144827

*** ASSIGNEE COPY ***

04/28/2009

ASSIGNEE NAME & ADDRESS
TAX EASE LIEN SERVICING
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

DESCRIPTION OF PROPERTY
08 031J 0089 0000
1416 S 8TH ST

PAID ON 04/25/2009

| YEAR | BILL NO | Assessed in Name of | Real Asmt | Sale Amt | Fees+Int | Rel Fee | Total Pd |
|------|---------|---------------------|-----------|----------|----------|---------|----------|
| 2005 | 080004511 | CAMBRON THERESA J | 30350 | 482.74 | 351.84 | 10.00 | 844.58 |
| | | CERTIFICATION FEE | | | | | 10.50 |
| | | ASSIGNMENT FEE | | | | | 0.50 |

Received by_____      TOTAL      855.58

Date Pd _____ _____
                        Deputy Clerk

Bobbie Holsclaw
Jefferson County Clerk

Jefferson County Clerk's Office
Certified Assignment of Tax Lien
Assignment Date: 4-25-09
Clerk Signature: SB
Release Date: _____
Clerk Signature: _____
Release Authorization: _____
Please retain this original Assignment of Lien for your records. The
Jefferson County Clerk's Office will not release this lien without the
original RED stamp on the assignment and authorized signature.



# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw, Jefferson County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY
PER KRS 134.480

Date of Assignment:  2009-04-25 00:00:00.000

**Assignee Information**
TAX EASE LIEN INVESTMENTS 1, LLC
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

**Description of Property**
1416 S 8TH ST

**Parcel ID**
08031J00890000

| Year | Bill No. | Assessed in the name of | Original Assignment Fee | Total Paid |
|------|----------|--------------------------|--------------------------|-----------|
| 2006 | 2006080004297 | CAMBRON THERESA J | | |
| | | | $11.00 | 789.31 |
| | | TOTAL | | 789.31 |

Assigned by _____
                              Deputy Clerk

This instrument was prepared by:  Bobbie Holsclaw, Jefferson County Clerk
                              527 W. Jefferson Street, Room 100.
                              Louisville, KY 40202

_Bobbie Holsclaw_
                              Clerk

Document No.: DN2009163008
Lodged By: TAX EASE LIEN SERVICING L
Recorded On: 10/30/2009      08:14:42
Total Fees:              .00
Transfer Tax:            .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVENWI

END OF DOCUMENT      144828

*** ASSIGNEE COPY ***

04/28/2009

ASSIGNEE NAME & ADDRESS
TAX EASE LIEN SERVICING
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

DESCRIPTION OF PROPERTY
08 031J 0089 0000
1416 S 8TH ST

PAID ON 04/25/2009

| YEAR | BILL NO | Assessed in Name of | Real Asmt | Sale Amt | Fees+Int | Rel Fee | Total Pd |
|------|---------|---------------------|-----------|----------|----------|---------|----------|
| 2006 | 080004297 | CAMBRON THERESA J | 30350 | 490.84 | 277.47 | 10.00 | 778.31 |

CERTIFICATION FEE                                    10.50
ASSIGNMENT FEE                                        0.50

=================================================================================

Received by_____          TOTAL           789.31

Date Pd _____  _____
                          Deputy Clerk

Bobbie Holsclaw
Jefferson County Clerk

Jefferson County Clerk's Office
Certified Assignment of Tax Lien
Assignment Date:___4-25-09___
Clerk Signature:_____SB_____
Release Date:_____
Clerk Signature:_____
Release Authorization _____
Please retain this original Assignment of Lien for your records. The
Jefferson County Clerk's Office will not release this lien without the
original RED stamp on the assignment and authorized signature.

LB 0 1 1 2 4 PG 0 0 6 5

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY

THIS ASSIGNMENT OF CERTIFICATE OF DELINQUENCY is made and entered into Thursday, October 22, 2009 by and between **Tax Ease Lien Servicing, LLC**, a limited liability company, 14901 Quorum Drive, Suite 900, Dallas, TX 75254 ("Assignor"), and **Tax Ease Lien Investments 1, LLC**, a limited liability company, 14901 Quorum Drive, Suite 900, Dallas, TX 75254. ("Assignee").

WHEREAS, the assignor and assignee have entered into a certain agreement to purchase the certificates of delinquency of CAMBRON THERESA J in the amount of $690.28 for the tax year 2008, bill No. 2008080004755, and more specifically described in the Certificate of Delinquency as recorded in the JEFFERSON County records in Book 1093 on page 430, attached hereto.

NOW THEREFORE, in consideration of the covenants and conditions herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, assignor and assignee agree as follows:

(A) Assignor does hereby sell, transfer and convey, and assign to assignee all of the assignor's right, title, and interest under the Certificate(s) of Delinquency identified above.

(B) Assignee does hereby accept the foregoing assignment of Certificate(s) of Delinquency and assumes and agrees to perform, observe, and discharge all of the duties, obligations, and undertakings of assignor which may arise and accrue from and after the date thereof. Assignee further agrees to indemnify and hold the assignor harmless from and against all damage, deficiency, loss, action, judgment, cost, and expense, including reasonable attorney fees to the extent permitted by law, resulting from any failure of assignee to faithfully perform, observe, and discharge all of the duties, obligations, and undertakings of assignor assume hereunder.

IN WITNESS WHEREOF, the parties have caused this Assignment of Certificate(s) of Delinquency to be executed and delivered by their duly authorized representatives, this Thursday, October 22, 2009. This instrument shall be binding upon and inure to the benefit of the respective successors and assigns of each of the parties hereto.

TAX EASE LIEN SERVICING, LLC

STATE OF TEXAS § Larry Evans, Operations Manager
COUNTY OF DALLAS § Tax Ease Lien Servicing, LLC

I, the undersigned notary public, do hereby certify that the foregoing instrument was duly described, acknowledged and sworn to before me by Larry Evans, Operations Manager for Tax Ease Lien Servicing, LLC, who is personally known to me (or proved to me on the basis of satisfactory evidence), as his free act on this Thursday, October 22, 2009.

JORDAN M. SANDERS
MY COMMISSION EXPIRES
August 31, 2013

NOTARY PUBLIC, State of Texas

THIS INSTRUMENT WAS PREPARED BY AND
AFTER RECORDING SHOULD BE RETURNED TO: _____

TAX EASE LIEN SERVICING, LLC
ATTN: LARRY EVANS
14901 QUORUM DRIVE, SUITE 900
DALLAS, TEXAS 75254

08 031 J 0089 0000

Document No.: DN2009183551
Lodged By: TAX EASE LIEN SERVICING L
Recorded On: 12/03/2009      12:47:18
Total Fees:           .00
Transfer Tax:         .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: CARHAR

Stock Number: 146820



END OF DOCUMENT

| 1. | THERESA CAMBRON | 406-06-xxxx | 1416 S 8TH ST | 502-637-5747 - |
| | THERESA J CAMBRON | | LOUISVILLE KY 40208-2208 | EDT |
| | THERESA JANE CAMBRON | | Oct 89 - Feb 10 | |
| | THERESA CAMERON | | | |
| | DOB: 1/xx/1961 (49) | | | |
| | Gender: Female | | | |

Setup Alert

| MSN | COUNTY | PARCEL | OWNER NAME | PROP ADDRESS | CITY |
|-----|--------|--------|------------|--------------|------|
| BEL100191 | BELL | 082-40-00-086.Q1 | WILDER MICHELLE | 111 PARK MANOR | MIDDLESBORO |
| BEL100277 | BELL | ACCOUNT # 405500 01 | PHILLIPS RAY O MRS | THOMPSON EST AT MATHEL | |
| BEL100278 | BELL | ACCOUNT # 337100 01 | MILLER WILLIAM P | | 0 |
| BTH100035 | BATH | 040-00-00-025.05 | LITTLE VICTORIA EST | 4651 WHITE OAK RD | OWINGSVILLE |
| EST100129 | ESTILL | 123050-01 | CRASE STELLA MAE | 2211 LITTLE HARDWICKS CREEK | CLAY CITY |
| HOP100861 | HOPKINS | VEAZEY 4 M01 | FORD JACK L | VEAZEY MHP | |
| HRL100005 | HARLAN | 044-30-00-062.00 | FARLEY JOEL ETAL | WATTS CREEK, HWY 840 | |
| HRL100010 | HARLAN | 054-00-00-079.00 | FULTZ PAUL | KY 221 W STRAIGHT CR. | |
| HRL100023 | HARLAN | 082-20-14-006.00 | MULLINS DAVIO & SANDRA | 204 W CLOVER ST | |
| HRL100029 | HARLAN | 134-40-00-016.00 | LAMB BOCK & ESSIE | 121 EVARTS HILL | EVARTS |
| JEF100016 | JEFFERSON | 24121202060018 | BROWN DOROTHY L | 5103 Constance Dr | LOUISVILLE |
| JEF100040 | JEFFERSON | D1010F00810000 | COATES ARNOLD G | 115 N 34th St | LOUISVILLE |
| JEF100044 | JEFFERSON | 02004F00370000 | POOL LELA | 2821 Griffiths Ave | 0 |
| JEF100052 | JEFFERSON | 08031J00890000 | CAMBRON THERESA J | 1416 S 8th St | LOUISVILLE |
| JEF100053 | JEFFERSON | 08031J02080000 | BEELER TIMOTHY & SANDRA | 1426 S 8th St | LOUISVILLE |
| JEF100054 | JEFFERSON | 08032C00670000 | DAVIS LLOYD | 1269 S Floyd St | LOUISVILLE |
| JEF100067 | JEFFERSON | 07041A00930000 | BOBBITT VICTOR | 1814 Wilson Ave | LOUISVILLE |
| JEF100077 | JEFFERSON | 0604SF00440000 | DENNIS SUSIE | S Grand Avenue Ct | LOUISVILLE |
| JEF100080 | JEFFERSON | 06049C00680000 | CLARK TRANIECE | 1617 S 30th St | LOUISVILLE |
| JES100003 | JESSAMINE | 014-00-00-004.03 | MAY JOHN | HIGH BRIDGE ROAD | WILMORE |
| JES100010 | JESSAMINE | 033-00-00-004.00 | MCMILLEN JOSEPH TIMOTHY & BARI GUILFOIL | HARRODSBURG RD | WILMORE |
| JES100026 | JESSAMINE | 058-10-14-013.00 | VEAL REALTORS AND AUCTIONEERS INC | 307 W WALNUT ST | 0 |
| JOH100018 | JOHNSON | 015-00-00-031.01 | ROWLAND KRISTIE L | BLANKTON BRANCH | |
| JOH100078 | JOHNSON | 035-00-00-051.10 | FRANKLIN IRVIN BRYAN & FIRST AMERICAN REAL EST TAX SER | WALKER HILL 139 | 0 |
| JOH100097 | JOHNSON | 037-00-00-074.00 | BUTCHER JONATHAN | 386 LOWER TWIN BRANCH | STAFFORDSVILLE |
| JOH100131 | JOHNSON | 051-00-00-038.06 | JOHNSTON TOMMY | DOGWOOD FORK 38 | |
| JOH100148 | JOHNSON | 052-00-00-035.07 | STAMBAUGH CHRISTOPHER & HEATHER & FIRST AMERICAN REAL EST TAX SER | US 23 NORTH 4532 | |
| JOH100160 | JOHNSON | D53-03-22-003.00 | LEWIS REBECCA | LEWIS DRIVE 49 | PAINTSVILLE |
| JOH100165 | JOHNSON | 054-01-01-001.04 | ADAMS & BUTCHER INVESTMENTS | NORTH BUCKINGHAM AVENUE 403 | |
| JOH100183 | JOHNSON | 055-02-00-017.00 | ADAMS & BUTCHER INVESTMENTS | VIRGIE JOHNSON SUB 64 | |
| JOH100219 | JOHNSON | 060-00-00-030.04 | CASTLE RODNEY | BLANTON DRIVE 9 | THELMA |
| JOH100236 | JOHNSON | 062-00-00-063.33 | BUTCHER LYNDON J & CHERYL | RICHMOND HILL ESTATES | |
| JOH100260 | JOHNSON | 069-00-00-022.24 | KALOS GUS & BETTY | 51117 IVY BRIDGE DRIVE | LEXINGTON |
| JOH100295 | JOHNSON | P53-06-12-008.00 | RICHARDSON WILLIAM e 111 & FIRST AMERICAN REAL EST TAX SER | E.M STREET 409 | PAINTSVILLE |
| JOH100296 | JOHNSON | P53-06-15-001.00 | CONNELLY LISA | 516 ELM STREET | PAINTSVILLE |
| JOH100324 | JOHNSON | V62-00-00-050.00 | WALLEN KRISY & THOMAS J | 74 SORGHUM HOLLOW | VAN LEAR |
| KEN100018 | KENTON | 040-11-01-012.00 | CHIPMAN SELMA | 101 ELM ST | 0 |
| KEN100019 | KENTON | 040-11-04-005.02 | K D I CORP LIQUIDATING TRUST | ELM ST | |
| KEN100023 | KENTON | 040-34-06-001.02 | CURTIS JAMES INVESTMENTS | 316 PHILADELPHIA ST | COVINGTON |
| KEN100026 | KENTON | 040-44-03-003.00 | PRATHER ROBERT L | 814 WESTERN AVE | |
| KEN100047 | KENTON | 055-14-27-028.00 | COBB JAMES L JR | 2029 GREENUP ST | |
| KEN100049 | KENTON | 055-21-04-021.00 | BYRGE MICHAEL C & CONSTANCE | 2330 CENTER ST | |
| KEN100056 | KENTON | 055-31-09-022.00 | DIOCESE OF COVINGTON | 342 17TH ST E | |
| KEN100069 | KENTON | 058-40-00-109.00 | JOHNSON JAMES W & LULA B | 8574 DECOURSEY PK | |
| KNT100003 | KNOTT | 007-50 00 00 038.00 | DOBSON ELMER & ANGELA | 10689 HWY 550 | FISTY |
| KNT100028 | KNOTT | 049-00-00 022.00 | PIGMAN RICHARD | HINDMAN HWY 160 | |
| KNT100051 | KNOTT | 073-00 00 042.00 | SHRUM ADAM | 260 STEER FK RD | MALLIE |
| KNT100058 | KNOTT | 091-00 00 005.00 | ANDERSON MISTY | DEMA RT 7 | |
| KNX100003 | KNOX | 002-30-17-005.00 | BARGER LEA ANNE | 256 HASKEW ST | CORBIN |
| KNX100026 | KNOX | 005-10-03-003.00 | BRUNK JEAN DEC'D | MOORE HILL OFF HWY 830 | 0 |
| KNX100033 | KNOX | 012-00-00-001.00 | BREWER RONDALL LEE & JOY | CORBIN MOORE HILL RD | |
| KNX100040 | KNOX | 015-00-00-011.00 | THOMAS MAYNARD & LAURA | WILTON LEE CEMETERY RD | |
| KNX100044 | KNOX | 018-00-00-060.00 | ROSE ARLIS & LUELLA | GRAY COLLIER HILL | |
| KNX100050 | KNOX | 023-00-00-031.01 | ELLIOTT CAGER HEIRS | MOSELEY BR RD | |
| KNX100056 | KNOX | 134-00-00-009.00 | LEE BARBARA G | GREEN ROAD GREEN BRIAR | |
| KNX100059 | KNOX | 043-00-00-012.01 | COLLINSWORTH HAROLD | PAINT HILL SMITH RD | |
| KNX100073 | KNOX | 069-00-00-003.00 | SMITH JAMES | ELAM BR RD | |
| KNX100076 | KNOX | 071-00-00-036.00 | BROWN GENEVA | BAYLEY HOLW RD | |
| KNX100078 | KNOX | 073-30-02-003.00 | BRUNER DREW EST | 713 PITZER ST | |
| KNX100088 | KNOX | 089-20-10-011.00 | SINGLETON MARY H & CHARLES EST | 119 PINE ST | |
| KNX100093 | KNOX | 101-00-00-005.00 | DAVIDSON J W ESTATE | WJOLLUM B BULL CR | |
| KNX100119 | KNOX | 108-00-00-016.01 | JONES KENNETH | BOONE HGT NOEVILLE HOL | 0 |
| KNX100121 | KNOX | 108-10-00-062.00 | GARLAND BECKHAM & SYDNA EST | BOONE HGT HENSON HOL | |
| KNX100127 | KNOX | 113-40-00-026.00 | BREWER DOVIE | 149 KAY JAY CAMP RD | BARBOURVILLE |
| KNX100128 | KNOX | 113-40-00-026.00 | BREWER DOVIE | 147 KAY JAY CAMP RD | BARBOURVILLE |
| KNX100129 | KNOX | 114-00-00-007.00 | TRITLE DEBORAH ANN KIM BROWN & APRIL PARTIN | 157 HAWN GAP RD | 0 |
| KNX100130 | KNOX | 114-00-00-008.00 | JONES LEE & ETHEL ESTATE | HWY 225 WHEELER JONESTOWN | |
| KNX100131 | KNOX | 116-00-00-005.00 | BROCK WESLEY & VALERIE | WJOLLUM LOW GAP RD | WOOLLUM |
| KNX100133 | KNOX | 117-00-00-001.00 | DAVIDSON J W ESTATE | WJOLLUM HWY 11N | |
| KNX100135 | KNOX | 119-00-00-026.00 | JONES KENNETH D & MELISSA | 82-29 N KY 11 | |
| KNX100136 | KNOX | 120-00-00-005.01 | COLLINS EUGENE & SHARON | 533 FRISBY BR RD | |
| KNX100139 | KNOX | 120-20-00-003.02 | RUNYON LISA & CARL JR | 124 EVERGREEN DR | |
| KNX100143 | KNOX | 123-00-00-022.00 | HONEYCUTT NICKY & CHRISTINA | BIMBLE SHY MUG HOL | |
| KNX100147 | KNOX | 127-00-00-012.01 | BAIRD BRENDA & GLADYS CAMPBELL | HWY 225 BIG BRUSH CR | |
| KNX100148 | KNOX | 127-00-00-016.01 | MIRACLE TERRY & BARBARA | 8831 KY 225 | |
| KNX100152 | KNOX | 130-10-00-005.00 | MILLER LYNNE | 13379 KY 225 | BARBOURVILLE |
| KNX100153 | KNOX | 131-00-00-001.00 | JONES HAROLD | WOOLLUM JARVIS RD | 0 |
| KNX100154 | KNOX | 134-00-00-006.00 | SMITH RAYMOND C | FOUNT BURTON BR | 0 |
| KNX100155 | KNOX | 135-00-00-011.01 | JONES KENNETH & CHARLOTTE | HINKLE CALLEBS CR | 0 |
| KNX100158 | KNOX | 141-00-00-029.00 | COLLINS LEONARD & ANN BURFORD | 66 COAL PORT RD | ARTEMUS |



| Client | Cornerstone Title |
|---|---|
| Order Number | |
| Type of Search | Current Owner |
| Effective Date | 3/9/2010 |

| Buyers | |
|---|---|
| Sellers | Theresa Jane Cambron |
| Address | 1416 South 8th Street, Louisville, Kentucky 40208 |
| | Jefferson County |

### Deeds

| Type of Deed | Warranty |
|---|---|
| Consideration | $10,000.00 |
| Grantor | Kenneth Skaggs and Carla Skaggs |
| Grantee | Theresa Jane Cambron |
| Document Date | October 1, 1989 |
| Recording Date | October 12, 1989 |
| Book | 5905 |
| Page | 577 |

### Mortgages

| Mortgagor | No Open Mortgages Found for Current Owner |
|---|---|
| Mortgagee | |
| Amount | |
| Document Date | |
| Recording Date | |
| Book | |
| Page | |
| Assigned To | |
| Document Date | |
| Recording Date | |
| Book | |
| Page | |

## Liens and Judgments

| | |
|---|---|
| Type | Delinquent Tax Lien |
| Case Number | N/A |
| Plaintiff | Tax Ease Lien Investments 1 LLC |
| Defendant | Theresa J Cambron |
| Document Date | August 11, 2009 |
| Recording Date | August 19, 2009 |
| Book | 1093 |
| Page | 430 |

| | |
|---|---|
| Type | Delinquent Tax Lien |
| Case Number | N/A |
| Plaintiff | Tax Ease Lien Investments 1 LLC |
| Defendant | Theresa J Cambron |
| Document Date | January 11, 2008 |
| Recording Date | October 30, 2009 |
| Book | 1113 |
| Page | 680 |

| | |
|---|---|
| Type | Delinquent Tax Lien |
| Case Number | N/A |
| Plaintiff | Tax Ease Lien Investments 1 LLC |
| Defendant | Theresa J Cambron |
| Document Date | April 25, 2009 |
| Recording Date | October 30, 2009 |
| Book | 1113 |
| Page | 714 |

| | |
|---|---|
| Type | Delinquent Tax Lien |
| Case Number | N/A |
| Plaintiff | Tax Ease Lien Investments 1 LLC |
| Defendant | Theresa J Cambron |
| Document Date | April 25, 2009 |
| Recording Date | October 30, 2009 |
| Book | 1113 |
| Page | 715 |

| | |
|---|---|
| Type | Judgment |
| Case Number | 05C-004451 |
| Plaintiff | Healthsouth Lou. Surgery Center |
| Defendant | Theresa J Cambron |
| Document Date | August 3, 2005 |
| Recording Date | August 4, 2005 |
| Book | 836 |
| Page | 57 |

## Tax Information

| | |
|---|---|
| Parcel/Map Number | 08031J00890000 |
| Legal Description | Metes and Bounds |

**Assessed Valuation**
| | |
|---|---|
| Land | |
| Improvements | |
| Exemptions | $33,700.00 |
| Total | $0.00 |

**County Taxes**
| | |
|---|---|
| Tax Year | 2009 |
| Tax Bill # | 08031J00890000 |
| Amount Due | $0.00 |
| Date Due | 12/31/2009 |
| Amount Paid | No Taxes due for 2009 due to Disability Exemption |
| Date Paid | |

**City Taxes**     **INCLUDED IN COUNTY TAX BILL**
| | |
|---|---|
| Tax Year | |
| Tax Bill # | |
| Amount Due | |
| Date Due | |
| Amount Paid | |
| Date Paid | |

**School Taxes**     **INCLUDED IN COUNTY TAX BILL**
| | |
|---|---|
| Tax Year | |
| Tax Bill # | |
| Amount Due | |
| Date Due | |
| Amount Paid | |
| Date Paid | |

**Delinquent Taxes**
| | |
|---|---|
| Tax Year | 2008 |
| Tax Bill # | 2008080004755 |
| Status | Assigned to Tax Ease Lien Investments |
| Payoff Amount | Contact Assignee |
| Good Through | Contact Assignee |

| | |
|---|---|
| Tax Year | 2007 |
| Tax Bill # | 2007080004434 |
| Status | Delinquent |
| Payoff Amount | $718.98 |
| Good Through | 4/30/2010 |

| Tax Year | 2006 |
|---|---|
| Tax Bill # | 2006080004297 |
| Status | Assigned to Tax Ease Lien Investments |
| Payoff Amount | Contact Assignee |
| Good Through | Contact Assignee |

| Tax Year | 2005 |
|---|---|
| Tax Bill # | 2005080004511 |
| Status | Assigned to Tax Ease Lien Investments |
| Payoff Amount | Contact Assignee |
| Good Through | Contact Assignee |

| Tax Year | 2004 |
|---|---|
| Tax Bill # | 2004080004683 |
| Status | Assigned to Tax Ease Lien Investments |
| Payoff Amount | Contact Assignee |
| Good Through | Contact Assignee |

**Notes**

| Property ID: | Tax Year: |
|---|---|
| 0803100890000 | 2009 |
| Property Location Address: | Invoice Number: |
| 1416 S 8TH ST | 2090900 |
| Property's Taxable Assessment: | Mortgage Company Name: |
| $0 | NONE |

| Property Owner: |
|---|
| CAMBRON THERESA J |
| 1416 S 8TH ST |
| LOUISVILLE KY 40208 |

Gross Amt: $0

**Scan Line: 08 0313 0089 0000 2090900 81 0000000000 0000000000 0000000008**

| Payment Periods | Amount | If Paid By: |
|---|---|---|
| Homestead Exemption Amount: | $0 | |
| Disability Exemption Amount: | $33700 | |
| Discount Amount: | $0 | |
| Gross Amount: | $0 | |
| 5% Penalty Amount: | $0 | |
| 10% + 10% Penalty Amount: | $0 | |
| Amount Paid: | $0 | |
| Paid on: | 00/00/0000 | |
| **Balance Due:** | **$0** | |

# Receipt Of Payment

**Commonwealth of Kentucky**
**2008 Jefferson County Standard2 Bill**
**Today's Date: Wednesday, March 10, 2010**



**Make Check Payable To:**
Jefferson Co Clerk
527 West Jefferson St
Room 100
Louisville, KY 40202

CAMBRON THERESA J
1416 S 8TH ST
LOUISVILLE, KY 40208

Tax Ease Lien Investments 1, LLC
14901 Quorum Drive, Ste 900
Dallas, TX 75254
214-420-5927

**Bill Number:** 2008080004755
**Map Number:**
**Parcel ID:** 08031J00890000
**Tax District:** 08

**Property Location:**
1416 S 8TH ST

**Deed Book / Deed Page:**
/

**Property Description:**

**Farm Acres:** 0
**County Clerk:** Bobbie Holsclaw

## Assessment:

| Property Class | Assessed Value | Tax Authority | Rate / $100 | Tax |
|---|---|---|---|---|
| REAL_ESTATE | 30,350.00 | STATE | 0.1220 | 37.03 |
| REAL_ESTATE | 30,350.00 | COUNTY | 0.1255 | 38.09 |
| REAL_ESTATE | 30,350.00 | SCHOOL | 0.6250 | 189.69 |
| REAL_ESTATE | 30,350.00 | URBAN SERVICES | 0.3666 | 111.26 |
| | | | **Total Assessment:** | **376.07** |

## Adjustments:

| Adjustment Type | Assessment Type | Assessed Value | Amount |
|---|---|---|---|
| Assignment Fee | | | 28.00 |
| Advertisement Fee | | | 30.00 |
| Penalty - 10% | | | 37.61 |
| County Clerks Ad Fee | | | 5.00 |
| Mail Fee - 30day | | | 1.00 |
| Monthly Delinquent Fee | | | 18.68 |
| Lien Fee | | | 10.00 |
| Co. Attorney Fee | | | 86.47 |
| Co. Clerk Fee | | | 43.24 |
| Ad Fee - 10% | | | 41.37 |
| Commission | | | 11.84 |
| Mail Fee - 60day | | | 1.00 |
| | | **Total Adjustments:** | **314.21** |

Payments:

| Receipt Number | Check / MO Number | Paid By | Teller | Payment Method | Paid Date/Time | Amount |
|---|---|---|---|---|---|---|
| 200908-2008080004755-12100 | | Tax Ease Lien Servicing, Griffin | | Check | 8/11/2009  4:57:31PM | $690.28 |
| | | | | | **Total Payments:** | **$690.28** |

# Balance Due: 0.00

Comments:

# Property Tax Bill

**Commonwealth of Kentucky**
**2007 Jefferson County Standard2 Bill**
**Today's Date: Wednesday, March 10, 2010**



**Make Check Payable To:**
Jefferson Co Clerk
527 West Jefferson St
Room 100
Louisville, KY 40202

CAMBRON THERESA J
1416 S 8TH ST
LOUISVILLE, KY 40208

Bill Number: 2007080004434
Map Number:
Parcel ID: 08031J00890000
Tax District: 08

**Property Location:**
1416 S 8TH ST

**Deed Book / Deed Page:**
/

**Property Description:**
1416 S 8TH ST

**Farm Acres:** 0
**County Clerk:** Bobbie Holsclaw

## Assessment:

| Property Class | Assessed Value | Tax Authority | Rate / $100 | Tax |
|---|---|---|---|---|
| REAL_ESTATE | 30,350.00 | STATE | 0.1240 | 37.63 |
| REAL_ESTATE | 30,350.00 | COUNTY | 0.1255 | 38.09 |
| REAL_ESTATE | 30,350.00 | SCHOOL | 0.6150 | 186.65 |
| REAL_ESTATE | 30,350.00 | URBAN SERVICES | 0.3676 | 111.57 |
| | | | **Total Assessment:** | **373.94** |

## Adjustments:

| Adjustment Type | Assessment Type | Assessed Value | Amount |
|---|---|---|---|
| Advertisement Fee | | | 30.00 |
| Penalty - 10% | | | 37.39 |
| Sheriff Fee | | | 5.00 |
| Monthly Delinquent Fee | | | 102.66 |
| Co. Attorney Fee | | | 102.80 |
| Co. Clerk Fee | | | 51.40 |
| County Clerks Fee | | | 10.00 |
| | | **Total Adjustments:** | **339.25** |

## Payments:

| Receipt Number | Check / MO Number | Paid By | Teller | Payment Method | Paid Date/Time | Amount |
|---|---|---|---|---|---|---|
| | | | | | **Total Payments:** | |

## Balance Due: 713.19          Balance Due Next Month: 718.98

Comments:

**"All payments must be made by Certified Check, Cashier's Check, Money Order, Cash or Credit Card (Visa, Master Card, or Discover)"**

**Jefferson County Clerk**
Barbara Holsclaw
Suite 105
527 West Jefferson Street
Louisville, KY 40202-2850
Phone: (502) 574-5700
FAX: (502) 574-5566
Email: countyclerk@jeffersoncountyclerk.org
Web Site: www.jeffersoncountyclerk.org

# Receipt Of Payment

**Commonwealth of Kentucky**
**2006 Jefferson County Standard2 Bill**
**Today's Date: Wednesday, March 10, 2010**

**Make Check Payable To:**
Jefferson Co Clerk
527 West Jefferson St
Room 100
Louisville, KY 40202

CAMBRON THERESA J
1416 S 8TH ST
LOUISVILLE, KY 40208

TAX EASE LIEN INVESTMENTS 1
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

**Bill Number:** 2006080004297
**Map Number:**
**Parcel ID:** 08031J00890000
**Tax District:** 08

**Property Location:**
1416 S 8TH ST

**Deed Book / Deed Page:**
/

**Property Description:**
1416 S 8TH ST

**Farm Acres:** 0
**County Clerk:** Bobbie Holsclaw

## Assessment:

| Property Class | Assessed Value | Tax Authority | Rate / $100 | Tax |
|---|---|---|---|---|
| REAL_ESTATE | 30,350.00 | STATE | 0.1280 | 38.85 |
| REAL_ESTATE | 30,350.00 | COUNTY | 0.1260 | 38.24 |
| REAL_ESTATE | 30,350.00 | SCHOOL | 0.6150 | 186.65 |
| REAL_ESTATE | 30,350.00 | URBAN SERVICES | 0.3723 | 112.99 |
| | | | **Total Assessment:** | **376.73** |

## Adjustments:

| Adjustment Type | Assessment Type | Assessed Value | Amount |
|---|---|---|---|
| Assignment Fee | | | 11.00 |
| Advertisement Fee | | | 30.00 |
| Penalty - 10% | | | 37.67 |
| Sheriff Fee | | | 5.00 |
| Monthly Delinquent Fee | | | 117.80 |
| Co. Attorney Fee | | | 106.44 |
| Co. Clerk Fee | | | 53.22 |
| County Clerks Fee | | | 10.00 |
| Ad Fee - 10% | | | 41.44 |
| | | **Total Adjustments:** | **412.57** |

## Payments:

| Receipt Number | Check / MO Number | Paid By | Teller | Payment Method | Paid Date/Time | Amount |
|---|---|---|---|---|---|---|
| 200905-2006080004297-1024 | | TAX EASE LIEN SERVICConversion | | Cash | 4/25/2009 12:00:00AM | $789.31 |
| | | | | | **Total Payments:** | **$789.31** |

# Balance Due: 0.00

**Comments:**

# Receipt Of Payment
## Commonwealth of Kentucky
## 2005 Jefferson County Standard2 Bill
### Today's Date: Wednesday, March 10, 2010

**Make Check Payable To:**
Jefferson Co Clerk
527 West Jefferson St
Room 100
Louisville, KY 40202

CAMBRON THERESA J
1416 S 8TH ST
LOUISVILLE, KY 40208

TAX EASE LIEN INVESTMENTS 1
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

Bill Number: 2005080004511
Map Number:
Parcel ID: 08031J00890000
Tax District: 08

**Property Location:**
1416 S 8TH ST

Deed Book / Deed Page:
/

**Property Description:**
1416 S 8TH ST

Farm Acres: 0
County Clerk: Bobbie Holsclaw

**Assessment:**

| Property Class | Assessed Value | Tax Authority | Rate / $100 | Tax |
|---|---|---|---|---|
| REAL_ESTATE | 30,350.00 | STATE | 0.1310 | 39.76 |
| REAL_ESTATE | 30,350.00 | COUNTY | 0.1280 | 38.85 |
| REAL_ESTATE | 30,350.00 | SCHOOL | 0.6250 | 189.69 |
| REAL_ESTATE | 30,350.00 | URBAN SERVICES | 0.3733 | 113.30 |
| | | | Total Assessment: | 381.60 |

**Adjustments:**

| Adjustment Type | Assessment Type | Assessed Value | Amount |
|---|---|---|---|
| Assignment Fee | | | 11.00 |
| Advertisement Fee | | | 16.00 |
| Penalty - 10% | | | 38.16 |
| Sheriff Fee | | | 5.00 |
| Monthly Delinquent Fee | | | 173.79 |
| Co. Attorney Fee | | | 118.71 |
| Co. Clerk Fee | | | 59.35 |
| County Clerks Fee | | | 10.00 |
| Ad Fee - 10% | | | 41.98 |
| | | Total Adjustments: | 473.99 |

**Payments:**

| Receipt Number | Check / MO Number | Paid By | Teller | Payment Method | Paid Date/Time | Amount |
|---|---|---|---|---|---|---|
| 200905-2005080004511-9366 | | TAX EASE LIEN SERVICConversion | | Cash | 4/25/2009 12:00:00AM | $855.58 |
| | | | | | Total Payments: | $855.58 |

# Balance Due: 0.00

**Comments:**

# Receipt Of Payment

## Commonwealth of Kentucky
## 2004 Jefferson County Standard2 Bill
### Today's Date: Wednesday, March 10, 2010



**Make Check Payable To:**
Jefferson Co Clerk
527 West Jefferson St
Room 100
Louisville, KY 40202

CAMBRON THERESA J
1416 S 8TH ST
LOUISVILLE, KY 40208

Tax Ease Lien Servicing, LLC
14901 Quorum Drive, Suite 900
Dallas, TX 75254
214-420-5927

Bill Number: 2004080004683
Map Number:
Parcel ID: 08031J00890000
Tax District: 08

**Property Location:**
1416 S 8TH ST

**Deed Book / Deed Page:**
/

**Property Description:**
1416 S 8TH ST

Farm Acres: 0
County Clerk: Bobbie Holsclaw

## Assessment:

| Property Class | Assessed Value | Tax Authority | Rate / $100 | Tax |
|---|---|---|---|---|
| REAL_ESTATE | 30,350.00 | STATE | 0.1310 | 39.76 |
| REAL_ESTATE | 30,350.00 | COUNTY | 0.1280 | 38.85 |
| REAL_ESTATE | 30,350.00 | SCHOOL | 0.5920 | 179.67 |
| REAL_ESTATE | 30,350.00 | URBAN SERVICES | 0.3743 | 113.60 |
| | | | Total Assessment: | 371.88 |

## Adjustments:

| Adjustment Type | Assessment Type | Assessed Value | Amount |
|---|---|---|---|
| Assignment Fee | | | 10.50 |
| Sheriff Fee | | | 5.00 |
| Penalty - 10% | | | 37.19 |
| Advertisement Fee | | | 11.00 |
| Monthly Delinquent Fee | | | 140.27 |
| Co. Attorney Fee | | | 109.87 |
| Co. Clerk Fee | | | 54.93 |
| County Clerks Fee | | | 10.00 |
| | | Total Adjustments: | 378.76 |

Payments:

| Receipt Number | Check / MO Number | Paid By | Teller | Payment Method | Paid Date/Time | Amount |
|---|---|---|---|---|---|---|
| 200905-2004080004683-84033451 | | TAX EASE LIEN INVEST | Conversion | Cash | 1/11/2008 12:00:00AM | $750.65 |
| | | | | | Total Payments: | $750.65 |

# Balance Due: 0.00

**Comments:**

BOOK 5905 PAGE 577

# D E E D

THIS DEED made this _1ᵒ_ day of _OCTOBER_ , 1989, by and between:

KENNETH SKAGGS and CARLA SKAGGS, his wife, parties of the first part, and,

THERESA JANE CAMBRON,    party of the second part; 1416 South Eighth St., Louisville, KY 40208.

WITNESSETH: That in and for the sum of TEN THOUSAND ($10,000.00) DOLLARS, receipt of which is hereby acknowledged, the parties of the first part hereby convey with covenant of GENERAL WARRANTY, unto the party of the second part, and to her hiers and assigns, in fee simple, the following described tracts of real estate situated in Jefferson County, Kentucky, to-wit:

TRACT 1: BEGINNING at a point on the West side of the first alley East of Ninth Street between Magnolia Avenue and Hill Street, now called Short Eighth Street, twenty (20) feet South of the first alley South of Magnolia Avenue, between 7th and 9th Streets; running thence South, Twenty (20) feet, with the West line of said Short Eighth Street; thence West in lines of equal and the same width throughout and parallel with Magnolia Avenue, ninety nine (99) feet to the East line of the property conveyed to B.F. Dewitt by Mary Jane Sanders, Trustee, by Deed recorded in Deed Book 558, Page 601, in the Office of the Clerk of  the County Court of Jefferson County, Kentucky.

TRACT 2: BEGINNING at the Southwest corner of the intersection of the first alley South of Magnolia Avenue with the first alley East of 9th Street; running thence Southwardly along the West side of said last-named alley 20 feet, and extending back Westwardly of the same width, between lines parallel to Magnolia Avenue, 50 feet.

BEING the same tracts of real estate conveyed to the parties of the first part by deed dated January 24, 1988, and of record in Deed Book 5745 Page 35, in the office of the Clerk of Jefferson County, Kentucky.

1

BOOK 5905 PAGE 577

BOOK 5905 PAGE 578

The parties of the first part further covenant that they are lawfully seized of the estate hereby conveyed, have full right and power to convey the same, and that said estate is free from all encumbrances except State, County, Town, School and Fire District taxes assessed and payable in the year 1989 and thereafter, which party of the second part assumes and agrees to pay.

PROVIDED, HOWEVER, there is excepted any restrictions, stipulations and easements of record affecting said property.

IN TESTIMONY WHEREOF, witness the signatures of the parties of the first part.

_Kenneth Skaggs_
KENNETH SKAGGS, PARTY OF THE
FIRST PART.

_Carla Skaggs_
CARLA SKAGGS, PARTY OF THE
FIRST PART.

STATE OF KENTUCKY   )
                    )SS
COUNTY OF JEFFERSON)

Before me, a notary public, in and for the state and county aforesaid, on this the 10th day of October, 1989, appeared KENNETH SKAGGS and CARLA SKAGGS, his wife, party hereto, who acknowledged the foregoing as their free act and deed.

My commission expires: 12-8-90

_signature_
NOTARY PUBLIC, STATE AT LARGE,
KENTUCKY.

PREPARED WITHOUT TITLE
EXAMINATION BY:

_Kenneth C. Plotnik_
KENNETH C. PLOTNIK
Attorney at Law
607 West Ormsby Avenue
Louisville, Kentucky 40203
(502) 636-0361, 634-0576

BOOK 5905 PAGE 578  END OF DOCUMENT

LB01093PG0430



# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw,  County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY

PER KRS 134.480

Date of Assignment: 8/11/2009

**Assignee Information**
Tax Ease Lien Servicing, LLC
14901 Quorum Drive, Suite 900
Dallas, TX  75254
214-420-5927

**Description of Property**
1416 S 8TH ST

**Parcel ID**
08031J00890000

| Tax Year | Bill Number | Assessed in the name of | Assessment | Sale Amt | Fees & Int | Rel Fee | Total Paid |
|----------|-------------|-------------------------|------------|----------|------------|---------|------------|
| 2008 | 2008080004755 | CAMBRON THERESA J | 30,350.00 | 466.89 | 185.39 | 10.00 | 662.28 |
| | | | | Certification/Assignment Fee: | | | 28.00 |
| | | | | | | TOTAL: | 690.28 |

Assigned by: _____

Deputy Clerk

This instrument was prepared by:   Bobbie Holsclaw, Jefferson County Clerk
527 West Jefferson St Room 100
Louisville, KY  40202

*Bobbie Holsclaw*

Clerk

Document No.: DN2009124413
Lodged By: TAX EASE LIEN SERVICING
Recorded On: 08/17/2009       08:25:55
Total Fees:                       .00
Transfer Tax:                     .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: MRBROD

END OF DOCUMENT
Received Time Mar.10. 2:00PM

LB01113PG0680



# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw, Jefferson County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY
PER KRS 134.480

Date of Assignment: 2008-01-11 00:00:00.000

**Assignee Information**
TAX EASE LIEN INVESTMENTS 1, LLC
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 74244
214-420-5927

**Description of Property**
1416 S 8TH ST

**Parcel ID**
08031J00890000

| Year | Bill No. | Assessed in the name of | Original Assignment Fee | Total Paid |
|------|----------|------------------------|------------------------|-----------|
| 2004 | 2004080004683 | CAMBRON THERESA J | | |
| | | | $11.00 | 750.65 |
| | | | TOTAL | 750.65 |

Assigned by: _____
                                    Deputy Clerk

This instrument was prepared by: Bobbie Holsclaw, Jefferson County Clerk
527 W. Jefferson Street, Room 100.
Louisville, KY 40202

*Bobbie Holsclaw*
_____
                                    Clerk

Document No.: DN2009162967
Lodged By: TAX EASE LIEN SERVICING L
Recorded On: 10/30/2009    08:11:58
Total Fees:              .00
Transfer Tax:            .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVEHAY

## END OF DOCUMENT

DB01113PG0714



# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw, Jefferson County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY
PER KRS 134.480

Date of Assignment: 2009-04-25 00:00:00.000

**Assignee Information**
TAX EASE LIEN INVESTMENTS 1, LLC
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

**Description of Property**
1416 S 8TH ST

**Parcel ID**
08031J00890000

| Year | Bill No. | Assessed in the name of | Original Assignment Fee | Total Paid |
|------|----------|-------------------------|-------------------------|------------|
| 2005 | 2005080004511 | CAMBRON THERESA J | | |
| | | | $11.00 | 855.58 |
| | | | TOTAL | 855.58 |

Assigned by: _____
Deputy Clerk

This instrument was prepared by: Bobbie Holsclaw, Jefferson County Clerk
527 W. Jefferson Street, Room 100.
Louisville, KY 40202

*Bobbie Holsclaw*
Clerk

```
Document No.: DN2009163801
Lodged By: TAX EASE LIEN SERVICING L
Recorded On:  10/30/2009     00:14:39
Total Fees:                      .00
Transfer Tax:                    .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVEMAY
```

# END OF DOCUMENT

LB01113PG0715



# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw, Jefferson County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY
PER KRS 134.480

Date of Assignment:  2009-04-25 00:00:00.000

**Assignee Information**
TAX EASE LIEN INVESTMENTS 1, LLC
14901 QUORUM DRIVE, SUITE 900
DALLAS TX 75254
214-420-5927

**Description of Property**
1416 S 8TH ST

**Parcel ID**
08031J00890000

| Year | Bill No. | Assessed in the name of | Original Assignment Fee | Total Paid |
|------|----------|-------------------------|-------------------------|-----------|
| 2006 | 2006080004297 | CAMBRON THERESA J | | |
| | | | $11.00 | 789.31 |
| | | TOTAL | | 789.31 |

Assigned by _____
Deputy Clerk

This instrument was prepared by:  Bobbie Holsclaw, Jefferson County Clerk
527 W. Jefferson Street, Room 100.
Louisville, KY 40202

*Bobbie Holsclaw*
Clerk

Document No.: DN2009163002
Lodged By: TAX EASE LIEN SERVICING L
Recorded On:  10/30/2009    08:14:42
Total Fees:            .00
Transfer Tax:          .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVEMAY

## END OF DOCUMENT

LB 10836PG0057

NO. 05C-004451

JEFFERSON DISTRICT COURT
DIVISION 2

.HEALTHSOUTH LOU. SURGERY
CENTER

PLAINTIFF

vs.

### NOTICE OF JUDGMENT LIEN

THERESA J CAMBRON

DEFENDANT

\* \* \* \* \* \* \* \*

Take notice that the above referenced Plaintiff obtained a Judgment against the above referenced Defendant in the above Court, for the sum of $694.70 with interest accruing at the rate of 12% per annum from July 20, 2005, plus all costs expended, and as security for said Judgment levies on all of the right, title and interest of the Defendant, THERESA J CAMBRON, in and to any real property located in Jefferson County, Kentucky.

### NOTICE

NOTICE TO JUDGMENT DEBTOR  You may be entitled to an exemption under KRS 427.060, reprinted below. If you believe you are entitled to assert an exemption, seek legal advice.

KRS 427.060: "In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed $5,000.00 in value, in real or personal property that such debtor or a dependent of such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon."

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on  8/3/05  to THERESA J CAMBRON, at its last known address, in compliance with KRS 426.720(3).

ATTORNEY FOR THE PLAINTIFF:

PREPARED BY:

_____
DRAYER L. BOTT
LLOYD & McDANIEL, PLC
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

_____
DRAYER L. BOTT
LLOYD & McDANIEL, PLC
P.O. Box 23200
Louisville, KY 40223-0200
(502) 585-1880

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

253630/P603X/cab

Document No.: DN2005128407
Lodged By: lloyd & mcdaniels
Recorded On: 08/04/2005        02:10:47
Total Fees:                9.00
Transfer Tax:              .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: YOLLO62

## END OF DOCUMENT
Received Time Mar.10.  2:00PM

| | |
|---|---|
| **Organization Number** | 0192990 |
| **Name** | HEALTHSOUTH CORPORATION |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | DE |
| **File Date** | 8/29/1984 |
| **Authority Date** | 8/29/1984 |
| **Last Annual Report** | 6/25/2009 |
| **Principal Office** | HEALTHSOUTH TAX DEPT. |
| | P.O. BOX 380546 |
| | BIRMINGHAM, AL 35238 |
| **Registered Agent** | C T CORPORATION SYSTEM |
| | 4169 WESTPORT ROAD |
| | LOUISVILLE, KY 40207 |

**Current Officers**

| | |
|---|---|
| **President** | JAY GRINNEY |
| **Vice President** | JAMES P MCANDREWS, III |
| **Vice President** | JOHN WORKMAN |
| **Vice President** | MARK TARR |
| **Secretary** | JOHN P WHITTINGTON |
| **Treasurer** | EDMUND FAY |
| **Director** | JAY GRINNEY |
| **Director** | JON F HANSON |
| **Director** | EDWARD A BLECHSCHMIDT |
| **Director** | JOHN W CHIDSEY |
| **Director** | DONALD L CORRELL |
| **Director** | YVONNE M CURL |
| **Director** | CHARLES M ELSON |
| **Director** | LEO I HIGDON, JR |
| **Director** | JOHN E MAUPIN, JR, DDS |
| **Director** | L EDWARD SHAW, JR |

**Initial Officers at Time of Formation**

| | |
|---|---|
| **Director** | RICHARD M. SCRUSHY |
| **Director** | MATT MACKOWSKI |
| **Director** | JOHN STILES |
| **Incorporator** | J. BROOKE JOHNSTON, JR. |

**Images Available Online**

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| Date | Pages | | | Type |
|---|---|---|---|---|
| 6/25/2009 | 1 page | PDF | | Annual Report |
| 9/16/2008 6:00:00 PM | 1 page | PDF | | Registered Agent name/address change |
| 6/2/2008 | 1 page | PDF | | Annual Report |
| 6/6/2007 | 1 page | PDF | | Annual Report |
| 6/16/2006 | 1 page | PDF | | Annual Report |
| 6/10/2005 | 2 pages | tiff | PDF | Annual Report |
| 10/28/2003 | 1 page | tiff | PDF | Annual Report |
| 8/22/2002 | 1 page | tiff | PDF | Annual Report |
| 7/26/2001 | 2 pages | tiff | PDF | Annual Report |
| 7/27/2000 | 2 pages | tiff | PDF | Annual Report |
| 7/9/1999 | 2 pages | tiff | PDF | Annual Report |
| 8/24/1998 | 2 pages | tiff | PDF | Annual Report |
| 7/1/1996 | 2 pages | tiff | PDF | Annual Report |

**Activity History**

| File Date | Effective Date | Filing | Org. Referenced |
|---|---|---|---|
| 6/25/2009 1:10:58 PM | 6/25/2009 1:10:58 PM | Annual Report | |

| | | |
|---|---|---|
| 9/16/2008 6:07:25 PM | 9/16/2008 6:07:25 PM | Registered agent address change |
| 6/2/2008 4:30:30 PM | 6/2/2008 4:30:30 PM | Annual Report |
| 6/6/2007 5:19:04 PM | 6/6/2007 5:19:04 PM | Annual Report |
| 6/16/2006 5:09:02 PM | 6/16/2006 5:09:02 PM | Annual Report |
| 6/16/2006 5:09:02 PM | 6/16/2006 5:09:02 PM | Principal office change |
| 6/13/2002 2:57:55 PM | 6/13/2002 | Principal office change |

**Certificates Available**

Certificate of Existence / Authorization

Click on a certificate title to purchase it. Certificates are $10.00, payable by credit card or prepaid account. They are stored and returned as PDF documents. You must have Adobe PDF Reader to print the document.

| | |
|---|---|
| **Organization Number** | 0434538 |
| **Name** | HEALTHSOUTH SURGERY CENTER OF LOUISVILLE, INC. |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | I - Inactive |
| **Standing** | G - Good |
| **State** | DE |
| **File Date** | 6/17/1997 |
| **Authority Date** | 6/17/1997 |
| **Last Annual Report** | 6/6/2007 |
| **Principal Office** | ONE HEALTHSOUTH PARKWAY |
| | BIRMINGHAM, AL 35243 |
| **Registered Agent** | KY SEC OF STATE |
| | , |

**Current Officers**

| | |
|---|---|
| **President** | JAY GRINNEY |
| **Vice President** | JAMES P MCANDREWS, III |
| **Secretary** | JOHN P WHITTINGTON |
| **Treasurer** | JOHN WORKMAN |
| **Treasurer** | JOHN WORKMAN |
| **Director** | JAY GRINNEY |
| **Director** | JOHN P WHITTINGTON |
| **Director** | MICHAEL D SNOW |
| **Assistant Secretary** | JODY B MARTIN |

**Initial Officers at Time of Formation**

## Images Available Online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| Date | Pages | | | Document |
|------|-------|------|------|----------|
| 7/10/2007 | 1 page | tiff | PDF | Certificate of Withdrawal |
| 6/6/2007 | 1 page | PDF | | Annual Report |
| 6/14/2006 | 1 page | PDF | | Annual Report |
| 6/23/2005 | 2 pages | tiff | PDF | Annual Report |
| 7/8/2004 | 2 pages | tiff | PDF | Annual Report |
| 10/27/2003 | 1 page | tiff | PDF | Annual Report |
| 9/26/2002 | 1 page | tiff | PDF | Annual Report |
| 5/25/2000 | 2 pages | tiff | PDF | Annual Report |
| 7/16/1999 | 2 pages | tiff | PDF | Annual Report |
| 6/17/1997 | 4 pages | tiff | PDF | Application for Certificate of Authority |

## Activity History

| File Date | Effective Date | Filing | Org. Referenced |
|-----------|----------------|--------|-----------------|
| 7/10/2007 12:16:35 PM | 7/10/2007 | Withdraw | |
| 6/6/2007 3:29:21 PM | 6/6/2007 3:29:21 PM | Annual Report | |
| 6/14/2006 2:40:21 PM | 6/14/2006 2:40:21 PM | Annual Report | |
| 6/14/2006 2:40:21 PM | 6/14/2006 2:40:21 PM | Principal office change | |

## Certificates Available

Click on a certificate title to purchase it. Certificates are $10.00, payable by credit card or prepaid account. They are stored and returned as PDF documents. You must have Adobe PDF Reader to print the document.

| | |
|---|---|
| **Organization Number** | 0400755 |
| **Name** | LLOYD & MCDANIEL, PLC |
| **Profit or Non-Profit** | Unknown |
| **Company Type** | KLC - Kentucky Limited Liability Company |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | KY |
| **File Date** | 12/28/1994 |
| **Organization Date** | 1/1/1995 |
| **Last Annual Report** | 4/23/2009 |
| **Principal Office** | 11405 PARK ROAD, SUITE 200 |
| | PO BOX 23200 |
| | LOUISVILLE, KY 40223-0200 |
| **Managed By** | Members |
| **Registered Agent** | JAMES M. LLOYD |
| | 11405 PARK ROAD, SUITE 200 |
| | PO BOX 23200 |
| | LOUISVILLE, KY 40223-0200 |

**Current Officers**

| | |
|---|---|
| **Member** | James M Lloyd |
| **Member** | Michael V Brodarick |
| **Member** | Richard B Alphin |
| **Member** | Gregory L Taylor |

**Initial Officers at Time of Formation**

| | |
|---|---|
| **Organizer** | JAMES M. LLOYD |

| **Assumed Names** | **Status** |
|---|---|
| LLOYD & MCDANIEL | Active |

## Images Available Online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| Date | Pages | Format | Format | Filing |
|---|---|---|---|---|
| 4/23/2009 | 1 page | PDF | | Annual Report |
| 2/8/2008 | 1 page | PDF | | Annual Report |
| 10/16/2007 | 1 page | tiff | PDF | Name Renewal |
| 1/12/2007 | 1 page | PDF | | Annual Report |
| 2/2/2006 | 1 page | PDF | | Annual Report |
| 3/9/2005 | 1 page | tiff | PDF | Annual Report |
| 4/4/2003 | 1 page | tiff | PDF | Annual Report |
| 3/14/2003 | 1 page | tiff | PDF | Certificate of Assumed Name |
| 4/11/2002 | 1 page | tiff | PDF | Annual Report |
| 6/5/2001 | 1 page | tiff | PDF | Annual Report |
| 4/24/2000 | 1 page | tiff | PDF | Annual Report |
| 7/7/1999 | 1 page | tiff | PDF | Annual Report |
| 7/1/1997 | 1 page | tiff | PDF | Annual Report |
| 7/1/1996 | 1 page | tiff | PDF | Annual Report |
| 6/17/1996 | 1 page | tiff | PDF | Statement of Change |

## Activity History

| File Date | Effective Date | Filing | Org. Referenced |
|---|---|---|---|
| 4/23/2009 11:17:05 AM | 4/23/2009 11:17:05 AM | Annual Report | |
| 2/8/2008 10:35:07 AM | 2/8/2008 10:35:07 AM | Annual Report | |
| 1/12/2007 10:33:57 AM | 1/12/2007 10:33:57 AM | Annual Report | |
| 2/2/2006 6:43:49 PM | 2/2/2006 6:43:49 PM | Annual Report | |
| 2/24/2004 | 2/24/2004 | Annual Report | |
| 3/14/2003 1:50:06 PM | 3/14/2003 | Added Assumed Name | LLOYD & MCDANIEL |
| 2/12/2002 10:28:00 AM | 2/12/2002 | Principal office change Registered agent | |

## Certificates Available

## Certificate of Existence / Authorization

Click on a certificate title to purchase it. Certificates are $10.00, payable by credit card or prepaid account. They are stored and returned as PDF documents. You must have Adobe PDF Reader to print the document.