# EXHIBIT DD

*Blue Grass Abstract, LLC*
*P.O.BOX 800666*
*Dallas, TX 75380*

| | | |
|---|---|---|
| *Date:* | February 29, 2012 | *Bill To:* |
| *MSN:* | JEF300984 | HAYDEN & CRAIG, PLLC |
| *Property Owner:* | BROWN JAMES C | 718 West Main St., Suite 202 |
| *Property Address:* | 3411 W MUHAMMAD ALI BLVD, KY | Louisville, KY 40202 |
| *County:* | JEFFERSON | |
| *Parcel #:* | 01007E00800000 | |

### *Services performed*

- County records/PVA research
- Verify property with tax bill & PVA information
- Examine title chain
- Determine legal description
- Determine current owners (PVA, outsells, land contracts, estates)
- Search for owner's current contact information
- Determine relevant delinquent tax liens (county, city, school)
- Determine current tax lien holders & verify tax lien assignments
- Search for tax lien holder's contact information
- Verify Mortgage and Junior Liens
- Determine relevant junior liens & holders
- Search for holder's contact information
- Additional research on inactive, obscured, merged entities

### *Amount due-$300*

# FORECLOSURE TITLE INFORMATION

Date: 2/29/2012

| | |
|---|---|
| <u>Master Stock Number:</u> | JEF300984 |
| Property Address: | 3411 W MUHAMMAD ALI BLVD |
| | LOUISVILLE, KY 40212 |
| Map ID: | 01007E00800000 |

---

**Current Owner:**

| | |
|---|---|
| TITLE | JAMES C BROWN |
| MARRIAGE LICENSE | MELODY ANN MELVIN |
| Mailing Address: | |
| PVA/LEXIS NEXIS | 4431 PARKER AVE, LOUISVILLE, KY 40212 |
| PVA/LEXIS NEXIS | 4431 PARKER AVE, LOUISVILLE, KY 40212 |

| | | | |
|---|---|---|---|
| Deed Type: | Quit Claim Deed | Deed Book: | 4954 |
| Deed Date: | 8/9/1977 | Deed page: | 284 |

---

| | |
|---|---|
| <u>Legal Description:</u> | See Attached |
| Property Description: | 30 X 150 3411 MICHIGAN, RES |

---

**Unreleased Mortgages:**

---

**Other Claims:**

| | | | |
|---|---|---|---|
| Holder Name: | COMMONWEALTH OF KENTUCKY, DIVISION OF COLLECTIONS | Lien Type: | |
| | | Date: | 7/29/2011 |
| | | Book: | 1254 |
| | | Page: | 603 |
| | | Amount | |
| Mailing Address: | PO BOX 491 | | |
| | FRANKFORT, KY 40602 | | |
| Is Holder Active? | YES | | |

| | | | |
|---|---|---|---|
| Holder Name: | DISCOVER BANK | Lien Type: | JUDGMENT |
| SOS Address: | 502 E MARKET STREET | Date: | 2/25/2003 |
| | GREENWOOD, DE 19950 | Book: | 717 |
| | | Page: | 618 |
| | | Amount | $9,779.50 |
| Is Holder Active? | YES | | |

| | | | |
|---|---|---|---|
| Holder Name: | HOUSEHOLD FINANCE CORPORATION II | Lien Type: | JUDGMENT |
| SOS Address: | 26525 N RIVERWOODS BLVD | Date: | 8/7/2002 |
| | CORPORATE TAX - 1SW | Book: | 711 |

**JEF300984**

METTAWA, IL 60045

| | | Page: | 917 |
| --- | --- | --- | --- |
| | | Amount | $12,262.28 |

Is Holder Active?     YES
Registered Agent:     CT CORPORATION SYSTEM
306 W MAIN ST SUITE 512
FRANKFORT, KY 40601

| Holder Name: | IRS | Lien Type: | FEDERAL TAX |
| --- | --- | --- | --- |
| | | Date: | 8/3/2010 |
| | | Book: | 1178 |
| | | Page: | 427 |
| | | Amount | $466,242.76 |

| Holder Name: | JEFFERSON COUNTY CLERK | Lien Type: | STATE TAX LIEN |
| --- | --- | --- | --- |
| | | Date: | 1/14/2004 |
| | | Book: | 755 |
| | | Page: | 392 |
| | | Amount | |

Mailing Address:     527 WEST JEFFERSON STREET, SUITE 105

LOUISVILLE, KY 40202

| Holder Name: | JOINER ESTATES, LLC | Lien Type: | JUDGMENT |
| --- | --- | --- | --- |
| | T, | Date: | 11/7/2002 |
| | | Book: | 707 |
| | | Page: | 628 |
| | | Amount | $2,137.11 |

Is Holder Active?     YES
Notes:               UNABLE TO LOCATE LIEN HOLDER INFORMATION.

| Holder Name: | NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | Lien Type: | JUDGMENT |
| --- | --- | --- | --- |
| | | Date: | 2/27/2008 |
| | | Book: | 1008 |
| | | Page: | 738 |
| | | Amount | $18,555.25 |

Mailing Address:     ONE WEST NATIONWIDE BLVD

COLUMBUS, OH 43215

| Holder Name: | NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | Lien Type: | |
| --- | --- | --- | --- |
| | | Date: | 2/27/2008 |
| | | Book: | 1008 |
| | | Page: | 736 |
| | | Amount | $18,555.25 |

Mailing Address:     ONE WEST NATIONWIDE BLVD

**JEF300984**

|  | COLUMBUS, OH 43215 |
|---|---|
| **Is Holder Active?** | YES |

| **Holder Name:** | SERVICE FINANCIAL COMPANY | **Lien Type:** | JUDGMENT |
|---|---|---|---|
|  | AKA RIVER CITY ADJUSTMENT BUREAU, INC. |  |  |
| **SOS Address:** | 4641 DIXIE HWY | **Date:** | 6/21/1999 |
|  | LOUISVILLE, KY 40216 | **Book:** | 575 |
|  |  | **Page:** | 437 |
|  |  | **Amount** | $5,672.51 |

| **Is Holder Active?** | YES |
|---|---|
| **Registered Agent:** | DAVID R. DEATRICK, JR |
|  | 1587 STORY AVE. |
|  | LOUISVILLE, KY 40206 |

### Tax Liens Information:

*TaxEase Owned:*

| Tax Year: | Bill Number: | Purchased Date: | Face Amount: | Payoff Amount: | Monthly Interest: | Book: | Page: | Stock Number: |
|---|---|---|---|---|---|---|---|---|
| 2004 | 010000327 |  | $845.25 | $2,765.13 | $8.45 | 1141 | 40 | 500615 |
| **Total:** | 1 |  | **$845.25** | **$2,765.13** | **$8.45** |  |  |  |

### Other Tax Liens:

| **Holder Name:** | JEFFERSON COUNTY CLERK | **Tax Year:** | 2010 |
|---|---|---|---|
|  |  | **Bill Number:** | 2010010000349 |
|  |  | **Face Amount:** | $1,013.53 |
| **Mailing Address:** | 527 WEST JEFFERSON STREET, SUITE 105 | **Book:** |  |
|  | LOUISVILLE, KY 40202 | **Page:** |  |

| **Holder Name:** | JEFFERSON COUNTY SHERIFF | **Tax Year:** | 2011 |
|---|---|---|---|
|  |  | **Bill Number:** | 2111100 |
|  |  | **Face Amount:** | $494.87 |
| **Mailing Address:** | 531 COURT PLACE, SUITE 604 | **Book:** |  |
|  | LOUISVILLE, KY 40202 | **Page:** |  |

| | Total Other Tax Liens Amount: | $1,508.40 |
|---|---|---|

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY

THIS ASSIGNMENT OF CERTIFICATE OF DELINQUENCY is made and entered into this 13th day of January, 2010 by and between Mooring Tax Asset Group, LLC("Assignor"), and Tax Ease Lien Investments 1, LLC ("Assignee").

WHEREAS, the assignor and assignee have entered into a certain agreement to purchase the certificates of delinquency of

BROWN JAMES C in the amount of 845.25 for the tax year 2004 , bill

No. 010000327 , and more specifically described in the Certificate of Delinquency as recorded in the Jefferson

County records in Book on page , attached hereto as "Exhibit A."

NOW THEREFORE, in consideration of the covenants and conditions herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, assignor and assignee agree as follows:

(A)     Assignor does hereby sell, transfer and convey, and assign to assignee all of the assignor's right, title, and interest under the Certificate(s) of Delinquency identified above.

(B)     Assignee does hereby accept the foregoing assignment of Certificate(s) of Delinquency and assumes and agrees to perform, observe, and discharge all of the duties, obligations, and undertakings of assignor which may arise and accrue from and after the date thereof.  Assignee further agrees to indemnify and hold the assignor harmless from and against all damage, deficiency, loss, action, judgment, cost, and expense, including reasonable attorney fees to the extent permitted by law, resulting from any failure of assignee to faithfully perform, observe, and discharge all of the duties, obligations, and undertakings of assignor assume hereunder.

IN WITNESS WHEREOF, the parties have caused this Assignment of Certificate(s) of Delinquency to be executed and delivered by their duly authorized representatives, this the 13th day of January, 2010.  This instrument shall be binding upon and inure to the benefit of the respective successors and assigns of each of the parties hereto.

Executed and Prepared By:

James P. Meeks, President

Mooring Tax Asset Group, LLC
8614 Westwood Center Drive
Suite 500
Vienna, VA 22182

State of Virginia                    §
County of Fairfax                    §

I, the undersigned notary public, do hereby certify that the foregoing instrument was duly described, acknowledged and sworn to before me by James P. Meeks for Mooring Tax Asset Group, LLC, who is personally known to me (or proved to me on the basis of satisfactory evidence), as his free act on this the 13th day of January, 2010.

560615

RYAN POWERS
NOTARY PUBLIC
REGISTRATION # 7254441
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2011

NOTARY PUBLIC, State of VIRGINIA

JEFFERSON COUNTY CLERK'S OFFICE
ASSIGNMENT OF CERTIFICATION OF DELINQUENCY PER KRS 134.480

*** ASSIGNEE COPY ***

08/15/2005

ASSIGNEE NAME & ADDRESS
MOORING TAX ASSET GROUP LLC
1-888-237-4472
P O BOX 281856
ATLANTA GA 30384

DESCRIPTION OF PROPERTY
01 007E 0080 0000
3411 W MUHAMMAD ALI BLVD

PAID ON 08/14/2005

| YEAR | BILL NO | Assessed in Name of | Real Asmt | Sale Amt | Fees+Int | Rel Fee | Total Pd |
|------|---------|---------------------|-----------|----------|----------|---------|----------|
| 2004 | 010000327 | BROWN JAMES C | 44610 | 617.27 | 212.48 | 10.00 | 839.75 |

CERTIFICATION FEE    5.00
ASSIGNMENT FEE    0.50

Received by_____    TOTAL    845.25

Date Pd _____  _____
                Deputy Clerk

Bobbie Holsclaw
Jefferson County Clerk

Document No.: DN2010024502
Lodged By: TAX EASE LIEN SERVICING L
Recorded On: 02/25/2010     09:49:34
Total Fees:            .00
Transfer Tax:          .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVEMAY



CERTIFIED COPY
OF RECORD

Jefferson County Kentucky
BOBBIE HOLSCLAW
AUG 1 4 2005                    4
DATE          DC

END OF DOCUMENT

LexisNexis® | **NEW** *Accurint* for Collections

## Person Search Results

| All | Full Name | SSN | Address | Phone | Next Steps |
|-----|-----------|-----|---------|-------|------------|
| **1.** | J BROWN<br>JAMES C BROWN<br>JAMES C BROWN SR<br>JAMES CAM BROWN<br>JAMES CAMPBELL BROWN<br>BROWN CAMPBELL JAMES<br>JAMES C MELVIN<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>🕐 Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 4431 PARKER AVE<br>LOUISVILLE KY 40212-2739<br>Jan 77 - Dec 11<br>✓ Probable current address | 502-774-2705 - EST<br>🌱 Active Phone<br>BROWN MELODY | |

**We Also Found:**  ☐ **Property Records**      ☐ **Motor Vehicles**

| | | | | | |
|-----|-----------|-----|---------|-------|------------|
| **2.** | JAMES BROWN<br>JAMES C BROWN<br>JAMES CAMPBELL BROWN<br>BROWN CAMPBELL JAMES<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>🕐 Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 4431 PARKER AVE B<br>LOUISVILLE KY 40212-2739<br>Dec 95 - Jun 10<br>✓ Probable current address | 502-774-2705 - EST<br>🌱 Active Phone<br>BROWN MELODY | |
| **3.** | JAMES BROWN<br>JAMES C BROWN<br>JAMES C BROWN SR<br>JAMES CAMPBELL BROWN<br>BROWN JAMES CAMPBELL<br>BROWN CAMPBELL JAMES<br>JAMES C MELVIN<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>🕐 Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | PO BOX 11118<br>LOUISVILLE KY 40251-0118<br>May 99 - Nov 11 | 774-2705<br>502-774-2705 - EST | |
| **4.** | JAMES C BROWN<br>DOB: 5/1943 (68)<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>🕐 Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 3411 W MUHAMMAD ALI BLVD<br>LOUISVILLE KY 40212-2423<br>May 72 - 2010 | 502-774-2705 - EST | |
| **5.** | JAMES C BROWN<br>JAMES C BROWN SR<br>JAMES CAMPBELL BROWN<br>BROWN CAMPBELL JAMES<br>DOB: 5/1943 (68)<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>🕐 Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 221 N 33RD ST<br>LOUISVILLE KY 40212-2106<br>Jul 91 - 2006 | 502-774-2705 - EST | |
| **6.** | JAMES C BROWN SR<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>🕐 Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 4431B PARKER AVE<br>LOUISVILLE KY 40212-2739<br>Aug 99 - Mar 03 | 502-774-2705 - EST | |
| **7.** | JAMES C BROWN SR<br>DOB: 4/xx/1943 (68)<br>Gender: Male | 405-56-xxxx<br>Link<br>ID: 296244141 | 11118 POB 11118PARKER AVE<br>LOUISVILLE KY 40212<br>May 99 | 502-774-2705 - EST | |



| | | | | | |
|---|---|---|---|---|---|
| |  Setup Alert | | | | |
| **8.** | JAMES C BROWN<br>JAMES C MELVIN<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 651 S 36TH ST<br>LOUISVILLE KY 40211-2931<br>Nov 88 | 502-778-6221 - EST<br>Active Phone<br>STANDARD MARY | |
| **9.** | JAMES C BROWN<br>DOB: 5/1943 (68)<br>Gender: Male<br>Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 651 S 36TH ST APT 36TH<br>LOUISVILLE KY 40211-2931<br>Mar 84 | 502-778-6221 - EST<br>Active Phone<br>STANDARD MARY | |
| **10.** | JAMES C BROWN<br>JAMES CAMPBELL BROWN<br>BROWN CAMPBELL JAMES<br>DOB: 4/xx/1943 (68)<br>Gender: Male<br>Setup Alert | 405-56-xxxx<br>Link<br>ID: 296244141 | 607 S 364TH ST<br>LOUISVILLE KY 40211<br>May 72 | 774-2705 | |

Records: 1 to 10 of 10

Your DPPA Permissible Use: Civil, Criminal, Administrative or Arbitral Proceedings

Your GLBA Permissible Use: Persons Holding a Legal or Beneficial Interest Relating to the Consumer

**LexisNexis**

About LexisNexis | Terms & Conditions

Copyright © 2012 LexisNexis Risk Solutions. All rights reserved.

LexisNexis® | **NEW** *Accurint®* for *Collections*

## Person Search Results

| All | Full Name | SSN | Address | Phone | Next Steps |
|-----|-----------|-----|---------|-------|------------|

**1.**
M BROWN
MELODY BROWN
MELODY A BROWN
MELODY A MELVIN BROWN
MELODY M BROWN
BROWN MELODY MELVIN
MELODY A MELVIN
MELODY A MELVIN BROWN
MELODY A MELVIN-BROWN
MELODY A MELVINBROWN
DOB: 6/xx/1954 (57)
Gender: Female
🕐 Setup Alert

360-46-xxxx
Link
ID: 300016647

4431 PARKER AVE
LOUISVILLE KY 40212-2739
Jan 92 - Jan 12
✔ Probable current address

502-774-2705 - EST
✈ Active Phone
BROWN MELODY

**We Also Found:**   ☐ **Property Records**   ☐ **Professional Licenses**

**2.**
MELODY MELVIN BROWN
MELODY A MELVIN
DOB: 6/xx/1954 (57)
Gender: Female
🕐 Setup Alert

360-46-xxxx
Link
ID: 300016647

4431 PARKER AVE B
LOUISVILLE KY 40212-2739
Nov 91 - Dec 05
✔ Probable current address

502-774-2705 - EST
✈ Active Phone
BROWN MELODY

**3.**
MELODY M BROWN
BROWN MELODY MELVIN
MELODY ANN MELVIN
DOB: 6/xx/1954 (57)
Gender: Female
🕐 Setup Alert

360-46-xxxx
Link
ID: 300016647

4431 PARKER AVE APT 11118
LOUISVILLE KY 40212-2739
Apr 75 - Apr 01
✔ Probable current address

502-774-2705 - EST
✈ Active Phone
BROWN MELODY

**4.**
MELODY BROWN
MELODY A BROWN
MELODY ANN BROWN
MELODY M BROWN
BROWN MELODY MELVIN
MELODY A MELVIN
MELODY MELVIN-BROWN
MELODY A MELVIN-BROWN
MELODY MELVINBROWN
MELODY A MELVINBROWN
DOB: 6/xx/1954 (57)
Gender: Female
🕐 Setup Alert

360-46-xxxx
Link
ID: 300016647

PO BOX 11118
LOUISVILLE KY 40251-0118
Apr 75 - Nov 11

502-774-2705 - EST

**5.**
MELODY A BROWN
MELODY M BROWN
MELODY A MELVIN
DOB: 6/xx/1954 (57)
Gender: Female
🕐 Setup Alert

360-46-xxxx
Link
ID: 300016647

4431 PARK BLVD
LOUISVILLE KY 40209-1214
Jul 97

**6.**
MELODY A BROWN
MELODY M BROWN
BROWN MELODY MELVIN
MELDOY A MELVIN
MELODY A MELVIN
MELODY ANN MELVIN

360-46-xxxx
Link
ID: 300016647

2711 ELLIOTT AVE
LOUISVILLE KY 40211-1318
Apr 75 - Jan 92

MELODY A MELVINBROWN
DOB: 6/xx/1954 (57)
Gender: Female
 Setup Alert

**7.** MELODY A BROWN    360-46-xxxx    1920 EDDY ST    774-2705
MELODY A MELVIN    Link    LOUISVILLE KY 40203-1522
MELODY ANN MELVIN    ID: 300016647    Apr 75
DOB: 6/xx/1954 (57)
Gender: Female
Setup Alert

**8.** JAMES BROWN    360-46-xxxx    PO BOX 11118
Gender: Male    Link    LOUISVILLE KY 40251-0118
ID: 147751984498    Dec 07 - Sep 08
Setup Alert

Records: 1 to 8 of 8

Your DPPA Permissible Use: Civil, Criminal, Administrative or Arbitral Proceedings

Your GLBA Permissible Use: Persons Holding a Legal or Beneficial Interest Relating to the Consumer

**LexisNexis·**

**About LexisNexis | Terms & Conditions**

**Copyright © 2012 LexisNexis Risk Solutions. All rights reserved.**



**Jefferson County PVA**
*Property Valuation Administrator*

About PVA | Community Links | Contact Us | How Do I...

Property Search
Property Map
Satellite Cities
Support

My Account
Invoices
Upgrade Account
Cancel Account

YOU ARE HERE: **Home**   Property Search   Property Details

# 3411 W Muhammad Ali Blvd

Print Brief Report          Print Full Report



| | |
|---|---|
| MAILING ADDRESS | **4431 Parker Ave**<br>**Louisville, KY 40212-2739** |
| OWNER | **BROWN JAMES C** |
| PARCEL ID | **007E00800000** |
| LAND VALUE | **$8,500** |
| IMPROVEMENTS VALUE | **$29,830** |
| ASSESSED VALUE | **$38,330** |
| APPROXIMATE ACREAGE | **0.11** |
| PROPERTY CLASS | **510 Res 1 family dwelling** |
| DEED BOOK/PAGE | **4954 0284 (N/A Online)** |
| DISTRICT NUMBER | **100023** |
| OLD DISTRICT | **01** |
| FIRE DISTRICT | **City of Louisville** |
| SCHOOL DISTRICT | **Jefferson County** |
| NEIGHBORHOOD | **105128 / MICHIGAN DR/RIVER PARK**<br>View Neighborhood Sales Map<br>View Neighborhood Sales List |
| SATELLITE CITY | **Urban Service District** |
| SHERIFF'S TAX INFO | **View Tax Information** |

## Property Details

| | |
|---|---|
| TYPE | **1 : Single family** |
| YEAR BUILT | **1900** |
| EXTERIOR WALL | **V2 Vinyl siding** |
| ROOFING STRUCTURE | **Gable** |
| BASEMENT FOUNDATION | **None** |
| CONDITION | **normal for age** |
| CONSTRUCTION FRAME | **Wood frame w/sheath** |
| HEATING TYPE | **1 Central Warm Air** |
| CENTRAL AIR | **Y** |
| FIREPLACE | **Y** |
| BUILDING TYPE | **12 Older convent'l 1/1+ story** |
| STORIES | **1.0** |
| FULL BATHROOMS | **1** |
| HALF BATHROOMS | **0** |



| AREA TYPE | GROSS AREA | FINISHED AREA |
|---|---|---|
| MAIN UNIT | | 1,141 |
| BASEMENT | 175 | 0 |

| ATTIC | None | 0 |
| ATTACHED GARAGE | | |
| DETACHED GARAGE | | |

## Standard Information Map

To print map, use the print button on the map toolbar.

Standard Information Map

## Sales History

| DEED BOOK/PAGE | SALE PRICE | SALE DATE | PREVIOUS OWNER |
| --- | --- | --- | --- |
| 4954 0284 (N/A Online) | $0 | 01/01/1977 | OWNER UNKNOWN |

## Assessment History

| EXEMPTION | DATE | LAND | IMPROVEMENTS | TOTAL | REASON |
| --- | --- | --- | --- | --- | --- |
| none | 01/01/2011 | $8,500 | $29,830 | $38,330 | DC - Decrease by Comm Reassessment |
| none | 01/01/2009 | $8,500 | $33,140 | $41,640 | DC - Decrease by Comm Reassessment |
| none | 01/01/2005 | $8,500 | $47,340 | $55,840 | RC - Residential Computer Reassessment |

| none | 01/01/2001 | $8,500 | $36,110 | $44,610 | RC - Residential Computer Reassessment |
| none | 01/01/1997 | $6,800 | $27,420 | $34,220 | RC - Residential Computer Reassessment |

## Legal Lines

| LN | LEGAL DESCRIPTION |
|---|---|
| 1 | 30 X 150 3411 MICHIGAN |

Property is assessed per KRS 132.20 on January 1st of each year. The current year assessments are updated and posted on the website in mid April. Information deemed reliable but not guaranteed. Data last updated: 09/28/2011

---

### Did you know?

Your assessment is often based on what comparable homes are selling for in your neighborhood. Especially in Jefferson County, this can sometimes appreciate faster than expected. Also, remember that your property is usually only revalued once every four years. Therefore, the increase is actually reflecting four years worth of appreciation.

View Property Assessment FAQs

### Reach our office

Monday - Friday: 8am - 4pm
Motax Department: 8:30am - 4:30pm
View our Office Calendar

Office of the Jefferson County PVA
Fiscal Court Building
531 Court Place, Suite 504
Louisville KY, 40202-3393

Phone (502) 574-6380
Fax (502) 574-6108
pva@jeffersonpva.ky.gov

---

### ASSESSING PROPERTY

Residential Property
Commercial Property
Personal Property
Motor Vehicle Assessment
Appeal Process
  Appeals Manual
Moratorium
Frequently Asked Questions

PROPERTY EXEMPTIONS

Agricultural & Horticultural Exemptions
Disability Exemption
Permanently Disabled Veterans Exemption
Homestead Exemption
Nonprofit & Religious Organization Exemptions

### FORMS & TOOLS

Property Values Map
Property Search
Forms

PVA LINKS

Contact Us
About PVA
Employment
Community Links
Meet Tony Lindauer
  Budget 2010-11
  Tax Rates 2010
2011 State of the Real Estate
Vacant, Abandoned and Underutilized Property Summit

PROPERTY SEARCH SUPPORT

Glossary of Terms
Subscription Service FAQ



Sign up for our yearly property search subscription & get one month FREE!

Up to 1 User
Up to 5 Users
Up to 10 Users

CAN'T FIND WHAT YOU NEED?

[ ] Search

NEED HELP WITH THE WEBSITE?

Email support at
pva@jeffersonpva.ky.gov or call us at 502-574-6380.

---

GENERAL TERMS AND CONDITIONS
Disability Statement   Privacy Policy   Subscription Terms of Service   Communication Policy

Louisville SEO & web design by VIA Studio



# Document Retrieval Network

101 Data Farm Rd.   Falmouth KY, 41040
Phone (859) 654-2890   Fax (859) 654-2892

| To: | Blue Grass Abstract, LLC | **Loan Number:** JEF300984 |
| Attn: | Monthly Project | |
| Address: | 14901 Quorum Drive Suite 900 | **Job Number:** September Order |
| | Dallas, TX 75254 | |
| Phone: | Fax | |

## Completed Order Report

| County: | **Jefferson** |
| Borrower: | BROWN JAMES C. |
| Property Address: | 3411 W MUHAMMAD ALI BLVD , KY |
| Lender: | |
| Loan Amt: | $0.00 |
| PIN: | 01007E00800000 |
| Legal Desc.: | |
| Loan Date: | |
| Rec. Date: | |
| Instrument # | |
| Book/Page: | |

Comments:

Pendleton DataFarm, LLC. dba Document Retrieval Network (DRN) personally guarantees to Blue Grass Abstract, LLC the accuracy of our finished product up to a liability of $1,500.00 with the following exceptions. If the county PVA records do not show a deed reference for a property then it will be the sole responsibility of Blue Grass Abstract, LLC to determine if the title search was done on the correct property. In no event shall DRN be liable to Blue Grass Abstract, LLC for any amount above $1,500.00. This report is an abstract of title only and only includes public records found in the property section of the county recorder's, PVA, and clerk's office during the scope of our search. This report does not make any representation with regard to (a) any interests not of record for the period of the search; (b) accuracy or completeness of the index books and electronic records of the county recording offices, including misspelled names and records improperly indexed; (c) any facts that would be revealed by an examination of the records of the State Courts, Federal District Courts, and Federal Bankruptcy Courts; (d) any questions of security interests or liens under the Uniform Commercial Code; (e) accuracy of any records in Elliot County KY; (f) correct property being searched when the PVA does not list the correct deed book and page number. DRN agrees to immediately inform Blue Grass Abstract, LLC in the case of discrepancies/inaccuracies being found.

Order #: 787691

Date Search Performed: 12/29/11
Effective Date: 12/28/11

Name Provided: BROWN JAMES C

Address Provided: 3411 W MUHAMMAD ALI BLVD KY

County: Jefferson

## Tax Search Checklist

[X] Copy of property card from PVA
[X] Copy of current year county and city tax bills
[X] Copy of all delinquent tax bills (city and county) for ALL owners in the past 11 years on this property.
[X] Provide a copy of the lien filed on purchased taxes. If a lien was not filed provide a printout showing they were purchased and make note there was no lien. (Information only needed on taxes purchased by Tax Ease Lien)

NOTE: Taxes are filed in the name of the person who owned property on Jan 1st of each year. Take special care during the year of any property transfers to check under the name of the seller also.

---

**TAX INFORMATION**

Parcel/Map #: 01-007E-0080-0000     Land: 8,500 −

Brief Legal: NS Michigan Dr. 120' w. of 34th Street    Improvements: + 29,830 −

Mobile Home ☒ No ☐ Yes ( 30' x 160' )     Total: $ 38,330 −

TLS ☒ No ☐ Yes _____     Exemptions: − /

AQC ☒ No ☐ Yes _____     Type of Exemption: ___

Total Taxable Value: $ 38,330 −

**ANNUAL COUNTY TAXES**

Tax Year: 2011    Tax Bill #: PIN

Taxes Due $: 494 87    Date Due: 12/31/11    Amount Pd: $ −0−    Date Pd: —

Are the taxes in the name of the current owner? ☐ No ☒ Yes

Were there any delinquent county taxes found within the Scope of Search? ☐ No ☒ Yes

Year: 2011    Payoff Amount: $ 494 87    Good Through Date: 12/31/11 or pay #519.62

" 2010    "   " $978 86    ", " 12/31/11, or in Jan. 2012.

Were there any tax bills sold? ☐ No ☒ Yes   Years: 2004   Pay # 96733 in Jan. 2012.

---

**CITY TAXES**

Do city taxes apply for this property? ☒ No ☐ Yes   City Name: _____

Tax Year: _____    Tax Bill #: _____

Taxes Due $: _____   Date Due: _____   Amount Pd: $ _____   Date Pd: _____

Were there any delinquent city taxes found within the scope of search? ☐ No ☐ Yes

Year: _____    Payoff Amount: $ _____    Good through Date: _____

Order #: 787691

**DEEDS CHECKLIST**

☒ Copy of current deed and out-sales. Information only on all prior deeds.
   - Take out of family to a good warranty deed.
   - if under Land Contract, please provide copy of Land Contract and current deed.

Type of Deed: Q C

Grantor: Helen Louise Brown (married - wife)   ✓

Grantee: James C. Brown (married - husband)   ✓

Dated: 8/9/77   Recorded: 8/12/77   Bk/Pg: D 4954 / 284   Consideration: $

Notes: (Assumed @ M1292/551 Rel. in D 6211 / 585 (out))

Type of Deed: GW

Grantor: Beulah Reagan, widow + unremarried

Grantee: James Campbell Brown + Helen Brown, h/w (surv)

Dated: 5/22/72   Recorded: 5/22/72   Bk/Pg: D 4519 / 32   Consideration: $ 7,950

Notes:

Type of Deed:

Grantor:

Grantee:

Dated:   Recorded:   Bk/Pg:   Consideration: $

Notes:

Type of Deed:

Grantor:

Grantee:

Dated:   Recorded:   Bk/Pg:   Consideration: $

Notes:

Type of Deed:

Grantor:

Grantee:

Dated:   Recorded:   Bk/Pg:   Consideration: $

Notes:

Order #: <u>787691</u>

## MORTGAGE CHECKLIST

[X] Copy of first, amount, address, signature, notary, recording, and legal of all open mortgages
[X] Copy of all assignments

Mortgage: <u>(Collateral Assignment of Leases and Rents)</u>
Signed by: <u>James C. Brown (AKA James Campbell Brown) & Melody M., h/wf.</u>
Mortgagee: <u>Louisville Medical Center Federal Credit Union</u>
Amount: $ <u>25,517.95</u> Dated: <u>12/9/98</u> Recorded: <u>12/16/98</u> Bk/Pg: <u>D 7154/518</u>

**Assignments:**

Assignor (1): _____ Assignor (2) _____

Assignee (1): _____ Assignee (2) _____

Recorded: _____ Bk/Pg: _____ Recorded: _____ Bk/pg: _____

Notes: <u>(Note: The related Mtg. in M 4934/832 was Rel. in</u>
<u>D 8730/110. Also, per terms of Asst of Leases, etc, it is</u>
Mortgage: <u>void when mtg. is paid.)</u>

Signed by: _____

Mortgagee: _____

Amount: $_____ Dated: _____ Recorded: _____ Bk/Pg: _____

**Assignments:**

Assignor (1): _____ Assignor (2) _____

Assignee (1): _____ Assignee (2) _____

Recorded: _____ Bk/Pg: _____ Recorded: _____ Bk/pg: _____

Notes: _____

## Mortgage:

Signed by: _____

Mortgagee: _____

Amount: $_____ Dated: _____ Recorded: _____ Bk/Pg: _____

**Assignments:**

Assignor (1): _____ Assignor (2) _____

Assignee (1): _____ Assignee (2) _____

Recorded: _____ Bk/Pg: _____ Recorded: _____ Bk/pg: _____

## LIENS/JUDGMENTS/COURT CASES

[X] For unreleased Lis Pendens, provide a copy of the case history and dismissal
[X] Copy of all liens and judgments, including purchased tax liens.
   --Information only on purchased tax liens by Tax Ease Lien.
   --Do not rule out liens based on a woman's middle initial.
      (NW)

☐ None found

| Type: | Bk/Pg/Doc/File# | File Date: |
|---|---|---|
| JL | L 575/437 | 7/22/99 |
| JL | " " L 707/628 | " " 1/2/03 |
| JL | L 711/917 | 2/7/03 |
| JL | " " L 717/618 | " " 3/21/03 |
| State tax | L 755/392 | 1/14/04 |
| JL | " " L 1008/736 | " " 5/13/08 |
| JL | L 1008/738 | 5/13/08 |
| DCF (04 bill) | " " L 1141/40 | " " 2/25/10 |
| as affected by DCF in | L 1245/710 | 6/22/11 |
| Federal tax | L 1178/427 | 8/11/10 |
| State tax | " " L 1254/603 | " " 7/29/11 |
| Type: | Bk/Pg/Doc/File# | File Date: |
| Type: | Bk/Pg/Doc/File# | File Date: |

## DIVORCE/PROBATE

List ALL names checked for probate (required) James Campbell Brown & Melody M. Brown, h/w

Were any Probate cases found [X] No ☐ Yes Case Number: _____
If yes, provide copies of: case history, will, petition, order appointing fiduciary/administrator/executor, and all docs pertaining to the property

Is there a divorce case on the current owners? [X] No ☐ Yes Case Number: _____
If yes, provide case history, decree, property settlement pages

Were any marriage licenses found on current owner during their ownership? ☐ No [X] Yes If yes, copy of marriage
license James Campbell Brown md. on 7/10/99 to Melody Ann Melvin
(see marriega license)

Special Notes:

*Jefferson County PVA Property Valuation Administrator*

# 3411 W Muhammad Ali Blvd



**Property Details**

| | |
|---|---|
| MAILING ADDRESS | 4431 Parker Ave Louisville, KY 40212-2739 |
| OWNER | BROWN JAMES C |
| PARCEL ID | 007E00800000 |
| LAND VALUE | $8,500 |
| IMPROVEMENTS VALUE | $29,830 |
| ASSESSED VALUE | $38,330 |
| APPROXIMATE ACREAGE | 0.1112 |
| PROPERTY CLASS | 510 Res 1 family dwelling |
| DEED BOOK/PAGE | 4954 0284 (N/A Online) |
| DISTRICT NUMBER | 100023 |
| OLD DISTRICT | 01 |
| FIRE DISTRICT | City of Louisville |
| SCHOOL DISTRICT | Jefferson County |
| NEIGHBORHOOD | 105128 / MICHIGAN DR/RIVER PARK |
| SATELLITE CITY | Urban Service District |
| SHERIFF'S TAX INFO | View Tax Information |

| | |
|---|---|
| TYPE | 1 : Single family |
| YEAR BUILT | 1900 |
| EXTERIOR WALL | V2 Vinyl siding |
| ROOFING STRUCTURE | Gable |
| BASEMENT FOUNDATION | None |
| CONDITION | normal for age |
| CONSTRUCTION FRAME | Wood frame w/sheath |
| HEATING TYPE | 1 Central Warm Air |
| CENTRAL AIR | Y |
| FIREPLACE | Y |
| BUILDING TYPE | 12 Older convent'l 1/1+ story |
| STORIES | 1.0 |
| FULL BATHROOMS | 1 |
| HALF BATHROOMS | 0 |

| AREA TYPE | GROSS AREA | FINISHED AREA |
|---|---|---|
| MAIN UNIT | | 1,141 |
| BASEMENT | 175 | 0 |
| ATTIC | None | 0 |
| ATTACHED GARAGE | | |
| DETACHED GARAGE | | |



Standard Information Map
To print map, use the print button on the map toolbar.
Standard Information Map

## Sales History

| DEED BOOK/PAGE | SALE PRICE | SALE DATE | PREVIOUS OWNER |
|---|---|---|---|
| 4954 0284 (N/A Online) | $0 | 01/01/1977 | OWNER UNKNOWN |

## Assessment History

| EXEMPTION | DATE | LAND | IMPROVEMENTS | TOTAL | REASON |
|-----------|------|------|--------------|-------|--------|
| none | 01/01/2011 | $8,500 | $29,830 | $38,330 | DC – Decrease by Comm Reassessment |
| none | 01/01/2009 | $8,500 | $33,140 | $41,640 | DC – Decrease by Comm Reassessment |
| none | 01/01/2005 | $8,500 | $47,340 | $55,840 | RC – Residential Computer Reassessment |
| none | 01/01/2001 | $8,500 | $36,110 | $44,610 | RC – Residential Computer Reassessment |
| none | 01/01/1997 | $6,800 | $27,420 | $34,220 | RC – Residential Computer Reassessment |

## Legal Lines

| LN | LEGAL DESCRIPTION |
|----|-------------------|
| 1 | 30 X 150 3411 MICHIGAN |

Property is assessed per KRS 132.20 on January 1st of each year. The current year assessments are updated and posted on the website in mid April. Information deemed reliable but not guaranteed. Data last updated: 12/29/2011

    

531 Court Place
Suite 604
Louisville, KY 40202
Phone: 502-574-5400
Hours: 8:00 am to 4:00
Monday through Friday



## Property Tax Search

### Home
### Start a New Search

### Search by the Property ID

| Property ID: | Property Owner: | Tax Year: |
|---|---|---|
| 01007E00800000 | BROWN JAMES C<br>4431 PARKER AVE | 2011 |
| Property Location Address: | | Invoice Number: |
| 3411 W MUHAMMAD ALI BLVD | LOUISVILLE KY 40212 | 2111100 |
| Property's Taxable Assessment: | | Mortgage Company Name: |
| $38330 | Gross Amt: $494.87 | NONE |

**Scan Line: 01 007E 0080 0000 2111100 01 0000484972 0000494872 0000519629**

| Homestead Exemption Amount: | $0 | |
|---|---|---|
| Disability Exemption Amount: | $0 | |
| **Payment Periods** | **Amount** | **If Paid By:** |
| Discount Amount: | $484.97 | 12/01/11 |
| Gross Amount: | $494.87 | 12/31/11 |
| 5% Penalty Amount: | $519.62 | 01/31/12 |
| 10% + 10% Penalty Amount: | $598.79 | 04/15/12 |
| | | |
| Amount Paid: | $0 | |
| Paid on: | 00/00/0000 | |
| | | |
| **Balance Due:** | **$494.87** | |

**New! Do you want to pay for this property's:** 01007E00800000 **taxes with a credit card? –**
Pay Now

. . .  . . . . . . . .  . . .  . . . .  . . . .  .  . . . . . . .  . . .

## Would you like to run another Property ID search?

**Property ID:**    01007E00800000      Search

* When searching by Property ID, you must have all 14 digits exactly right.
Partial searches will not produce any results.

**Disclaimer:** The tax data found on this site is unofficial. For official
property tax information call: (502) 574-5479.

© 2011 Jefferson County Sheriff's Office        Home | Contacts | Site Map | Links

    

JEFFERSON COUNTY **SHERIFF**

Louisville, Kentucky

Col. John Aubrey

531 Court Place
Suite 604
Louisville, Ky 40202
Phone 502-574-5400
Hours: 8:00 am to 4:00
Monday through Friday

## How We Serve

**Property Taxes**
**Sex Offender Search**
**Criminal Division**
  **Process Unit**
  **Warrants / EPOs**
  **Auto Inspections**
  **Evictions**
**Court Security**
**Community Services**
**School Resource Officers**
**Concealed Deadly Weapons**
**Reserve Unit - Volunteer**

## Other JCSO Links

**Command Staff**
**History**
**Mission & Ethics Statements**
**Internal Affairs**
**Employment**
**Links**

**Home**

## Contacts

Mailing Address:
Jefferson County Sheriff's Office
531 Court Place
6th Floor
Louisville, KY 40202
Click Here for a Map (must have pop-up blocker turned off)

Hours of Operation:
8:00 AM to 4:00 PM
Monday through Friday

For Local Calls:
Main phone Number: (502) 574-5400
For outside the Louisville Metro area:
Toll Free Number: (800) 280-6694
**\*Note** - If you are looking for a number to the **county jail**, please visit the
Louisville Metro Department of Corrections website for contact information.

If you found a problem with this site, please email the webmaster.

If you have a complaint against one of our staff or deputies, contact our
**Internal Affairs** Department directly at: (502) 574-5234

© 2009 Jefferson County Sheriff's Office

Home | Contacts | Site Map | Links

# JEFFERSON COUNTY CLERK'S OFFICE
## TOTAL TAXES DUE STATEMENT

**OWNER NAME & ADDRESS:**
BROWN JAMES C
4431 PARKER AVE
LOUISVILLE, KY 40212-2739

**DESCRIPTION OF PROPERTY:** 3411 W MUHAMMAD ALI BLVD
**PARCEL ID:** 01007E00800000
**CALCULATED AS OF:** 12/29/2011

| Tax Year | Bill Number | Assessment Value | Tax | Penalties | Payments | Current Total | Jan-12 Total | Feb-12 Total | Mar-12 Total | Apr-12 Total | Suit |
|------|-------------|------------|--------|---------|--------|--------|--------|--------|----------|----------|------|
| 2010 | 2010010000349 | 41,640.00 | 537.20 | 441.66 | 0.00 | 978.86 | 987.53 | 996.20 | 1,004.87 | 1,013.53 | P |
| | | | | Totals: | 0.00 | 978.86 | 987.53 | 996.20 | 1,004.87 | 1,013.53 | |

**MAIL CERTIFIED CHECK OR MONEY ORDER TO:**

Jefferson County Clerk
Bobbie Holsclaw
527 West Jefferson St Room 100
Louisville, KY 40202

**Jefferson County Clerk**
Barbara Holsclaw
Suite 105
527 West Jefferson Street
Louisville, KY 40202-2850
Phone: (502) 574-5700
FAX: (502) 574-5566
Email: countyclerk@jeffersoncountyclerk.org
Web Site: www.jeffersoncountyclerk.org

**Make Check Payable To:**
Jefferson Co Clerk
527 West Jefferson St
Room 100
Louisville, KY 40202

# Receipt Of Payment
**Commonwealth of Kentucky**
**2004 Jefferson County Standard2 Bill**
**Today's Date: Thursday, December 29, 2011**



BROWN JAMES C
3411 MICHIGAN
LOUISVILLE, KY 40212

Tax Ease Lien Investments 1, LLC
14901 Quorum Drive, Ste 900
Dallas, TX 75254
214-420-5927

Bill Number: 2004010000327
Map Number:
Parcel ID: 01007E00800000
Tax District: 01

**Property Location:**
3411 W MUHAMMAD ALI BLVD

**Deed Book / Deed Page:**
/

**Property Description:**
3411 W MUHAMMAD ALI BLVD

Farm Acres: 0
County Clerk: Bobbie Holsclaw

## Assessment:

| Property Class | Assessed Value | Tax Authority | Rate / $100 | Tax |
|---|---|---|---|---|
| REAL_ESTATE | 44,610.00 | STATE | 0.1310 | 58.44 |
| REAL_ESTATE | 44,610.00 | COUNTY | 0.1280 | 57.10 |
| REAL_ESTATE | 44,610.00 | SCHOOL | 0.5920 | 264.09 |
| REAL_ESTATE | 44,610.00 | URBAN SERVICES | 0.3743 | 166.98 |
| | | | **Total Assessment:** | **546.61** |

## Adjustments:

| Adjustment Type | Assessment Type | Assessed Value | Amount |
|---|---|---|---|
| Assignment Fee | | | 5.50 |
| Sheriff Fee | | | 5.00 |
| Penalty – 10% | | | 54.66 |
| Advertisement Fee | | | 11.00 |
| Monthly Delinquent Fee | | | 24.69 |
| Co. Attorney Fee | | | 125.19 |
| Co. Clerk Fee | | | 62.60 |
| County Clerks Fee | | | 10.00 |
| | | **Total Adjustments:** | **298.64** |

## Payments:

| Receipt Number | Check / MO Number | Paid By | Teller | Payment Method | Paid Date/Time | Amount |
|---|---|---|---|---|---|---|
| 200905-2004010000327-812 | | MOORING TAX ASSET GR Conversion | | Cash | 8/14/2005  12:00:00AM | $845.25 |
| | | | | | **Total Payments:** | **$845.25** |

## Balance Due: 0.00

**Comments:**

QUIT-CLAIM DEED

THIS DEED made this the ___9th___ day of ___August___ 1977

by and between HELEN LOUISE BROWN (Married) party of the first

part, and JAMES C. BROWN, (Married) 3411 Michigan Drive,

Louisville, Ky. 40211, party of the second part.

WITNESSETH: That for a good and valuable consideration,

the receipt of which is hereby acknowledged, and in accordance with

the provisions of a Property Settlement Agreement filed in Action

No. 227 150, in the Jefferson Circuit Court, styled Helen Louise

Brown vs James C. Brown, the party of the first part remises,

releases and forever quit-claims unto the party of the second

part, all her right, title and interest in and to the following

described real estate, situated in Jefferson County, Kentucky,

to-wit:

BEGINNING on the North side of Michigan Drive,
120 feet west of 34th Street; running thence
westwardly along the north side of Michigan
Drive 30 feet and extending back northwardly
of that width throughout between lines parallel
with 34th Street 160 feet to an alley.

Being the same property conveyed to the first
and second parties herein, by deed dated May 22,
1972, and recorded in Deed Book 4519 Page 32
in the office of the County Clerk of Jefferson
County, Kentucky.

The party of the first part covenants that she

is lawfully seized of the estate hereby conveyed, and that she

has full right and power to convey the same, and that said

property is free from any and all encumbrances except the balance

due on a First Mortgage to Franklin Pierce Corporation, and

M:274/551 585
Rel.in D 6211

State and County and City Taxes due in 1977, and all future

taxes, which the party of the second part hereby assumes and

agrees to pay.

PROVIDED, however, this conveyance is made

subject to restrictions and easements heretofore imposed.

IN TESTIMONY WHEREOF witness the signature of the first party the day and date first above written.

*Helen Louise Brown*

HELEN LOUISE BROWN, Party of the
first part)

STATE OF KENTUCKY          :
COUNTY OF JEFFERSON        :

I, the undersigned Notary Public, in and for the State and County aforesaid, do hereby certify that the foregoing DEED was this day produced before me in said State and County by HELEN LOUISE BROWN (Married) party of the first part, and who signed, acknowledged and delivered the same to be her voluntary act and deed.

Witness my hand this the 11th day of August 1977.

My commission expires

NOTARY PUBLIC,
JEFFERSON COUNTY, KY

THIS DEED PREPARED BY

*William G. Colson*

Wm. G. Colson, Atty
1517 Citizens Plaza
Louisville, Ky. 40202

585 2124

VALUE OF PROPERTY $ 9500 00

END OF DOCUMENT

BOOK 4519 PAGE 32

THIS DEED Between BEULAH REAGAN, widow and unremarried, party of the first part, and JAMES CAMPBELL BROWN and HELEN BROWN, his wife, whose address is 3411 Michigan Drive, Louisville, Kentucky 40212, parties of the second part.

WITNESSETH:—That for a VALUABLE CONSIDERATION paid, (total sale price $ 7950.°°) the receipt of which is hereby acknowledged, the party of the first part hereby convey s , with covenant of GENERAL WARRANTY, unto the parties of the second part, for their joint lives with remainder in fee simple to the survivor of them the following described real estate situated in Jefferson County, Kentucky, to-wit:

BEGINNING on the North side of Michigan Drive, (formerly Walnut Street), 120 feet West of 34th Street; running thence Westwardly along the North side of Michigan Drive, 30 feet and extending back Northwardly of that width throughout, between lines parallel with 34th Street, 160 feet to an alley.

BEING the same property acquired by Paul D. Reagan and Beulah Reagan, his wife, for their joint lives with remainder in fee simple to the survivor of them by deed recorded in Deed Book 2337 Page 472 in the Office of the Clerk of the County Court of Jefferson County, Kentucky. Paul D. Reagan having died December 17, 1953 .

The part y of the first part further covenant s that she is lawfully seized of the estate hereby conveyed, ha s full right and power to convey the same, and that said estate is free from all encumbrances except all taxes due in the year 1972 which are to be pro-rated between the parties on a calendar year basis .

PROVIDED, HOWEVER, there is excepted any restrictions, stipulations and easements of record affecting said property.

IN TESTIMONY WHEREOF, witness the signature of the part y of the first part this 22nd day of May 19 72 .

THIS INSTRUMENT PREPARED BY:

Arth W. Howard

Arthur W. Howard, Attorney
237 South Fifth Street
Louisville, Kentucky 40202

Beulah Reagan
Beulah Reagan

STATE OF KENTUCKY )
                   ) SS
COUNTY OF JEFFERSON )

The foregoing instrument was acknowledged before me this 22nd day of May 19 72 by Beulah Reagan, widow and unremarried.

Witness my signature this 22nd day of May

My commission expires August , 19 7

BOOK 4519 PAGE 32

## COLLATERAL ASSIGNMENT OF LEASES AND RENTS

THIS ASSIGNMENT, dated this 9TH day of December, 1998 between JAMES C. BROWN, aka JAMES CAMPBELL BROWN AND MELODY M. BROWN, husband and wife, whose address is 3411 Muhammad Ali Blvd., Louisville, Kentucky 40211 (hereinafter called the "Borrowers"); and LOUISVILLE MEDICAL CENTER FEDERAL CREDIT UNION with its principal office located at 130 Medical Towers South, Louisville, Kentucky 40202 (hereinafter called the "Lender").

### W I T N E S S E T H:

WHEREAS, Borrowers have requested Lender to lend it the sum of $ 25,517.95 _____ evidenced by Borrowers' | 16170 (hereinafter called the "Note") of even date in the amount of $25,517.95 _____ due and payable and bearing interest as provided in the Note, secured by a Mortgage (hereinafter called the "Mortgage") covering the real estate more particularly described in Paragraph six (6) hereof (hereinafter called the "Property")

WHEREAS, the Lender's obligation to make such loan is conditioned upon execution of this Assignment and delivery thereof to the Lender;

NOW THEREFORE, in consideration of the premises and in order to induce the Lender to make said loan, and as additional security for the Note and the Mortgage securing the same and the performance of the Borrower's obligations under any other document or instrument securing payment of the note, the Borrowers does hereby covenant and agree with the Lender as follows:

1. Borrowers hereby grant, transfer and assign to the Lender all of the right, title and interest of the Borrowers in and to all leases heretofore executed, or hereafter to be executed by the Borrowers, as Lessors, covering premises or all or any portion of the improvements on the Property, together with all rents, issues and profits therefrom any extensions thereof or any guarantees of the Lessees' obligations thereunder (said leases, together with all such guarantees, modifications and extensions, being hereafter collectively called the "Leases").

*NO Rel. - however, the related Mtg. in M 4934/832 was Rel. in D 8730/110 (Note: per paragraph 6(b) this Asst is void when mtg. is paid).*

2. Borrowers agree with respect to each of the Leases that:

(a) Borrowers will (i) fulfill or perform each and every condition and covenant of the Leases by the Lessor to be fulfilled and performed; (ii) give prompt notice to the Lender of any notice of default under the Leases received by the Borrowers together with a complete copy of any such notice; (iii) at the sole cost and expense of the Borrowers, enforce, short of termination of the Leases, the performance or observance of each and every covenant and condition of the Leases by the Lessees to be performed or observed thereunder; (iv) not modify or in any way alter the terms of the Leases; (v) not terminate the term of the Leases nor accept the surrender thereof unless required to do so by the terms of the Leases; (vi) not anticipate the rents thereunder for more than 30 days prior to accrual; and (vii) not waive or release the Lessee from any obligations or conditions by the Lessee to be performed;

(b) The rights assigned hereunder include all of the Borrowers' right and power to modify the Leases or to terminate the term or accept the surrender thereof or to waive or release the lessees from the performance or observance by the Lessees of any obligation or condition thereof or to anticipate rents thereunder for more than thirty (30) days prior to accrual;

(c) At the Borrowers' sole cost and expense, Borrowers will appear in and defend any action growing out of or in any manner connected with the Leases or the obligation or liabilities of the Lessors, Lessees or any guarantors thereunder;

(d) Borrowers, without prior written consent of the Lender, will not cause or permit any leasehold estate under the Leases to merge with the Borrowers' reversionary interest; and

(e) Borrowers have not executed any prior assignment of any of its rights under the Leases nor has Borrowers done anything which might prevent the Lender from, or limit the Lender in the operation under any of the provisions hereof.

-2-

BOOK 7154 PAGE 0520

3. In the event Borrowers fail to pay the Note or any installment of interest thereunder when the same becomes due and payable, whether by acceleration or otherwise, or Borrowers default in the performance of any obligation hereunder, or any event of default occurs under the Note, the Mortgage, or any other instrument or document securing payment of the Note, the Lender, at its option, without notice to the Borrowers and without regard to the adequacy of the security for the indebtedness evidenced by the Note, either in person or by agent with or without bringing any action or proceeding, or by a receiver to be appointed by any court having jurisdiction, may (i) enter upon, take possession of and operate the improvements and the Property; (ii) make, enforce, modify and accept the surrender of the Leases; (iii) obtain and evict tenants; (iv) fix or modify rents; and (v) do any acts which the Lender deems proper to protect the security hereof until all the indebtedness secured hereby is paid in full; and either with or without taking possession of the improvements and the Property, in its own name, sue for or otherwise collect and receive all rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection (including reasonable attorneys' fees permitted by law), upon the indebtedness secured hereby in such order as the Lender may determine. The entering upon and taking possession of the improvements and the Property, the collection of said rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any event of default.

4. The Lender shall not, by reason of this Assignment, be obligated to perform or discharge any obligation under the Leases, or under or by reason of this Assignment, and Borrowers hereby agree to indemnify the Lender against and hold it harmless from any and all liability, loss or damage which it may or might incur under the Leases or under or by reason of this Assignment and of and from any and all claims and demands whatsoever which may be asserted against the Lender by reason of any alleged obligation or undertaking on its part to be performed or discharged under any of the terms of the Leases. Should the Lender incur any such liability, loss or damage under the Leases or under or by reason of this Assignment, or in defense against any such claims or demands,

-3-

the amount thereof, including costs, expenses and reasonable attorneys' fees permitted by law, together with interest thereon at the rate specified in the Mortgage, shall be secured hereby and by the Mortgage, and Borrower shall reimburse the Lender therefor immediately upon demand.

5. This Agreement shall be binding upon and inure to the benefit of the parties hereto, their respective heirs, personal representatives, successors and assigns, and shall be construed and governed by the laws of the Commonwealth of Kentucky.

6. The Property is located in Jefferson County, Kentucky and is more particularly described as follows:

BEGINNING on the North side of Michigan Drive, 120 feet west of 34th Street; running thence westwardly along the north side of Michigan Drive 30 feet and extending back Northwardly of that width throughout between lines parallel with 34th Street 160 feet to an alley.

PROVIDED, HOWEVER, that

(a) So long as Borrowers shall pay the indebtedness evidenced by the Note and the interest thereon, when the same becomes due and payable or no event of default shall incur under the Mortgage or any other document or instrument securing payment of the Note or in the performance of any obligation of the Borrower hereunder, Borrowers shall have the right to collect, but not more than thirty (30) days prior to accrual, all rents, issues and profits from the leases and, the improvements and the Property and to retain, use and enjoy the same; and

(b) If Borrowers shall pay the Note according to its terms and perform all of the covenants, conditions, stipulations and agreements set out in the same, the Mortgage, and any other document or instrument securing payment of the Note, then this Assignment shall be void and the Lender shall, at the Borrowers cost and expense release the same.

IN TESTIMONY WHEREOF, Borrowers have executed this Assignment, the day and year first above written.

-4-

_____
JAMES C. BROWN,
aka JAMES CAMPBELL BROWN

_____
MELODY M. BROWN

COMMONWEALTH OF KENTUCKY :

COUNTY OF JEFFERSON :

The foregoing instrument was acknowledged before me this 9TH day of December, 1998 by JAMES C. BROWN, aka JAMES CAMPBELL BROWN AND MELODY M. BROWN, husband and wife.

My commission expires: _1-12-2000_

_____
NOTARY PUBLIC
KENTUCKY STATE-AT-LARGE

THIS INSTRUMENT PREPARED BY:

_____
M. DEANE STEWART
MORGAN & POTTINGER P.S.C.
601 West Main Street
Louisville, Kentucky 40202
(502) 589-2780
12/598

-5-

Document No.: DN1998201937
Lodged By: MORGAN & POTTINGER
Recorded On: 12/16/1998    12:28:49
Total Fees:            16.00
Transfer Tax:           .00
County Clerk: Rebecca Jackson
Deputy Clerk: TERHIG

END OF DOCUMENT

# NOTICE OF JUDGMENT LIEN
## ON REAL ESTATE

COMMONWEALTH OF KENTUCKY     CASE NO.    99C004147

COURT OF JUSTICE      JEFFERSON DISTRICT COURT Division   1

| | |
|---|---|
| **Judgment Debtor(s):** SS# - 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 | **Judgment Creditor:** Service Financial Company |
| | **Judgment date:** 06/21/1999 |
| | **Judgment amount:** $ 2,568.54 |
| James C. Brown | **Plus interest at:** 28.830 % |
| 8105 Zelma Feilds Avenue | |
| Louisville KY 40228 | **Per annum from:** 12/06/1995 |
| NOTICE TO JUDGMENT DEBTOR(S): YOU MAY BE ENTITLED TO AN EXEMPTION UNDER KRS 427.060, REPRINTED BELOW. IF YOU BELIEVE YOU ARE ENTITLED TO ASSERT AN EXEMPTION, SEEK LEGAL ADVICE. | **Court costs to date:** $ 63.00 |
| | **Awarded attorney fees:** $ 385.28 |
| | **Balance as of** July 7, 1999: 5,672.51 |

## This communication is from a debt collector.

Take notice that the Judgment Creditor herein has obtained judgment against the Judgment Debtor(s) as set forth above and that this Notice constitutes a lien upon all real estate in _____ Jefferson _____ County in which said Judgment Debtor(s) has/have any ownership interest.

INSTRUCTIONS TO COUNTY CLERK: Pursuant to KRS 426.720, you shall immediately enter this Notice of Judgment Lien on Real Estate in the Lis Pendens Records of _____ Jefferson _____ County. Entry shall be noted upon the original of this Notice, and a copy returned to DEATRICK & SPIES, P.S.C. as indicated below.

Jefferson County Clerk
Jefferson County Hall of Justice
600 W. Jefferson St., 2nd Floor
Louisville KY 40202

KRS 427.060: In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed Five Thousand Dollars ($5,000.00) in value, in real or personal property that such debtor or a dependent of such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. The exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvement thereon.

I certify that, on    **JUL 1 9 1999**    a copy of this Notice of Judgment Lien on Real Estate was hand-delivered or sent to the last known address of the above Judgment Debtor(s) and to the _____ JEFFERSON DISTRICT COURT _____ Clerk by regular first-class mail, postage pre-paid and that this instrument was prepared by the undersigned.

**DEATRICK & SPIES, P.S.C.**

Document No.: DN1999120759
Lodged By: DEATRICK & SPIES
Recorded On: 07/22/1999   12:51:52
Total Fees: 9.00
Transfer Tax: .00
File No. 57 County Clerk: Bobbie Holsclaw
Deputy Clerk: KELMAL

BY: _Anna M. Stewart_

FOR L. TYLER SPIES

COUNSEL FOR JUDGMENT CREDITOR
310 West Liberty Street, Suite 206
Louisville, Kentucky 40202
(502) 583-9607

## END OF DOCUMENT

# RIVER CITY ADJUSTMENT BUREAU, INC.

## General Information

| | |
|---|---|
| **Organization Number** | 0318433 |
| **Name** | RIVER CITY ADJUSTMENT BUREAU, INC. |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | KCO - Kentucky Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | KY |
| **File Date** | 8/2/1993 |
| **Organization Date** | 8/2/1993 |
| **Last Annual Report** | 3/5/2010 |
| **Principal Office** | 4641 DIXIE HWY<br>LOUISVILLE, KY 40216 |
| **Registered Agent** | DAVID R. DEATRICK, JR.<br>1587 STORY AVE.<br>LOUISVILLE, KY 40206 |
| **Common No Par Shares** | 600 |

## Current Officers

| | |
|---|---|
| **President** | Robert Owens Jr |
| **Vice President** | Shirley Owens |
| **Director** | Shirley Owens |
| **Director** | Robert Owens, Jr. |

## Initial Officers at time of formation

| | |
|---|---|
| **Director** | ROBERT OWENS, SR. |
| **Director** | ROBERT OWENS, JR. |
| **Incorporator** | ROBERT OWENS, SR. |
| **Incorporator** | ROBERT OWENS, JR. |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 3/5/2010 | 1 page | PDF | |
| Name Renewal | 8/24/2009 9:29:05 AM | 1 page | PDF | |
| Annual Report | 7/6/2009 | 1 page | PDF | |
| Annual Report | 10/15/2008 | 1 page | PDF | |
| Annual Report | 7/26/2007 | 1 page | PDF | |
| Annual Report | 6/26/2006 | 1 page | PDF | |
| Annual Report | 2/15/2005 | 1 page | PDF | |
| Certificate of Assumed Name | 11/17/2004 | 1 page | tiff | PDF |
| Annual Report | 9/28/2004 | 1 page | tiff | PDF |

| | | | | |
|---|---|---|---|---|
| Annual Report | 10/30/2003 | 1 page | tiff | PDF |
| Renewal of Assumed Name Return | 2/10/2003 | 2 pages | tiff | PDF |
| Annual Report | 6/17/2002 | 1 page | tiff | PDF |
| Annual Report | 11/8/2001 | 1 page | tiff | PDF |
| Statement of Change | 10/26/2001 | 1 page | tiff | PDF |
| Annual Report | 5/16/2000 | 1 page | tiff | PDF |
| Annual Report | 6/21/1999 | 1 page | tiff | PDF |
| Annual Report | 7/1/1996 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 1/3/1995 | 3 pages | tiff | PDF |
| Annual Report | 7/1/1994 | 1 page | tiff | PDF |

## Assumed Names

| | |
|---|---|
| SERVICE FINANCIAL COMPANY | Active |
| SERVICE FINANCIAL COMPANY | Inactive |

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual Report | 3/5/2010 9:00:24 AM | 3/5/2010 9:00:24 AM | |
| Annual Report | 7/6/2009 11:03:11 AM | 7/6/2009 11:03:11 AM | |
| Annual Report | 10/15/2008 2:14:43 PM | 10/15/2008 2:14:43 PM | |
| Annual Report | 7/26/2007 11:35:20 AM | 7/26/2007 11:35:20 AM | |
| Annual Report | 6/26/2006 11:47:29 AM | 6/26/2006 11:47:29 AM | |
| Annual Report | 2/15/2005 | 2/15/2005 | |
| Added Assumed Name | 11/17/2004 9:30:31 AM | 11/17/2004 | SERVICE FINANCIAL COMPANY |
| Registered agent address change | 10/26/2001 1:31:10 PM | 10/26/2001 | |

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Annual Report | 11/4/2004 | 1 page |
| Annual Report | 10/30/2003 | 1 page |
| Renewal of Assumed Name Return | 2/10/2003 | 2 pages |
| Annual Report | 6/17/2002 | 1 page |
| Annual Report | 11/8/2001 | 1 page |
| Statement of Change | 10/26/2001 | 1 page |
| Annual Report | 5/16/2000 | 1 page |
| Annual Report | 6/21/1999 | 1 page |
| Annual Report | 5/11/1998 | 1 page |
| Annual Report | 7/1/1997 | 1 page |
| Annual Report | 7/1/1996 | 1 page |

| | | |
|---|---|---|
| Annual Report | 7/1/1995 | 1 page |
| Certificate of Assumed Name | 1/3/1995 | 2 pages |
| Annual Report | 7/1/1994 | 1 page |
| Articles of Incorporation | 8/2/1993 | 3 pages |

# SERVICE FINANCIAL COMPANY

## General Information

| | |
|---|---|
| **Organization Number** | 0318433 |
| **Name** | SERVICE FINANCIAL COMPANY |
| **Company Type** | ASC – Assumed Name Corporation |
| **Status** | A - Active |
| **State** | KY |
| **File Date** | 11/17/2004 |
| **Expiration Date** | 11/17/2014 |
| **Principal Office** | 4641 DIXIE HIGHWAY<br>LOUISVILLE, KY 40206 |

## Current Officers

## Initial Officers at time of formation

| | |
|---|---|
| Director | ROBERT OWENS, SR. |
| Director | ROBERT OWENS, JR. |
| Incorporator | ROBERT OWENS, SR. |
| Incorporator | ROBERT OWENS, JR. |

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 3/5/2010 | 1 page | PDF | |
| Name Renewal | 8/24/2009 9:29:05 AM | 1 page | PDF | |
| Annual Report | 7/6/2009 | 1 page | PDF | |
| Annual Report | 10/15/2008 | 1 page | PDF | |
| Annual Report | 7/26/2007 | 1 page | PDF | |
| Annual Report | 6/26/2006 | 1 page | PDF | |
| Annual Report | 2/15/2005 | 1 page | PDF | |
| Certificate of Assumed Name | 11/17/2004 | 1 page | tiff | PDF |
| Annual Report | 9/28/2004 | 1 page | tiff | PDF |
| Annual Report | 10/30/2003 | 1 page | tiff | PDF |
| Renewal of Assumed Name Return | 2/10/2003 | 2 pages | tiff | PDF |
| Annual Report | 6/17/2002 | 1 page | tiff | PDF |
| Annual Report | 11/8/2001 | 1 page | tiff | PDF |
| Statement of Change | 10/26/2001 | 1 page | tiff | PDF |
| Annual Report | 5/16/2000 | 1 page | tiff | PDF |
| Annual Report | 6/21/1999 | 1 page | tiff | PDF |
| Annual Report | 7/1/1996 | 1 page | tiff | PDF |
| Certificate of Assumed Name | 1/3/1995 | 3 pages | tiff | PDF |
| Annual Report | 7/1/1994 | 1 page | tiff | PDF |

## Assumed Name of

RIVER CITY ADJUSTMENT BUREAU, INC.                    Active

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Renewal of Assumed Name | 8/24/2009 | 8/24/2009 | |
| Add | 11/17/2004 9:30:31 AM | 11/17/2004 | RIVER CITY ADJUSTMENT BUREAU, INC. |

## Microfilmed Images

Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.

| Certificate of Assumed Name | 11/17/2004 | 1 page |
|---|---|---|

## FastTrack Business Organization Search

## Enter name (minimum of 4 characters required) or organization number below

SERVICE FINANCIAL COMPANY

Please note: searches may be performed by keying the entire business name or a portion of the business name.

Continue

## Search Results (2 matches)

| Company Name | Organization Number | Status | Type |
| --- | --- | --- | --- |
| SERVICE FINANCIAL COMPANY | 0318433 | A-Active | ASC-Assumed Name Corporation |
| SERVICE FINANCIAL COMPANY | 0318433 | I-Inactive | ASC-Assumed Name Corporation |

NO 02C003061
COMMONWEALTH OF KENTUCKY
COURT OF JUSTICE

DISTRICT COURT DIVISION
COUNTY JEFFERSON

**JUDGMENT LIEN
ON REAL ESTATE**

JUDGMENT DEBTOR

Jimmy Brown
a/k/a Jimmie Brown
1830 West Main Street
Louisville, Kentucky 40203

JUDGMENT CREDITOR

Joiner Estates, LLC

JUDGMENT DATE. November 7, 2002

Judgment amount     $2,035.00

PLUS 12 000% per annum from 11/07/02

Court costs to date     $68 00

Balance as of 12/27/02 $2,137.11

NOTICE TO JUDGMENT DEBTOR
YOU MAY BE ENTITLED TO AN EXEMPTION UNDER KRS 427 060, REPRINTED BELOW
IF YOU BELIEVE YOU ARE ENTITLED TO ASSERT AN EXEMPTION, SEEK LEGAL
ADVICE.

Take notice that the Judgment Creditor herein has obtained judgment against the Debtor as set forth

above and that this Notice constitutes a lien upon all real estate in Jefferson County in which said

judgment Debtor has any ownership interest

Jefferson County Clerk
Jefferson County Courthouse
527 W Jefferson Street
Louisville, Kentucky 40202

INSTRUCTIONS TO COUNTY CLERK.
Pursuant to KRS 426 720, you shall immediately enter this Notice of Judgment Lien on Real Estate
in the Lis Pendens Records of Jefferson County   Entry shall be noted upon the original of this
Notice, and a copy returned to Dennis R Carrithers, Attorney as indicated below

KRS 427 060.  In addition to any exemption of personal property, an individual debtor's aggregate
interest, not to exceed five thousand dollars ($5,000.00) in value, in real or personal property that
such debtor or a dependent of such debtor uses as a permanent residence in this state, or in a burial
plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment

or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon.

I certify that on December ___31___, 2002 a copy of this Notice of Judgment lien on Real Estate was sent to the last known address of the above Judgment Debtor and to the Jefferson District Court Clerk by regular First-class mail, postage pre-paid and that

THIS INSTRUMENT WAS PREPARED BY

Dennis R. Carrithers
Suite 200
2210 Goldsmith Lane
Louisville, Kentucky 40218
(502) 456-1791

cc     Jefferson District Court Clerk
       Hall of Justice
       600 W. Jefferson Street
       Louisville, Kentucky 40202

judglic/joiner

Document No.: DN2003008543
Lodged By: CARRITHERS
Recorded On: 01/02/2003     10:49:26
Total Fees:                     9.00
Transfer Tax:                    .00
County Clerk: Bobbie Holsclaw-JEFF CO KY
Deputy Clerk: CARHOR

**END OF DOCUMENT**

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
1ST DIVISION
CIVIL CASE NO. 02-CI-04096

NOTICE OF JUDGMENT LIEN ON REAL ESTATE

JUDGMENT DEBTOR.                    JUDGMENT CREDITOR:
JAMES BROWN                              HOUSEHOLD FINANCE CORP II

                                   JUDGMENT AMOUNT.    $12262.28
                                   plus accrued
                                   interest through. August 07, 2002
                                   in the amount of:      $256.48
                                   INTEREST RATE.         8.000%
                                   FROM              August 07, 2002
                                   ATTORNEY FEES:         $0 00

The filing of this Notice in the County clerk's office below
acts as a lien upon all real estate in that County, in which the
Judgment Debtor has any ownership interest.

   TO THE CLERK OF THE COUNTY STATED BELOW:

   Pursuant to KRS 426.720, you shall immediately enter this
Notice of Judgment Lien in the lis pendens records of your office,
to act as a lien upon all real estate in your County in which the
above JUDGMENT DEBTOR has any ownership interest.  You shall note
your entry upon the original of this Notice, and return a copy
thereof to the attorney for Judgment Creditor whose name and address
are below.

TO. JEFFERSON County Clerk

                    NOTICE TO JUDGMENT DEBTOR, YOU MAY

                    BE ENTITLED TO AN EXEMPTION UNDER

                    KRS 427.060 REPRINTED BELOW.  IF YOU

                    BELIEVE YOU ARE ENTITLED TO ASSERT

                    AN EXEMPTION, SEEK LEGAL ADVICE.

KRS 427.060.     "In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed five thousand ($5,000.00) Dollars in value, in real or personal property that such debtor or a dependant of such debtor uses as a permanent residence in this State, or in a burial plot for such debtor or a dependant at such debtor is exempt from sale under execution, attachment or judgment, execpt to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon "

I certify that a copy of this Notice of Judgment Lien on Real Estate has been hand-delivered or mailed to the last known address of the above judgment debtor and to the CIRCUIT Clerk below, by regular first class mail, postage prepaid, on the following date:

February 3, 2003

This Instrument was prepared and submitted by.

WELTMAN, WEINBERG & REIS CO., L.P.A.

Paul Croushore, 89146
525 Vine Street, Suite 800
Cincinnati, Ohio  45202
(513) 723-2200

02594992 C G Cin CAB

cc.       JAMES BROWN
          9309 HUNTER RD
          LOUISVILLE, KY 40242

Document No.: DN20030280 72
Lodged By: WELTMAN WEINBERG & REIS
Recorded On: 02/07/2003      12:39:03
Total Fees:       9.00
Transfer Tax:      .00
County Clerk: Bobbie Holsclaw-JEFF CO KY
Deputy Clerk: TERHIG

**END OF DOCUMENT**

# HOUSEHOLD FINANCE CORPORATION II

## General Information

| | |
|---|---|
| **Organization Number** | 0194838 |
| **Name** | HOUSEHOLD FINANCE CORPORATION II |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | DE |
| **File Date** | 10/24/1984 |
| **Authority Date** | 10/24/1984 |
| **Last Annual Report** | 7/9/2010 |
| **Principal Office** | 26525 N. RIVERWOODS BLVD. CORPORATE TAX - 1SW |
| | METTAWA, IL 60045 |
| **Registered Agent** | C T CORPORATION SYSTEM 306 W MAIN ST SUITE 512 FRANKFORT, KY 40601 |

## Current Officers

LORETTA R ABRAMS
Kathryn Madison
KATHRYN MADISON
P J MORELLI
J GRIFFIN

## Initial Officers at time of formation

J. W. OSTREM
LEMIRE LEGGETTE
R. J. BRAASCH
SUSAN J. MARTIN
V. K. SMITH
JOHN C. SANTEE
D. D. WESSELINK

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 7/9/2010 | 1 page | tiff | PDF |
| Registered Agent name/address change | 4/19/2010 5:24:46 PM | 1 page | | PDF |
| Annual Report | 6/19/2009 | 3 pages | tiff | PDF |

| | | | | |
|---|---|---|---|---|
| Registered Agent name/address change | 9/16/2008 6:00:00 PM | 1 page | | PDF |
| Annual Report | 6/13/2008 | 1 page | tiff | PDF |
| Principal Office Address Change | 6/13/2008 | 1 page | tiff | PDF |
| Annual Report | 6/22/2007 | 1 page | tiff | PDF |
| Annual Report | 6/19/2006 | 1 page | tiff | PDF |
| Annual Report | 6/14/2005 | 1 page | tiff | PDF |
| Annual Report | 8/15/2003 | 3 pages | tiff | PDF |
| Annual Report | 7/30/2002 | 3 pages | tiff | PDF |
| Annual Report | 11/15/2000 | 1 page | tiff | PDF |
| Annual Report | 8/17/1999 | 1 page | tiff | PDF |
| Annual Report | 7/28/1998 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1997 | 1 page | tiff | PDF |
| Annual Report | 7/1/1996 | 2 pages | tiff | PDF |
| Annual Report | 7/1/1995 | 3 pages | tiff | PDF |
| Annual Report | 7/1/1994 | 3 pages | tiff | PDF |
| Annual Report | 7/1/1993 | 3 pages | tiff | PDF |
| Annual Report | 7/1/1992 | 1 page | tiff | PDF |
| Annual Report | 7/1/1991 | 1 page | tiff | PDF |

## Assumed Names

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual Report | 7/9/2010 2:35:30 PM | 7/9/2010 | |
| Registered agent address change | 4/19/2010 5:24:51 PM | 4/19/2010 5:24:51 PM | |
| Annual Report | 6/19/2009 2:12:44 PM | 6/19/2009 | |
| Registered agent address change | 9/16/2008 6:07:28 PM | 9/16/2008 6:07:28 PM | |
| Principal office change | 6/13/2008 8:51:30 AM | 6/13/2008 | |
| Annual Report | 6/13/2008 8:36:20 AM | 6/13/2008 | |
| Annual Report | 6/22/2007 11:05:49 AM | 6/22/2007 | |
| Annual Report | 6/19/2006 2:50:38 PM | 6/19/2006 | |
| Annual Report | 8/7/2000 2:32:47 PM | 8/7/2000 | |
| Principal office change | 6/25/1999 | 6/25/1999 | |
| Survivor | 10/11/1985 | 10/11/1985 | HOUSEHOLD LOAN AND INVESTMENT COMPANY OF KENTUCKY |

## Microfilmed Images

**Microfilm images are not available online. They can be ordered by faxing a Request For Corporate Documents to the Corporate Records Branch at 502-564-5687.**

| | | |
|---|---|---|
| Annual Report | 6/8/2005 | 1 page |
| Annual Report | 8/19/2004 | 1 page |
| Annual Report | 8/15/2003 | 3 pages |
| Annual Report | 7/30/2002 | 3 pages |
| Annual Report | 7/5/2001 | 3 pages |
| Annual Report | 11/15/2000 | 1 page |
| Annual Report | 8/17/1999 | 1 page |
| Annual Report | 7/28/1998 | 2 pages |
| Annual Report | 7/1/1997 | 1 page |
| Annual Report | 7/1/1996 | 2 pages |
| Annual Report | 7/1/1995 | 3 pages |
| Annual Report | 7/1/1994 | 3 pages |
| Annual Report | 7/1/1993 | 3 pages |
| Annual Report | 7/1/1992 | 1 page |
| Annual Report | 7/1/1991 | 1 page |
| Annual Report | 7/1/1990 | 2 pages |
| Annual Report | 7/1/1989 | 2 pages |
| Articles of Merger | 10/11/1985 | 7 pages |
| Certificate of Authority | 10/24/1984 | 10 pages |
| Articles of Merger | 12/31/1976 | 22 pages |
| Amendment | 11/24/1975 | 3 pages |
| Statement of Intent to Dissolve | 9/18/1975 | 3 pages |
| Annual Report | 6/11/1973 | 4 pages |
| Articles of Incorporation | 11/10/1972 | 5 pages |
| Annual Report | 7/1/1968 | 9 pages |
| Annual Report | 7/1/1968 | 13 pages |
| Articles of Incorporation | 12/11/1967 | 6 pages |
| Articles of Incorporation | 7/12/1967 | 7 pages |
| Annual Report | 7/1/1967 | 10 pages |
| Articles of Incorporation | 11/28/1966 | 7 pages |
| Annual Report | 6/26/1963 | 14 pages |
| Annual Report | 6/26/1963 | 14 pages |
| Annual Report | 6/26/1963 | 14 pages |
| Annual Report | 6/26/1963 | 14 pages |
| Annual Report | 6/28/1962 | 15 pages |
| Annual Report | 6/28/1962 | 15 pages |
| Annual Report | 6/28/1962 | 15 pages |
| Articles of Incorporation | 6/12/1962 | 5 pages |
| Articles of Incorporation | 6/12/1962 | 5 pages |
| Articles of Incorporation | 6/12/1962 | 5 pages |
| Articles of Incorporation | 6/12/1962 | 5 pages |
| Articles of Incorporation | 6/12/1962 | 5 pages |
| Articles of Incorporation | 6/12/1962 | 5 pages |
| Articles of Incorporation | 11/3/1961 | 5 pages |
| Articles of Incorporation | 11/3/1961 | 5 pages |
| Articles of Incorporation | 11/3/1961 | 5 pages |

| Annual Report | 7/25/1961 | 15 pages |
| Articles of Incorporation | 7/25/1961 | 5 pages |
| Annual Report | 6/9/1960 | 17 pages |
| Articles of Incorporation | 9/18/1959 | 6 pages |
| Annual Report | 6/26/1953 | 14 pages |
| Annual Report | 6/25/1953 | 14 pages |

2

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT (Civil Division)**
**SIXTEENTH DIVISION**
**CASE NO. 02 CI 09562**

Discover Bank, issuer of the
Discover Card, by its
Servicing Agent Discover
Financial Svcs , Inc

**JUDGMENT LIEN**

**Plaintiff**

-vs-

James Brown
Betty Brown

**Defendants**

TO   COUNTY CLERK OF JEFFERSON COUNTY, KENTUCKY

The above Court entered judgment on February 25, 2003 in favor of
Discover Bank, issuer of theDiscover Card, by its  Servicing Agent Discover
Financial Svcs , Inc , against James Brown Betty Brown in the following amount
$8,009 38 principal plus interest at 19 8% per annum from October 31, 2002, until
paid, plus court costs and $1,201 40 in attorney fees   As of the date of this
instrument  balance due upon Judgment is $9,779 50

**NOTICE TO JUDGMENT DEBTOR**

YOU MAY BE ENTITLED TO AN EXEMPTION UNDER KRS 427 060
REPRINTED BELOW   IF YOU BELIEVE YOU ARE ENTITLED TO ASSERT AN
EXEMPTION, SEEK LEGAL ADVICE   KRS 427 060  (HOMESTEAD AND
BURIAL PLOT EXEMPTIONS -- EXCEPTIONS --)  In addition to any exemption
of personal property, an individual debtor's aggregate interest, not to exceed five
thousand dollars ($5,000.00) in value, in real or personal property that such
debtor or a dependent of such debtor uses as a permanent residence in this
state, or in a burial plot for such debtor or a dependent of such debtor is exempt
from sale under execution, attachment or judgment, except to foreclose a
mortgage given by the owner of a homestead or for purchase money due
thereon  This exemption shall not apply if the debt or liability existed prior to the
purchase of the property or the erection of the improvements thereon

Thomas and Thomas
Attorneys at Law

2323 Park Avenue
Cincinnati  Ohio
45206 2711

(513) 961 6311
(513) 961 0076

24 Huber Village Blvd
Westerville  Ohio
43081 3386

(614) 885 2450
(614) 885 2476

1015 Euclid Avenue
Cleveland  Ohio
44115

(216) 241 3053
(216) 241 8793

16 West Fourth St
Newport  Kentucky
41071 1093

(859) 291 1274
(859) 291 1288

LB 00717 PG 0619

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Judgment Lien was served by mailing same via regular first-class mail, postage pre-paid, this day March 7, 2003 to the Defendant(s), James Brown 9309 Hunter Rd., Louisville, KY 40242-3607, Betty Brown 9309 Hunter Rd., Louisville, KY 40242-3607

Ernest V. Thomas, III (70511)
Attorney for Plaintiff
Thomas & Thomas Attorneys At Law
2323 Park Avenue
Cincinnati, OH 45206
Ph 513-961-5311
RThomas@ThomasAndThomasAttys.com

This instrument prepared by

Ernest V. Thomas III,
ID# 70511

## NOTICE

This is an attempt to collect a debt. Any information obtained will be used for that purpose

Thomas and Thomas
Attorneys at Law

2323 Park Avenue
Cincinnati, Ohio
45206 2711

(513) 961 5311
(513) 961 0275

24 Huber Village Blvd
Westerville, Ohio
43081 3366

(614) 895 2450
(614) 895 2475

1015 Euclid Avenue
Cleveland Ohio
44115

(216) 241 3033
(216) 241 8733

18 West Fourth St
Newport Kentucky
41071 1053

(859) 291 1972
(859) 291 1299

END OF DOCUMENT

Document No.: BK2003061427
Lodged By: THOMAS AND THOMAS
Recorded On: 03/21/2003        10:46:09
Total Fees:                  9.00
Transfer Tax:                 .00
County Clerk: Bobbie Holsclaw-JEFF CO KY
Deputy Clerk: CARHAR

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of
Documents

Frequently Asked Questions    View Search Results

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **0434407** | Incorporation Date / Formation Date: | **04/04/1911** (mm/dd/yyyy) |
| Entity Name: | **DISCOVER BANK** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **BANK** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **DISCOVER BANK** | | |
| Address: | **100 WEST MARKET P O BOX C** | | |
| City: | **GREENWOOD** | County: | **SUSSEX** |
| State: | **DE** | Postal Code: | **19950** |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information   Submit

Back to Entity Search

To contact a Delaware Online Agent click here.



**Institution Directory**

| ID Home | Find All Bank Holding Cos | Institutions | Offices | Advanced Features | ID Map and Definitions | Disclaimer and Notes | ID Help |

Key demographic information as of September 30, 2010

**Discover Bank**
502 E. Market Street
Greenwood, DE 19950

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 5649 | Date Established: | 8/30/1911 |
| Bank Charter Class: | Federal Reserve Non-member | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Federal Deposit Insurance Corporation | More Demographic Information → | |
| Primary Internet Web Address: | http://www.discovercard.com:80/ | Generate History → | |

Information Gateway

| ID Report Selections: | Report Date: | |
|---|---|---|
| Assets and Liabilities | June 30, 2010 | Generate Report |

-------------------------------More Information-------------------------------

ⓘ Current List of Offices      ⓘ Bank Holding Company Ownership and Affiliates
ⓘ Compare to Peer Group(s)      ⓘ Regional Economic Conditions (FDIC RECON)
ⓘ FFIEC Call/TFR Report *6/30/2010 Latest Available*      ⓘ Organization Hierarchy from the Federal Reserve System
ⓘ FFIEC Uniform Bank Performance Report (UBPR)      ⓘ FDIC CRA ratings
ⓘ FDIC/OTS Summary of Deposits      ⓘ Consumer Assistance from Primary Federal Regulator

Press ⓘ for description

**Back to Search Bank Find**

**History of Discover Bank, Greenwood, Delaware (FDIC Cert: 5649)**

|   | Date | Event |
|---|------|-------|
| 1 | 8/30/1911 | Institution established. Original name: Greenwood Trust Company (5649) |
| 2 | 12/31/1985 | Changed organization type to Credit Card Bank. |
| 3 | 7/18/1986 | Changed trust powers from Full Trust Powers Granted to Trust Powers Terminated. |
| 4 | 12/4/1986 | Moved bank headquarters from Greenwood, Delaware to Newcastle, Delaware. |
| 5 | 12/31/1986 | Moved bank headquarters from Newcastle, Delaware to New Castle, Delaware. |
| 6 | 3/13/1987 | Moved bank headquarters from New Castle, Delaware to Newcastle, Delaware. |
| 7 | 6/4/1996 | Moved bank headquarters from Newcastle, Delaware to Greenwood, Delaware. |
| 8 | 8/1/2000 | Changed name to **Discover Bank** (5649) |

Back

12A517-2
10/1996

L800755PG0392

DCLNFLVY
200312301541002
State: H60

## NOTICE OF STATE TAX LIEN

Notice is hereby given that taxes, penalty, and interest have been assessed against the following named taxpayer, which after demand for payment thereof remains unpaid.

JAMES C BROWN
5507 MOUNT WASHINGTON
ROAD
LOUISVILLE      KY  40229

Pursuant to the provisions of Kentucky Revised Statutes 134.420(2), a lien exists in favor of the Commonwealth of Kentucky upon all interest in property, either real or personal, tangible or intangible, acquired by taxpayer either prior to or subsequent to the filing of the notice.

CASE NUMBER:

SOCIAL SECURITY NUMBER:                        **Redacted Information**

### CLERK'S RECORD OF LIEN FILED

I certify this instrument was lodged in my office. The fee provided by KRS 64.012 is due and payable.

Book _____ Page _____  _____County Clerk

Date _____ Time _____ By _____ Deputy Clerk

Locator No. _____    County of Record JEFFERSON

The amount of taxes, penalty, and interest constitutes the amount of the lien. Tax, penalty, and accrued interest from the filing date of the lien to date of payment plus ten dollars ($10.00) for lien fees is required before a lien release can be authorized. Upon request, the Finance and Administration Cabinet must disclose the specific amount of tax, penalty, and interest calculated to a specific date to any interested party legally entitled to such information. Inquiries should be made to Division of Collections, 100 Fair Oaks, 5TH Floor, P. O. Box 491, Frankfort, Kentucky 40602 or phone (502) 564-4921, Ext. No. 5354.

Individual Collection Branch      Date Prepared:  12/30/2003
Division of Collections
Department of Law
Finance and Administration Cabinet

Document No.: DN2004007259
Lodged By: REVENUE CABINET
Recorded On: 01/14/2004        01:04:31
Total Fees:                    5.00
Transfer Tax:                   .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: RECTEMP
                       PAGE 3 OF 4

END OF DOCUMENT

270153

2

JuO

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL BRANCH
ELEVENTH DIVISION
JUDGE

NATIONWIDE MUTUAL FIRE                              PLAINTIFF(S)
INSURANCE COMPANY

vs.                     **NOTICE OF JUDGMENT LIEN**          NO. 07-CI-003179

TITUS BROWN
JAMES BROWN                                          DEFENDANT(S)

* * * * *

TO: COUNTY CLERK OF JEFFERSON COUNTY, KENTUCKY

Judgment Debtor:    JAMES BROWN
Judgment Date:    February 27, 2008                Judgment Amount: $18,555.25
Plus interest at 12% per annum from date of judgment until paid, attorneys' fees in the amount of $.00
and court costs expended herein.

Take notice that the Judgment Creditor herein has obtained Judgment against the Judgment Debtor as
set forth above and that this Notice constitutes a lien upon all real estate in this county in which said
Judgment Debtor has any ownership interest.

**NOTICE TO JUDGMENT DEBTOR**
YOU MAY BE ENTITLED TO AN EXEMPTION UNDER KRS 427.060
REPRINTED BELOW. IF YOU BELIEVE YOU ARE ENTITLED TO ASSERT AN
EXEMPTION, SEEK LEGAL ADVICE. **KRS 427.060:** (HOMESTEAD AND BURIAL PLOT
EXEMPTIONS -- EXCEPTIONS--) In addition to any exemption of personal property, an individual
debtor's aggregate interest, not to exceed five thousand dollars ($5,000.00) in value, in real or personal
property that such debtor or a dependent of such debtor uses as a permanent residence in this state, or
in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution,
attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for
purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the
purchase of the property or the erection of the improvements thereon.

PREPARED BY:

FOWLER MEASLE & BELL, PLLC

David M. Knights  KBA#81700
300 West Vine Street, Suite 600
Lexington, Kentucky 40507-1660
(859) 252-6700
(859) 255-3735
DKnights@FowlerLaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that I prepared this document and that a true and correct copy of the

foregoing Notice of Judgment Lien was served by mailing same via regular first-class mail, postage pre-

paid on the _2nd_ day of _May_____, 2008, to the following:

TITUS BROWN
1786 WATHAN LANE
LOUISVILLE KY 40216

JAMES BROWN
1786 WATHEN LANE
LOUISVILLE KY 40216

JEFFERSON COUNTY CLERK
527 WEST JEFFERSON STREET
LOUISVILLE, KY 40202

RETURN TO:

FOWLER MEASLE & BELL, LLC

David M. Knights    KBA#81700
300 West Vine Street, Suite 600
Lexington, Kentucky 40507-1660
(859) 252-6700
(859) 255-3735
DKnights@FowlerLaw.com

**ATTORNEY FOR PLAINTIFF**

Document No.: DN2008059692
Lodged By: FOWLER
Recorded On:  05/13/2008      08:26:42
Total Fees:              13.00
Transfer Tax:             .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: TERHIG

# END OF DOCUMENT

270153

2
JuD

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL BRANCH
ELEVENTH DIVISION
JUDGE

NATIONWIDE MUTUAL FIRE                                    PLAINTIFF(S)
INSURANCE COMPANY

vs.                    **NOTICE OF JUDGMENT LIEN**          NO. 07-CI-003179

TITUS BROWN
JAMES BROWN                                               DEFENDANT(S)

\* \* \* \* \*

TO: COUNTY CLERK OF JEFFERSON COUNTY, KENTUCKY

Judgment Debtor:    TITUS BROWN
Judgment Date:      February 27, 2008        Judgment Amount: $18,555.25

Plus interest from date of judgment at 12% per annum until paid, attorneys' fees in the amount of $.00 and costs herein expended.

Take notice that the Judgment Creditor herein has obtained Judgment against the Judgment Debtor as set forth above and that this Notice constitutes a lien upon all real estate in this county in which said Judgment Debtor has any ownership interest.

**NOTICE TO JUDGMENT DEBTOR**

YOU MAY BE ENTITLED TO AN EXEMPTION UNDER KRS 427.060 REPRINTED BELOW. IF YOU BELIEVE YOU ARE ENTITLED TO ASSERT AN EXEMPTION, SEEK LEGAL ADVICE. **KRS 427.060:** (HOMESTEAD AND BURIAL PLOT EXEMPTIONS -- EXCEPTIONS—) In addition to any exemption of personal property, an individual debtor's aggregate interest, not to exceed five thousand dollars ($5,000.00) in value, in real or personal property that such debtor uses as a permanent residence in this state, or in a burial plot for such debtor or a dependent of such debtor is exempt from sale under execution, attachment or judgment, except to foreclose a mortgage given by the owner of a homestead or for purchase money due thereon. This exemption shall not apply if the debt or liability existed prior to the purchase of the property or the erection of the improvements thereon.

PREPARED BY:                          FOWLER MEASLE & BELL PLLC

                                      _____
                                      David M. Knights    KBA#81700
                                      300 West Vine Street, Suite 600
                                      Lexington, Kentucky 40507-1660
                                      (859) 252-6700
                                      (859) 255-3735
                                      DKnights@FowlerLaw.com

                                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that I prepared this document and that a true and correct copy of the foregoing Notice of Judgment Lien was served by mailing same via regular first-class mail, postage pre-paid on the _2d_ day of _May_____, 2008, to the following:

TITUS BROWN
1786 WATHAN LANE
LOUISVILLE KY 40216

JAMES BROWN
1786 WATHEN LANE
LOUISVILLE KY 40216

JEFFERSON COUNTY CLERK
527 WEST JEFFERSON STREET
LOUISVILLE, KY 40202

RETURN TO:

FOWLER MEASLE & BELL PLLC

David M. Knights    KBA #81700
300 West Vine Street, Suite 600
Lexington, Kentucky 40507-1660
(859) 252-6700
(859) 255-3735
DKnights@FowlerLaw.com

ATTORNEY FOR PLAINTIFF

Document No.: DN2008069893
Lodged By: FOWLER
Recorded On: 05/13/2008    08:26:52
Total Fees:        13.00
Transfer Tax:        .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: TERHIG

# END OF DOCUMENT



Insurance Providers Insurance Providers

- 
- 
- 
- 

- Home
- Auto Insurance
- Home Insurance
- Life Insurance
- Health Insurance
- Other Insurance

Select Type
Zip Code

**START!**

You are here: Insurance » **Nationwide Mutual Fire Insurance Company**

**Nationwide Mutual Fire Insurance Company**



President: Kirt Alan Walker

Nationwide Mutual Fire Insurance Company
One West Nationwide Blvd
Columbus, OH 43215

Phone: (614) 249-1545

Toll Free: (800) 882-2822

**Types of Insurance Offered**

     

Auto          Health         Home          Boat          Airplane        Business
Insurance     Insurance     Insurance     Insurance     Insurance       Insurance

**Nationwide Mutual Fire Insurance Company Summary**

Nationwide Mutual Fire Insurance Company is a Mutual company that was incorporated in 1933-12-27. Nationwide Mutual Fire Insurance Company is a Fire & Casualty insurance company and has assets of $4,318,670,361, capital of $0, and net surplus of $2,109,386,238.

The president of Nationwide Mutual Fire Insurance Company is Kirt Alan Walker, the treasurer is Harry Hansen Hallowell, and the secretary is Robert William Horner Iii. Nationwide Mutual Fire Insurance Company insurance plans include auto, health, home, boat, airplane, and business.

Nationwide Mutual Fire Insurance Company is located in Columbus, OH and the phone number for Nationwide Mutual Fire Insurance Company claims, customer, service, and additional information is (614) 249-1545.

**Nationwide Mutual Fire Insurance Company Location**





## Nationwide Mutual Fire Insurance Company Insurance Quotes

If you already have Nationwide Mutual Fire Insurance Company insurance quotes then be sure that you compare your quoted Nationwide Mutual Fire Insurance Company insurance plans with insurance quotes from many other top insurance companies so that you can find the very best insurance plan for your needs. Enter your zip code in for free insurance quotes now!

## Nationwide Mutual Fire Insurance Company Reviews: 0 Reviews

Select Type

Zip Code

START!

**Menu**

- Home
- Auto Insurance
- Home Insurance
- Life Insurance
- Health Insurance
- Long Term Care Insurance
- Dental Insurance
- Disability Insurance
- Renters Insurance
- Motorcycle Insurance
- Pet Insurance
- Boat Insurance
- Business Insurance
- Travel Insurance

**Related Articles**

- What is the best life insurance company?
- What is the best pet insurance company?
- Insurance Company Ratings Explained
- Does my company need advertising insurance?

- [What happens if your life insurance company goes bankrupt?](#)
- [What is a good company for business insurance?](#)
- [Does my company need international business insurance?](#)

**Get Insurance Quotes!**

Select Type

Zip Code

**START!**

**Features**















## OH Companies

- [Consumers Life Insurance Company](#)
- [Manhattan National Life Insurance Company](#)
- [Great American Security Insurance Company](#)
- [American Family Home Insurance Company](#)
- [Cincinnati Indemnity Company](#)
- [Integrity Life Insurance Company](#)
- [Progressive Commercial Casualty Company](#)
- [First Marine Insurance Company](#)
- [Ohio National Life Insurance Company](#)
- [Nationwide Mutual Insurance Company](#)

## Menu

- Auto Insurance
- Home Insurance
- Life Insurance
- Health Insurance
- Long Term Care Insurance
- Dental Insurance
- Disability Insurance
- Renters Insurance
- Motorcycle Insurance
- Pet Insurance
- Boat Insurance
- Business Insurance
- Travel Insurance

## Navigation

- Home
- About
- Contact Us
- Privacy Policy
- Site Map
- Resources
- Quotes

© 2012 Insurance Providers. All Rights Reserved.

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY

THIS ASSIGNMENT OF CERTIFICATE OF DELINQUENCY is made and entered into this 13th day of January, 2010 by and between Mooring Tax Asset Group, LLC("Assignor"), and Tax Ease Lien Investments 1, LLC ("Assignee").

WHEREAS, the assignor and assignee have entered into a certain agreement to purchase the certificates of delinquency of

BROWN JAMES C                                  in the amount of 845.25         for the tax year 2004      , bill

No. 010000327      , and more specifically described in the Certificate of Delinquency as recorded in the Jefferson

County records in Book        on page        , attached hereto as "Exhibit A."

NOW THEREFORE, in consideration of the covenants and conditions herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, assignor and assignee agree as follows:

(A)     Assignor does hereby sell, transfer and convey, and assign to assignee all of the assignor's right, title, and interest under the Certificate(s) of Delinquency identified above.

(B)     Assignee does hereby accept the foregoing assignment of Certificate(s) of Delinquency and assumes and agrees to perform, observe, and discharge all of the duties, obligations, and undertakings of assignor which may arise and accrue from and after the date thereof. Assignee further agrees to indemnify and hold the assignor harmless from and against all damage, deficiency, loss, action, judgment, cost, and expense, including reasonable attorney fees to the extent permitted by law, resulting from any failure of assignee to faithfully perform, observe, and discharge all of the duties, obligations, and undertakings of assignor assume hereunder.

IN WITNESS WHEREOF, the parties have caused this Assignment of Certificate(s) of Delinquency to be executed and delivered by their duly authorized representatives, this the 13th day of January, 2010. This instrument shall be binding upon and inure to the benefit of the respective successors and assigns of each of the parties hereto.

Executed and Prepared By:

James P. Meeks, President

Mooring Tax Asset Group, LLC
8614 Westwood Center Drive
Suite 500
Vienna, VA 22182

State of Virginia                    §
County of Fairfax                    §

I, the undersigned notary public, do hereby certify that the foregoing instrument was duly described, acknowledged and sworn to before me by James P. Meeks for Mooring Tax Asset Group, LLC, who is personally known to me (or proved to me on the basis of satisfactory evidence), as his free act on this the 13th day of January, 2010.

RYAN POWERS
NOTARY PUBLIC
REGISTRATION # 7254241
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2011

NOTARY PUBLIC, State of VIRGINIA

JEFFERSON COUNTY CLERK'S OFFICE
ASSIGNMENT OF CERTIFICATION OF DELINQUENCY PER KRS 134.480

*** ASSIGNEE COPY ***

08/15/2005

ASSIGNEE NAME & ADDRESS
MOORING TAX ASSET GROUP LLC
1-888-237-4472
P O BOX 281856
ATLANTA GA 30384

DESCRIPTION OF PROPERTY
01 007E 0080 0000
3411 W MUHAMMAD ALI BLVD

PAID ON 08/14/2005

| YEAR | BILL NO | Assessed in Name of | Real Asmt | Sale Amt | Fees+Int | Rel Fee | Total Pd |
|------|---------|---------------------|-----------|----------|----------|---------|----------|
| 2004 | 010000327 | BROWN JAMES C | 44610 | 617.27 | 212.48 | 10.00 | 839.75 |
| | | CERTIFICATION FEE | | | | | 5.00 |
| | | ASSIGNMENT FEE | | | | | 0.50 |

Received by_____          TOTAL          845.25

Date Pd _____  _____
                        Deputy Clerk

Bobbie Holsclaw
Jefferson County Clerk



Document No.: DN2010024502
Lodged by: TAX EASE LIEN SERVICING L
Recorded On: 02/25/2010        09:49:34
Total Fees:              .00
Transfer Tax:           .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVENAY

END OF DOCUMENT



# JEFFERSON COUNTY CLERK'S OFFICE
Bobbie Holsclaw, County Clerk

## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY
PER KRS 134.480

Date Of Assignment:

**Assignee Information:**
Tax Ease Lien Investments 1, LLC
14901 Quorum Drive, Ste 900
Dallas, TX 75254
214-420-5927

**Description of Property**
3411 W MUHAMMAD ALI BLVD

**Parcel ID**
01007E00800000

| Tax Year | Bill Number | Assessed In the name of | Assessment | Sale Amt | Penalties | Rel Fee | Total |
|----------|-------------|-------------------------|------------|----------|-----------|---------|-------|
| 2004 | 2004010000327 | BROWN JAMES C | 44,610.00 | 601.27 | 228.48 | 10.00 | 839.75 |

| | | | | Certification/Assignment Fee: | | | 5.50 |

**Pre Payments**

| Payment Date | | | | | | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 8/14/2005 | | | | | | | 845.25 |

| | | | | | | TOTAL: | 0.00 |

Assigned by: *Sandra L Byerly*
Deputy Clerk

This instrument was prepared by   Bobbie Holsclaw, Jefferson County Clerk
527 West Jefferson St Room 100
Louisville, KY 40202

*Bobbie Holsclaw*
Clerk

AFFIDAVIT IN SUPPORT
OF REQUEST TO REINSTATE CERTIFICATE OF DELINQUENCY

Property Address: 3411 W. Muhammed Ali Blvd
Map ID: 04007E00800000
Property Owner (at the time of purchase): Brown James C
Tax bill number: 010000327
Tax bill year: 2004

     Affiant, __Elizabeth Klein__ , having personal knowledge of the matters contained herein, and after being duly sworn, states as follows:

1. Affiant is Manager of customer serivce of TAX EASE LIEN INVESTMENTS 1, LLC ("TELI").

2. On or about August 14, 2005, TELI purchased the 2004 Certificate of Delinquency from the Jefferson COUNTY CLERK'S Office for the property commonly known as 3411 W. Muhammad Ali Blvd, Jefferson County, Kentucky, Parcel No. 01007E00800000.

3. There was an administrative error and therefore, the 2004 Certificate of Delinquency was erroneously released.

4. The exhibit attached hereto irrefutably establishes that what was stated in article 3 is correct.

5. Affiant hereby requests that the Jefferson COUNTY CLERK'S OFFICE be instructed to reinstate the 2004 Certificate of Delinquency on the Property and that a new original Certificate of Delinquency be provided to TELI by the Jefferson COUNTY CLERK'S OFFICE.

6. That, pursuant to statute, the 2004 Certificate of Delinquency shall accrue twelve percent (12%) simple interest until paid in full from 8/14/2005, the date of purchase of the Certificate of Delinquency.

FURTHER AFFIANT SAYETH NAUGHT. _____

*Elizabeth Klein*

STATE OF TEXAS     §

COUNTY OF DALLAS    §

    SUBSCRIBED AND SWORN TO BEFORE ME by Amy Stickle on the 6 day of June 2011, to certify which witness my hand and seal of office.

AMY STICKLE
MY COMMISSION EXPIRES
March 9, 2015

_____
Notary Public, State of Texas

## RELEASE OF LIEN

This Release of Lien is executed January 25, 2011, by TAX EASE LIEN INVESTMENTS 1, LLC ("Lien Holder").

For good, sufficient and received consideration, Lien Holder hereby releases the following liens issued by JEFFERSON County, KY:

| TAX YEAR | TAX BILL NUMBER | PARCEL NUMBER | CERTIFICATE RECORDED IN BOOK (If required) | CERTIFICATE RECORDED ON PAGE (If required) |
|---|---|---|---|---|
| 2004 | 010000327 | 01 007E 0080 0000 | | |

| PROPERTY OWNER | MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| BROWN JAMES C | c/o JAMES C BROWN 4431 PARKER AVE | LOUISVILLE | KY | 40212-2739 |

Witness my hand January 25, 2011.

TAX EASE LIEN INVESTMENTS 1, LLC

By: _____

Name: Cathie Abshier, its authorized
representative

State of Texas     §
County of Dallas     §

Subscribed, sworn to and acknowledged before me, a Notary Public in and for the State and County aforesaid January 25, 2011, by Cathie Abshier, authorized representative for TAX EASE LIEN INVESTMENTS 1, LLC, to be his/their free act and deed.

_____
Notary Public, State of Texas

ELIZABETH WATSON
MY COMMISSION EXPIRES
April 21, 2015

THIS INSTRUMENT WAS PREPARED BY, AND
AFTER RECORDING SHOULD BE RETURNED TO:

TAX EASE LIEN INVESTMENTS 1, LLC
Attn: Cathie Abshier
14901 Quorum Drive
Suite 900
Dallas, TX 75254

JEFFERSON County Stock Number(s) 500615

Document No.: DN2011015339
Lodged By: TAX EASE LIEN INVESTMENTS
Recorded On: 02/01/2011     03:35:11
Total Fees:        13.00
Transfer Tax:        .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: AASHO



## ASSIGNMENT OF CERTIFICATE OF DELINQUENCY

THIS ASSIGNMENT OF CERTIFICATE OF DELINQUENCY is made and entered into this 13th day of January, 2010 by and between Mooring Tax Asset Group, LLC("Assignor"), and Tax Ease Lien Investments 1, LLC ("Assignee").

WHEREAS, the assignor and assignee have entered into a certain agreement to purchase the certificates of delinquency of

BROWN JAMES C                                in the amount of 845.25          for the tax year 2004       , bill

No. 010000327    , and more specifically described in the Certificate of Delinquency as recorded in the Jefferson

County records in Book         on page        , attached hereto as "Exhibit A."

NOW THEREFORE, in consideration of the covenants and conditions herein contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, assignor and assignee agree as follows:

(A)    Assignor does hereby sell, transfer and convey, and assign to assignee all of the assignor's right, title, and interest under the Certificate(s) of Delinquency identified above.

(B)    Assignee does hereby accept the foregoing assignment of Certificate(s) of Delinquency and assumes and agrees to perform, observe, and discharge all of the duties, obligations, and undertakings of assignor which may arise and accrue from and after the date thereof. Assignee further agrees to indemnify and hold the assignor harmless from and against all damage, deficiency, loss, action, judgment, cost, and expense, including reasonable attorney fees to the extent permitted by law, resulting from any failure of assignee to faithfully perform, observe, and discharge all of the duties, obligations, and undertakings of assignor assume hereunder.

IN WITNESS WHEREOF, the parties have caused this Assignment of Certificate(s) of Delinquency to be executed and delivered by their duly authorized representatives, this the 13th day of January, 2010. This Instrument shall be binding upon and inure to the benefit of the respective successors and assigns of each of the parties hereto.

Executed and Prepared By:

James P. Meeks, President

Mooring Tax Asset Group, LLC
8614 Westwood Center Drive
Suite 500
Vienna, VA 22182

State of Virginia                §
County of Fairfax                §

the undersigned notary public, do hereby certify that the foregoing instrument was duly described, acknowledged and orn to before me by James P. Meeks for Mooring Tax Asset Group, LLC, who is personally known to me (or proved to me on e basis of satisfactory evidence), as his free act on this the 13th day of January, 2010.

500615

RYAN POWERS
NOTARY PUBLIC
REGISTRATION # 7254341
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2010

NOTARY PUBLIC, State of VIRGINIA

## JEFFERSON COUNTY CLERK'S OFFICE
### ASSIGNMENT OF CERTIFICATION OF DELINQUENCY PER KRS 134.480

*** ASSIGNEE COPY ***

08/15/2005

ASSIGNEE NAME & ADDRESS
MOORING TAX ASSET GROUP LLC
1-888-237-4472
P O BOX 281856
ATLANTA GA 30384

DESCRIPTION OF PROPERTY
01 007E 0080 0000
3411 W MUHAMMAD ALI BLVD

PAID ON 08/14/2005

| YEAR | BILL NO | Assessed in Name of | Real Asmt | Sale Amt | Fees+Int | Rel Fee | Total Pd |
|------|---------|---------------------|-----------|----------|----------|---------|----------|
| 2004 | 010000327 | BROWN JAMES C | 44610 | 617.27 | 212.48 | 10.00 | 839.75 |

CERTIFICATION FEE                5.00
ASSIGNMENT FEE                   0.50

Received by_____        TOTAL           845.25

Date Pd _____

X _____  Deputy Clerk
Bobbie Holsclaw
Jefferson County Clerk

Document No.: DN2011074662
Lodged By: TAX EASE LIEN INVESTMENTS
Recorded On: 06/22/2011      09:29:34
Total Fees:               .00
Transfer Tax:            .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: AMASHO

Document No.: DN2010024582
Lodged By: TAX EASE LIEN SERVICING L
Recorded On: 02/25/2010      09:49:34
Total Fees:               .00
Transfer Tax:            .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: EVEMAY



CERTIFIED COPY
OF RECORD
Jefferson County Kentucky
BOBBIE HOLSCLAW
AUG 1 4 2005                4
DATE          DC

END OF DOCUMENT

L6 0 1 1 7 8 PG 0 4 2 7

Form 668 (Y)(c)
(Rev. February 2004)

11883

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>684765410 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JAMES BROWN

Residence ·        417 BLANKENBAKER LN
                   LOUISVILLE, KY 40207-1201

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | XXX-XX-3217 | 09/25/2006 | 10/25/2016 | 97053.72 |
| 1040 | 12/31/2004 | XXX-XX-3217 | 04/13/2009 | 05/13/2019 | 137109.90 |
| 1040 | 12/31/2005 | XXX-XX-3217 | 04/13/2009 | 05/13/2019 | 144651.01 |
| 1040 | 12/31/2006 | XXX-XX-3217 | 04/13/2009 | 05/13/2019 | 87428.13 |

| Place of Filing | COUNTY COURT CLERK<br>JEFFERSON COUNTY<br>LOUISVILLE, KY 40202 | Total | $ 466242.76 |
|---|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the ___03rd___ day of ___August___ , ___2010___ .

| Signature · _R. A. Mitchell_<br>for MICHAEL W. COX | Title<br>ACS<br>(800) 829-3903 | Document No.: DN201004918<br>Lodged By: internal revenue service<br>Recorded On: 08/11/2010 22:42:39<br>Total Fees:  12.00<br>Transfer Tax:<br>County Clerk: BOBBIE HOLSCLAW JEFF CO KY<br>Deputy Clerk: SUSSONS |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409) Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Part 1 - Kept By Recording Office

END OF DOCUMENT

12A517-4
10-1996

LB01254PG0603

10000048150
DCLNFECS
201106281335001
State: T61

## NOTICE OF LIEN

Notice is hereby given that debts and interest have been assessed against the following named debtor, which after demand for payment remain unpaid.

JAMES BROWN II
APT 12
650 TOWER PLAZA
LEXINGTON          KY   40507

Pursuant to the provisions of Kentucky Revised Statute 131.515, a lien exists in favor of the Commonwealth of Kentucky upon all of the debtor's interest in property, either real or personal, tangible or intangible, now owned or subsequently acquired.

CASE NUMBER: 10000048150

DEBTOR IDENTIFICATION NUMBER: ████████          *Redacted Information*

The amount of debts and interest constitutes the amount of the lien. Payment of that amount, plus payment of the recording fees charged by KRS 64.012, is required before a lien release can be authorized. Upon request, the Commonwealth must disclose the specific amount of liability owed calculated to a certain date to any interested party legally entitled to such information. Inquiries should be made to Division of Collections, 501 High Street, P. O. Box 491, Frankfort, Kentucky 40602-0491 or phone (502) 564-4921, Ext. No. 5368.

Commonwealth of Kentucky, Department of Revenue, Division of Collections

### CLERK'S RECORD OF FILING OF COMMONWEALTH'S LIEN

I certify that this lien is filed in the JEFFERSON County Clerk's Office:

Book _____ Page _____ County Clerk _____

Date _____ Time _____ Deputy Clerk _____

Locator No. _____ County of Record  JEFFERSON

Date Prepared:  06/28/2011

Division of Collections
Department of Revenue

Document No.: DN201103249
Lodged By: dept of revenue
Recorded On:  07/29/2011          08:02:3A
Total Fees:                5.00
Transfer Tax:              .00
County Clerk: BOBBIE HOLSCLAW-JEFF CO KY
Deputy Clerk: ARASHO

END OF DOCUMENT

# Contacting the Division of Collections

Contact the Division of Collections (by phone 502-564-4921) regarding a Notice of Tax Due over 45 days old, a collection case, or a specific collection action:

By Mail

By E-mail

In Person or By Overnight Delivery

**Payment should be made payable to the Kentucky State Treasurer and include the following information:**

- Taxpayer name
- Taxpayer's mailing address
- Taxpayer's case number or social security number
- Taxpayer's daytime telephone number

**Payments should be mailed to:**

Kentucky Department of Revenue
Division of Collections
P.O.Box 491
Frankfort, KY 40602-0491

Back to top.

**Topic:**

- Assessment of a Corporate Officer
- Assessment of an LLC Member
- Bankruptcy
- Child Support Collections
- Incorrect Liens
- Injunctions
- Levies
- License Revocations
- Liens
- Lien Releases
- Lien Subordination
- Listing of Delinquent Debtors
- Notice of Tax Due
- Offer in Settlement
- Payment by Credit Card or E-Check
- Payment Agreements

- Penalty Waiver
- Refund Offsets
- Seizures
- Specific Lien Release
- State Claims
- Trust Fund Taxes
- Voluntary Disclosure

**When making an inquiry by e-mail, please provide the following information:**

- Taxpayer name
- Taxpayer's mailing address
- Taxpayer's case number or social security number
- Taxpayer's daytime telephone number

Back to top.

**Contact the Division of Collections directly or send an overnight delivery to:**

*Department of Revenue*
*Division of Collections*
*501 High Street, 9th Floor*
*Frankfort, Kentucky 40601*

You may also submit payments and/or returns to a Taxpayer Service Center.

Back to top.

Last Updated 12/19/2008

# Marriage License

## COMMONWEALTH OF KENTUCKY

3102

**To Any Person Licensed to Celebrate Marriages:**
You are hereby authorized to join together in the state of matrimony,
according to the laws of the Commonwealth of Kentucky

Bride's Full Name  MELVIN, MELODY ANN
Residence  4434 PARKER AVE LOUISVILLE KY 40212
Groom's Full Name  BROWN, JAMES CAMPBELL
Residence  4431 PARKER AVE LOUISVILLE KY 40212

|  | Bride | Groom |
|---|---|---|
| Date of Birth / Age | 06-23-1954 / 38 | 04-22-1943 / 50 |
| Place of Birth | JOLIET, IL | PULASKI, TN |
| Race | BLACK | BLACK |
| Condition (single, widowed, or divorced) | SINGLE | DIVORCED |
| Number of Previous Marriages | 0 | 1 |
| Full Name of Father | JAMES MELVIN | JAMES H BROWN |
| Full Maiden Name of Mother | NOVELLA HOSEY | CARLYNE MCCALLUM |
| Occupation | R N | PARK RANGER |

Are you related?  NO  If yes, what is relationship?

We hereby certify the above information is true to the best of our knowledge:

*Melody Ann Melvin* _____  *James C Brown* _____
Bride's Signature                               Groom's Signature

Issued under my authority, as Clerk of  JEFFERSON
County, Kentucky, this  16  day of  JUNE  , 19 93

REBECCA JACKSON  , Clerk  MARGIE DAVIS  , Deputy Clerk
*Margie Davis*

*Note: License void 30 days after date issued. Must be returned, complete, to County Clerk, within one month. Use only black ball point permanent ink pen or typewriter.*

## Certificate of Time and Place of Marriage

I, Rev. H. M. Humphrey Jr. a Pastor
of the Shiloh Baptist church, religious order or civil authority of that
name, do certify that on the 10th day of July , 19 93
at Louisville Kentucky, under authority of the above license, I United in Marriage
Melody Ann Melvin and James Campbell Brown
the persons named and described herein, in the presence of Alonzo Higgins
and Novella Camp

I qualified and gave bond, according to KRS Chapter 402, authorizing me to celebrate the rites of Marriage in
the County of Jefferson , State of Kentucky.
Given under my hand, this 10th day of July , 19 93

*Rev. H. M. Humphrey Jr.*
Person Performing Ceremony Sign Here

*Note: KRS Chapter 402.220 requires the return of this license and completed certificate to the Clerk of the county in which it was issued within one (1) month. Persons failing to do so "shall be fined $50.00" (KRS 402.990.13).*

Recorded this 30th day of July , 19 93
in the office of the JEFFERSON County Clerk
in Marriage Book Number 1993 Page 3102
Rebecca Jackson, Clerk, By *Barbara Hartley* , Deputy Clerk