**Sherrow, Sutherland Associates, PSC**
**215 Southland Drive, St 200**
**Lexington, Kentucky 40503**
(859) 685-0035

Tax Ease Lien Investments I, LLC
14901 Quorum Drive, Suite 900
Dallas, Texas 75254

| Date | Quantity | | Price | Total |
|---|---|---|---|---|
| 9/30/2008 | 53 | Research and mailing 50 day notice letters to property owners in Magoffin County | $69.50 | $3,683.50 |
| | 55 | Research and mailing 50 day notice letters to property owners in Martin County | $69.50 | $3,822.50 |
| | 274 | Research and mailing 50 day notice letters to property owners in Daviess County | $69.50 | $19,043.00 |
| | 97 | Research and mailing 50 day notice letters to property owners in Bath County | $69.50 | $6,741.50 |
| | 69 | Research and mailing 50 day notice letters to property owners in Floyd County | $69.50 | $4,795.50 |
| | 74 | Research and mailing 50 day notice letters to property owners in Menifee County | $69.50 | $5,143.00 |
| | 43 | Research and mailing 50 day notice letters to property owners in Lawrence County | $69.50 | $2,988.50 |
| | 21 | Research and mailing 50 day notice letters to property owners inBoyd County | $69.50 | $1,459.50 |
| | 83 | Research and mailing 50 day notice letters to property owners in Bullitt County | $69.50 | $5,768.50 |
| | 35 | Research and mailing 50 day notice letters to property owners in Henry County | $69.50 | $2,432.50 |
| | 43 | Research and mailing 50 day notice letters to property owners in Jackson County | $69.50 | $2,988.50 |
| | 19 | Research and mailing 50 day notice letters to property owners in Harrison County | $69.50 | $1,320.50 |
| | 284 | Research and mailing 50 day notice letters to property owners in Knox County | $69.50 | $19,738.00 |
| | 4 | Research and mailing 50 day notice letters to property owners in McCreary County | $69.50 | $278.00 |
| | 44 | Research and mailing 50 day notice letters to property owners in Morgan County | $69.50 | $3,058.00 |
| | 63 | Research and mailing 50 day notice letters to property owners in Union County | $69.50 | $4,378.50 |
| | 8 | Research and mailing 50 day notice letters to property owners in Wayne County | $69.50 | $556.00 |
| | 4 | Research and mailing 50 day notice letters to property owners in Woodford County | $69.50 | $278.00 |
| | 22 | Research and mailing 50 day notice letters to property owners in Nelson County | $69.50 | $1,529.00 |
| | 867 | Research and mailing one year notice letters to property owners in Pike County | $69.50 | $60,256.50 |

| Date | Quantity | | Price | Total |
|---|---|---|---|---|
| | 48 | Research and mailing one year notice letters to property owners in Bath County | $69.50 | $3,336.00 |
| | 110 | Research and mailing one year notice letters to property owners in Laurel County | $69.50 | $7,645.00 |
| | 53 | Research and mailing one year notice letters to property owners in Henderson County | $69.50 | $3,683.50 |
| | 21 | Research and mailing one year notice letters to property owners in Edmonson County | $69.50 | $1,459.50 |
| | 15 | Research and mailing one year notice letters to property owners in Hart County | $69.50 | $1,042.50 |
| | 27 | Research and mailing quarterly notice letters to property owners in Clay County | $69.50 | $1,876.50 |
| | 39 | Research and mailing quarterly notice letters to property owners in Rockcastle County | $69.50 | $2,710.50 |
| | 99 | Research and mailing quarterly notice letters to property owners in Whitley County | $69.50 | $6,880.50 |
| | 10 | Research and mailing quarterly notice letters to property owners in Fleming County | $69.50 | $695.00 |
| | 69 | Research and mailing quarterly notice letters to property owners in Elliott County | $69.50 | $4,795.50 |
| | 122 | Research and mailing quarterly notice letters to property owners in Pulaski County | $69.50 | $8,479.00 |
| | 221 | Research and mailing quarterly notice letters to property owners in Christian County | $69.50 | $15,359.50 |
| | 29 | Research and mailing quarterly notice letters to property owners in Edmonson County | $69.50 | $2,015.50 |
| | 37 | Research and mailing quarterly notice letters to property owners in Oldham County | $69.50 | $2,571.50 |
| | 138 | Research and mailing quarterly notice letters to property owners in Jefferson County | $69.50 | $9,591.00 |
| | 85 | Research and mailing quarterly notice letters to property owners in Spencer County | $69.50 | $5,907.50 |
| | 250 | Research and mailing quarterly notice letters to property owners in Floyd County | $69.50 | $17,375.00 |
| | 55 | Research and mailing quarterly notice letters to property owners in Clinton County | $69.50 | $3,822.50 |
| | **332** | Research and mailing quarterly notice letters to property owners in Franklin County | $69.50 | $23,074.00 |
| | 1 | Research and mailing quarterly notice letters to property owners in Gallatin County | $69.50 | $69.50 |
| | 76 | Research and mailing quarterly notice letters to property owners in Woodford County | $69.50 | $5,282.00 |
| | 48 | Research and mailing quarterly notice letters to property owners in Bell County | $69.50 | $3,336.00 |
| | 23 | Research and mailing quarterly notice letters to property owners in Garrard County | $69.50 | $1,598.50 |
| | 331 | Research and mailing quarterly notice letters to property owners in Carter County | $69.50 | $23,004.50 |
| | 652 | Research and mailing quarterly notice letters to property owners in Hopkins County | $69.50 | $45,314.00 |

**Sherrow, Sutherland Associates, PSC**
**215 Southland Drive, St 200**
**Lexington, Kentucky 40503**
(859) 685-0035

| Date | Quantity | Description | Price | Total |
|---|---|---|---|---|
| | 112 | Research and mailing quarterly notice letters to property owners in Nelson County | $69.50 | $7,784.00 |
| | 43 | Research and mailing quarterly notice letters to property owners in Anderson County | $69.50 | $2,988.50 |
| | 84 | Research and mailing quarterly notice letters to property owners in Medcalf County | $69.50 | $5,838.00 |
| | 71 | Research and mailing quarterly notice letters to property owners in Callowayt County | $69.50 | $4,934.50 |
| | 14 | Research and mailing quarterly notice letters to property owners in Henry County | $69.50 | $973.00 |
| | 37 | Research and mailing quarterly notice letters to property owners in Pendleton County | $69.50 | $2,571.50 |
| | 207 | Research and mailing quarterly notice letters to property owners in Shelby County | $69.50 | $14,386.50 |
| | 39 | Research and mailing quarterly notice letters to property owners inBourbon County | $69.50 | $2,710.50 |
| | 3 | Research and mailing quarterly notice letters to property owners in Washington County | $69.50 | $208.50 |
| | 261 | Research and mailing quarterly notice letters to property owners in Greenup County | $69.50 | $18,139.50 |
| | 67 | Research and mailing quarterly notice letters to property owners in Grant County | $69.50 | $4,656.50 |
| | 67 | Research and mailing quarterly notice letters to property owners in Caldwell County | $69.50 | $4,656.50 |
| | 76 | Research and mailing quarterly notice letters to property owners in Logan County | $69.50 | $5,282.00 |
| | 71 | Research and mailing quarterly notice letters to property owners in Trigg County | $69.50 | $4,934.50 |
| | 1 | Research and mailing quarterly notice letters to property owners in Robertson County | $69.50 | $69.50 |
| | 66 | Research and mailing quarterly notice letters to property owners in Marion County | $69.50 | $4,587.00 |
| | 62 | Research and mailing quarterly notice letters to property owners in Owen County | $69.50 | $4,309.00 |
| | 168 | Research and mailing quarterly notice letters to property owners in Lincoln County | $69.50 | $11,676.00 |
| | 8 | Research and mailing quarterly notice letters to property owners in Mason County | $69.50 | $556.00 |
| | 55 | Research and mailing quarterly notice letters to property owners in Boyle County | $69.50 | $3,822.50 |
| | 42 | Research and mailing quarterly notice letters to property owners in Fulton County | $69.50 | $2,919.00 |
| | 13 | Research and mailing quarterly notice letters to property owners inCrittenden County | $69.50 | $903.50 |
| | 107 | Research and mailing quarterly notice letters to property owners in Graves County | $69.50 | $7,436.50 |
| | 102 | Research and mailing quarterly notice letters to property owners in Breckinridge County | $69.50 | $7,089.00 |
| | 58 | Research and mailing quarterly notice letters to property owners in Morgan County | $69.50 | $4,031.00 |

**Sherrow, Sutherland Associates, PSC**
**215 Southland Drive, St 200**
**Lexington, Kentucky 40503**
(859) 685-0035

| Date | Quantity | Description | Price | Total |
|---|---|---|---|---|
| | 131 | Research and mailing quarterly notice letters to property owners in Allen County | $69.50 | $9,104.50 |
| | 9 | Research and mailing quarterly notice letters to property owners in Butler County | $69.50 | $625.50 |
| | 60 | Research and mailing quarterly notice letters to property owners in Mercer County | $69.50 | $4,170.00 |
| | 121 | Research and mailing quarterly notice letters to property owners in Lawrence County | $69.50 | $8,409.50 |
| | 104 | Research and mailing quarterly notice letters to property owners in City of Mayfield | $69.50 | $7,228.00 |
| | 25 | Research and mailing quarterly notice letters to property owners in McLean County | $69.50 | $1,737.50 |
| | 6 | Research and mailing quarterly notice letters to property owners in hancock County | $69.50 | $417.00 |
| | 135 | Research and mailing quarterly notice letters to property owners in Ballard County | $69.50 | $9,382.50 |
| | 13 | Research and mailing quarterly notice letters to property owners in Bracken County | $69.50 | $903.50 |
| | 35 | Research and mailing quarterly notice letters to property owners in Boyd County | $69.50 | $2,432.50 |
| | 40 | Research and mailing quarterly notice letters to property owners in Daviess County | $69.50 | $2,780.00 |
| | 79 | Research and mailing quarterly notice letters to property owners in Kenton County | $69.50 | $5,490.50 |
| | 85 | Research and mailing quarterly notice letters to property owners in Scott County | $69.50 | $5,907.50 |
| | 35 | Research and mailing quarterly notice letters to property owners in McCracken County | $69.50 | $2,432.50 |
| | 242 | Research and mailing quarterly notice letters to property owners in Laruel County | $69.50 | $16,819.00 |
| | 151 | Research and mailing quarterly notice letters to property owners in Madison County | $69.50 | $10,494.50 |
| | 115 | Research and mailing quarterly notice letters to property owners in marshall County | $69.50 | $7,992.50 |
| | 168 | Research and mailing quarterly notice letters to property owners in Muhlenberg County | $69.50 | $11,676.00 |
| | 68 | Research and mailing quarterly notice letters to property owners in Barren County | $69.50 | $4,726.00 |
| | 144 | Research and mailing quarterly notice letters to property owners in Montgomery County | $69.50 | $10,008.00 |
| | 42 | Research and mailing quarterly notice letters to property owners in Grayson County | $69.50 | $2,919.00 |
| | 31 | Research and mailing quarterly notice letters to property owners in Clark County | $69.50 | $2,154.50 |
| | 62 | Research and mailing quarterly notice letters to property owners in Jessamine County | $69.50 | $4,309.00 |
| | 11 | Research and mailing quarterly notice letters to property owners in Livingston County | $69.50 | $764.50 |
| | 20 | Research and mailing quarterly notice letters to property owners in Union County | $69.50 | $1,390.00 |

**Sherrow, Sutherland Associates, PSC**
**215 Southland Drive, St 200**
**Lexington, Kentucky 40503**
(859) 685-0035

| Date | Quantity | | Price | Total |
|---|---|---|---|---|
| | 53 | Research and mailing quarterly notice letters to property owners in Adair County | $69.50 | $3,683.50 |
| | 11 | Research and mailing quarterly notice letters to property owners inNicholas County | $69.50 | $764.50 |
| | 51 | Research and mailing quarterly notice letters to property owners in hardin County | $69.50 | $3,544.50 |
| | 25 | Research and mailing quarterly notice letters to property owners in Lyon County | $69.50 | $1,737.50 |
| | 15 | Research and mailing quarterly notice letters to property owners in Todd County | $69.50 | $1,042.50 |
| | 23 | Research and mailing quarterly notice letters to property owners in Estill County | $69.50 | $1,598.50 |
| | 37 | Research and mailing quarterly notice letters to property owners in Larue County | $69.50 | $2,571.50 |
| | 4 | Research and mailing quarterly notice letters to property owners in Casey County | $69.50 | $278.00 |
| | 50 | Research and mailing quarterly notice letters to property owners in Johnson County | $69.50 | $3,475.00 |
| | 28 | Research and mailing quarterly notice letters to property owners in Martin County | $69.50 | $1,946.00 |
| | 89 | Research and mailing quarterly notice letters to property owners in Lewis County | $69.50 | $6,185.50 |
| | 16 | Research and mailing quarterly notice letters to property owners in Menifee County | $69.50 | $1,112.00 |
| | 36 | Research and mailing quarterly notice letters to property owners in Wayne County | $69.50 | $2,502.00 |
| | 14 | Research and mailing quarterly notice letters to property owners in Carroll County | $69.50 | $973.00 |
| | 1 | Research and mailing quarterly notice letters to property owners inCity of Augusta | $69.50 | $69.50 |
| | 2 | Research and mailing quarterly notice letters to property owners in Trimble County | $69.50 | $139.00 |
| | **9274** | **Totals** | | **$644,543.00** |