UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Electronically Filed

JAMES BROWN, et al.                                                    PLAINTIFFS

v.                                              CIVIL ACTION NO. 3:15CV-208-CRS

TAX EASE LIEN SERVICING, LLC, et                                      DEFENDANTS
al.

## NOTICE OF APPEAL

NOTICE IS GIVEN that James Brown, Denise Puckett, executrix, Phillip Leigh,

Third Century Development Corporation, and Laura Branson, Plaintiffs in the above-styled

case, for themselves individually and for the benefit of the class they sought to represent,

appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum

Opinion and Order entered in this action on the March 30, 2018, which was a final judgment.

This appeal is timely based upon the August 29, 2018 decision on a timely filed motion

under Rule 59.

Respectfully submitted,

/s/ John H. Dwyer, Jr.
John H. Dwyer, Jr.
Karen C. Jaracz
ZIELKE LAW FIRM PLLC
462 South Fourth Street, Suite 1250
Louisville KY  40202
502.589.4600
502.584.0422 (fax)
jdwyer@zielkefirm.com
kjaracz@zielkefirm.com
Attorney for plaintiffs

## CERTIFICATE OF SERVICE

On August 29, 2018 I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

Joseph L. Hamilton (jhamilton@stites.com)
Marjorie A. Farris (mfarris@stites.com)
Chadwick A. McTighe
(cmctighe@stites.com)
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
*Counsel for Tax Ease Lien Servicing , LLC,
Tax Ease Lien Investments 1, LLC, Blue
Grass Abstract LLC, Lien Data Services LLC
and Philip S. Migicovsky*

Gregory Napier
TROUTMAN & NAPIER, PLLC
4740 Firebrook Blvd.
Lexington, KY 40513-1403
(gnapier@troutmannapier.com)
*Counsel for Billy Sherrow and Sherrow,
Sutherland & Associates P.S.C.*

William B. Baustien
Richard  Eric Craig
WEBER & ROSE, P.S.C.
471 W. Main St., Suite 400
Louisville, KY 40202-3352
bbaustien@weberrose.com
ecraig@webrose.com

/s/ John H. Dwyer, Jr.
*Counsel for Plaintiffs*

2