**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:15-CV-00208-CRS**

**JAMES BROWN, et al.**                                                                                **PLAINTIFFS**

**VS.**

**TAX EASE LIEN SERVICING, LLC, et al.**                                **DEFENDANTS**

**ORDER**

On December 19, 2019 the District Judge entered a Memorandum Opinion and Order that directed Defendants Tax Ease Lien Servicing, LLC, et al., ("Defendants") to pay Plaintiffs James Brown, et al., ("Plaintiffs") $5,015.70 in expert fees. (DN 226). The Order also stated that Defendants were entitled to $18,778.97 in taxable costs. (*Id.*). Defendants have now filed a Motion to Enforce Order Awarding Costs. (DN 227). Plaintiffs have responded in opposition (DN 228), and Defendants have replied (DN 229). The time to appeal the District Judge's Memorandum Opinion and Order has expired.

After the District Judge entered the Memorandum Opinion and Order awarding fees and costs, Defendants reached out to Plaintiffs and suggested reconciling the amounts owed to the parties to avoid issuing cross-payments. (DN 227). Defendants suggested that Plaintiffs subtract the amount Defendants owed to them for payment of expert witness fees ($5,015.70) from the amount of taxable costs owed to Defendants ($18,778.97). (*Id.*). This leaves a net amount of $13,763.27 owed by Plaintiffs to Defendants. Since then, Defendants state that they have made multiple attempts to collect payment from Plaintiffs without success. (*Id.*). Defendants are seeking an order compelling payment of the net amount owed to Defendants from Plaintiffs within 14 days

of entry of this Order. (*Id*.). Alternatively, Defendants ask this Court to enter a judgement awarding costs to Defendants. (*Id*.). The Court finds this is unnecessary.

Plaintiffs respond that Defendants' Motion is untimely and should be denied because Defendants are seeking an amendment or alteration to the Court's December 18, 2019 Memorandum Opinion and Order. (DN 228). Plaintiffs go on to state that they "do not disagree" with Defendants' suggestion to offset the awarded amounts but request that the Court enter a Notice of Satisfaction recognizing the $5,015.70 award to Plaintiffs as satisfied by Defendants, with a concurrent entry of a Notice of Partial Satisfaction in favor of Plaintiffs, crediting $5,015.70 against the $18,778.97 taxable costs owed to Defendants. (*Id*.).

The Court does not find that Defendants' request seeks amendment of the District Judge's Memorandum Opinion and Order awarding fees and costs. However, the Court does not find it necessary to enter a judgement awarding costs to Defendants. The best course here is to simply require Plaintiffs to pay Defendants the outstanding $13,763.27, which represents the taxable costs owed to Defendants minus the Plaintiffs' award for expert fees.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Enforce Order Awarding Costs (DN 227) is **GRANTED IN PART.**

1. Plaintiffs shall pay $13,763.27 to the Defendants within 30 days of entry of this Order.
2. Once payment is made, the parties shall file a joint status report confirming that the Court's Order has been satisfied.
3. Once the joint status report is received, the Court shall enter an Order stating that the District Judge's Memorandum Opinion and Order has been satisfied.

Copies:        Counsel of Record

Regina S. Edwards, Magistrate Judge
United States District Court

October 6, 2020