UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JAMES BROWN, et al.**                                                        **PLAINTIFFS**

vs.                                            **CIVIL ACTION NO. 3:15-CV-208-CRS**

**TAX EASE LIEN SERVICING, LLC, et al.**                      **DEFENDANTS**

### ORDER

On January 4, 2021, Tax Ease Defendants' Motion to Hold Plaintiffs in Contempt (DN 232) was referred to Magistrate Judge Regina S. Edwards for findings of fact, conclusions of law, and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) (DN 235). On January 26, 2021, Plaintiffs and Tax Ease Defendants filed a Joint Notice of Satisfaction and Withdrawal of Motion for Contempt (DN 236). The Court having reviewed the Joint Notice and having been otherwise sufficiently advised,

      **IT IS HEREBY ORDERED** as follows:

      1.     Tax Ease Defendants' Motion to Hold Plaintiffs in Contempt (**DN 232**) is **WITHDRAWN**.

      2.     Referral of Tax Ease Defendants' Motion to Magistrate Judge Regina S. Edwards for findings of fact, conclusions of law, and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) (**DN 235**) is **RESCINDED**.

February 1, 2021

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record
      Magistrate Judge Regina S. Edwards